UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

| | |
|---|---|
| Patricia Perry, | Case No. 26-41320-MAR |
| | Chapter 7 |
| Debtor. | Hon. Mark A. Randon |
| Stuart A. Gold, Trustee, | |
| Plaintiff, | |
| | Adversary Proceeding |
| Jacqueline Ard, | No. 26-04106-MAR |
| Defendant. | |

**CERTIFICATION OF SERVICE OF SUMMONS AND
COMPLAINT IN AN ADVERSARY PROCEEDING**

I, Sandra L. O'Connor of ***Sandra O'Connor Law, PLLC, 100 N. Pond Dr., Suite A, Walled Lake, Michigan 48390, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on April 7, 2026, I served a copy of the Summons, together with a copy of the Complaint on the above-captioned Defendant in this case by First Class Mail to the Defendant at:

Jacqueline Ard
21215 Dartmouth Drive
Southfield, MI 48076

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  April 7, 2026          /s/ *Sandra L. O'Connor*
          [Date]                  Sandra L. O'Connor

100 N. Pond Dr., Suite A, Walled Lake, Michigan 48390
***State Post Office Address