In Re: Patricia Perry

Debtor,

_____ /

Stuart A. Gold, Trustee,

Plaintiff

v

Jacqueline E. Ard,
Defendant.

Chapter 7
Case No. 26-41320-mar
Honorable Mark A. Randon

Adversary No. 26-04106-mar

---

**DEFENDANT JACQUELINE E ARD'S ANSWER,
AFFIRMATIVE DEFENSES, COUNTERCLAIM, AND DEMAND FOR EQUITABLE RELIEF**

---

Defendant Jacqueline Elizabeth Ard ("Defendant"), appearing pro se, answering the Complaint and asserting counterclaims to the Complaint filed by Plaintiff Stuart A. Gold, Chapter 7 Trustee ("Plaintiff" or "Trustee"), would respectfully show unto this Honorable Court as follows:

**PRELIMINARY NOTICE OF ADDRESS FOR SERVICE**

Defendant currently resides at:

15826 Appoline Street

Detroit, Michigan 48227

However, for purposes of service, notices, pleadings, correspondence, and all mailings in this proceeding, Defendant requests that all mailings be directed to:

21215 Dartmouth Drive

Southfield, Michigan 48076

pursuant to Federal Rules of Bankruptcy Procedure and Federal Rules of Civil Procedure.

1

Defendant denies each and every allegation of the Complaint, except as otherwise specifically admitted, qualified, or explained.

**ANSWER TO COMPLAINT:**

<u>**FOR A FIRST DEFENSE**</u>
<u>**JURISDICTION AND VENUE**</u>

1. This adversary proceeding is brought pursuant to 11 U.S.C. §§ 544 & 550 and Fed. R. Bankr. P. 7001(1) & (9) to avoid and recover an unperfected interest in property.

**ANSWER:** Defendant admits that Plaintiff purports to bring this adversary proceeding under 11 U.S.C. § 544, 11 U.S.C. § 550, and Federal Rules of Bankruptcy Procedure.

Defendant denies that Plaintiff is entitled to avoid or recover Defendant's full equitable interest, equitable lien rights, reimbursement rights, occupancy rights, possessory rights, or personal property rights. Defendant affirmatively states that avoidance under §544 does not extinguish equitable reimbursement claims, equitable lien rights, or rights preserved under 11 U.S.C. § 541(d).

Supporting Proof: Exhibits A-Q

2. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 1334 and 157(b)(1) & 157(b)(2)(O). Plaintiff consents to entry of a final order or judgment by this Court.

**ANSWER:** Defendant admits that this Court has subject matter jurisdiction under 28 U.S.C. §§ 1334 and 157. Defendant admits this matter is referred under 28 U.S.C. § 157. Defendant denies any characterization inconsistent with Defendant's right to assert affirmative defenses, equitable defenses, and counterclaims.

<u>**FOR A SECOND DEFENSE**</u>
<u>**FACTS**</u>

3. On February 9, 2026, Patricia Perry ("the debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

**ANSWER:** Defendant admits that on February 9, 2026, Patricia Perry filed a voluntary Chapter 7 petition under Title 11.

4. Plaintiff Stuart A. Gold is the duly appointed Chapter 7 Trustee of the debtor's bankruptcy estate.

**ANSWER:** Defendant admits Plaintiff Stuart A. Gold is the duly appointed Chapter 7 Trustee

pursuant to 11 U.S.C. § 701 and/or 11 U.S.C. § 702.

5. Defendant Jacqueline Ard ("Defendant") is an individual who resides at 21215 Dartmouth Drive, Southfield, Michigan 48076

**ANSWER:** Defendant denies the allegation as stated.

Defendant affirmatively states that Defendant currently resides at:

15826 Appoline Street
Detroit, Michigan 48227

Defendant further states that all notices, pleadings, and correspondence should be mailed to:

21215 Dartmouth Drive
Southfield, Michigan 48076

for reliable receipt.

Supporting Proof: Exhibit P

6. Pursuant to a quit claim deed recorded on November 9, 2017, the debtor became the sole owner of the real property at 15826 Appoline, Detroit, Michigan 48227 ("the Property").

**ANSWER:** Defendant admits that a quitclaim deed was recorded on November 9, 2017, placing legal title in Patricia Perry's name. Defendant denies any implication that Patricia Perry was the true financial contributor, equitable owner, or beneficial owner.

Defendant affirmatively states:

(a) all acquisition funds were provided solely by Defendant;

(b) Defendant funded the closing through a cashier's check in the amount of $2,250.28;

(c) Patricia Perry contributed no funds toward acquisition.

Supporting Proof: Exhibits A, B, D

Defendant further states that the bankruptcy estate's interest is limited by 11 U.S.C. § 541(d)

7. On or about May 31, 2019, the debtor executed a quitclaim deed purporting to convey her interest in the Property to Defendant. This deed was never recorded.

**ANSWER:** Defendant admits that Patricia Perry executed a quitclaim deed on May 31, 2019, purporting to transfer the Property to Defendant. Defendant admits that the deed was not recorded.

3

Defendant affirmatively states:

(a) the deed was validly executed and delivered to Defendant;

(b) Defendant paid $500.00 consideration;

(c) Defendant assumed all financial and operational obligations thereafter.

Supporting Proof: Exhibit C

Defendant further states that the Property remained under Detroit Land Bank compliance restrictions through March 2023.

Supporting Proof: Exhibits E, F, G

## FOR A THIRD DEFENSE
### COUNT I
**Avoidance and Recovery of Unperfected Interest in Property**

8. Plaintiff restates the allegations contained in paragraphs 1 through 7 and incorporates them herein by reference.

**ANSWER:** Defendant admits Plaintiff restates prior allegations.

Defendant repeats and incorporates her responses to Paragraphs 1 through 7 as though fully stated herein:

9. Plaintiff has, as of the commencement of the case, the rights and powers of a bona fide purchaser of the Property and may likewise avoid any transfer of the Property by the debtor that is voidable by a bona fide purchaser who obtains the status and perfects such transfer as of the petition date. 11 U.S.C. § 544(a)(3).

**ANSWER:** Defendant admits that Plaintiff possesses statutory avoidance powers under 11 U.S.C. § 544(a)(3).

Defendant denies that §544(a)(3) extinguishes:

(a) Defendant's equitable lien rights;

(b) reimbursement rights;

(c) restitution rights;

(d) personal property rights;

(e) occupancy rights.

Defendant affirmatively states that recovery rights under 11 U.S.C. § 550 remain subject to equitable limitation.

Supporting Proof: Exhibits A-Q

4

10. Because the transfer of debtor's interest in the Property to Defendant was not perfected as of the petition date, the Plaintiff, as a bona fide purchaser, may avoid the unperfected transfer of debtor's interest in the Property to Defendant.

**ANSWER:** Defendant admits that Plaintiff may seek avoidance of an unperfected transfer under 11 U.S.C. § 544(a)(3). Defendant denies that Plaintiff may recover the Property free and clear of Defendant's equitable reimbursement claims, equitable lien rights, or restitution rights.

Defendant affirmatively states that Defendant invested not less than $97,143.94 into acquisition, preservation, repairs, taxes, utilities, and improvements.

Supporting Proof: Exhibits A, B, H, I, J, K, L, M

11. The unperfected interest of Defendant in the property is avoidable under 11 U.S.C. § 544(a)(3).

**ANSWER:** Defendant admits that the unrecorded deed is subject to Plaintiff's avoidance claims under 11 U.S.C. § 544(a)(3) to the extent determined by the Court.

Defendant denies that Plaintiff is entitled to avoid or extinguish Defendant's:

(a) equitable lien rights;

(b) reimbursement rights;

(c) restitution rights;

(d) possessory rights;

(e) occupancy rights.

Defendant affirmatively states that equitable relief survives avoidance.

Supporting Proof: Exhibits A-Q.

12. The property is recoverable from Defendant pursuant to 11 U.S.C. § 550(a)(1) as both initial transferee and the entity for whose benefit the transfer of the property was made.

**ANSWER:** Defendant admits Plaintiff seeks recovery under 11 U.S.C. § 550(a)(1).

Defendant denies that Plaintiff is entitled to recover the Property free and clear of Defendant's equitable interests.

Defendant affirmatively states:

(a) Defendant is entitled to an equitable lien;

(b) Defendant is entitled to reimbursement;

(c) Defendant is entitled to restitution;

(d) Defendant is entitled to protection of occupancy and personal property rights;

(e) any transfer of possession must comply with Michigan lawful eviction procedures.

Defendant further states that self-help eviction, lockout, exclusion, or disposal of Defendant's personal property is prohibited absent lawful judicial process.

Supporting Proof: Exhibits P, Q

## FOR A FOURTH DEFENSE BY WAY OF AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE (Equitable Lien)

Defendant affirmatively states that Defendant provided the purchase funds used to acquire the property and thereafter personally funded, preserved, maintained, protected, repaired, stabilized, and improved the Property at Defendant's sole expense.

Defendant's financial contributions include, without limitation:

(a) acquisition funds in the amount of $2,250.28;

(b) transfer consideration of $500.00;

(c) property tax payments;

(d) utility payments;

(e) preservation costs;

(f) demolition expenses;

(g) roofing work;

(h) plumbing repairs;

(i) electrical repairs;

(j) furnace installation;

(k) hot water tank installation;

(l) flooring installation;

(m) framing and structural repairs;

(n) materials and supplies.

Defendant's documented expenditures total not less than $97,143.94.

Supporting Proof: Exhibits A, B, C, H, I, J, K, L, M

Defendant affirmatively states that equity requires recognition of an equitable lien against the Property and any proceeds derived from the sale, liquidation, or disposition of the Property in an amount not less than Defendant's documented expenditures.

To deny reimbursement would inequitably transfer Defendant's investment into the estate without compensation. Equity requires recognition of an equitable lien against the Property and any proceeds

6

## SECOND AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

If Plaintiff avoids the transfer and administers or sells the Property without compensating Defendant for the substantial investments made, the bankruptcy estate would be unjustly enriched by retaining the benefit of Defendant's acquisition funds, improvements, preservation expenditures, repairs, taxes, utilities, and labor without reimbursement. Defendant invested substantial money and labor into preserving and improving the Property after transfer.

The estate did not provide those funds.

The debtor did not provide those funds.

Plaintiff should not be permitted to recover the Property in improved or preserved condition while retaining the benefit of Defendant's expenditures without compensation.

Equity prohibits such unjust enrichment.

Supporting Proof: Exhibits A–M.

## THIRD AFFIRMATIVE DEFENSE

### (Setoff and Recoupment)

Defendant affirmatively states that any recovery sought by Plaintiff must be reduced, offset, credited, or recouped by the amount of Defendant's documented expenditures associated with acquisition, preservation, maintenance, taxes, utilities, repairs, and improvements. Defendant's expenditures directly preserved, protected, and improved the Property. Any value recovered by Plaintiff necessarily includes value created and preserved by Defendant. Plaintiff may not recover Defendant's separate investment without accounting for those expenditures. Defendant asserts all rights of setoff and recoupment against any recovery.
Supporting Proof: Exhibits A–M.

## FOURTH AFFIRMATIVE DEFENSE

### (Constructive Trust / Resulting Trust Preservation)

Defendant affirmatively states that Defendant supplied all acquisition funds for the Property and maintained exclusive possession, control, preservation, and operation of the Property from acquisition forward.

7

The debtor contributed no purchase funds, no taxes, no utilities, no maintenance, and no repairs.

The debtor later executed a quitclaim deed transferring the Property to Defendant.

Defendant provided all acquisition funds and maintained exclusive possession and control of the Property.

Supporting Proof: Exhibits A, B, E, I, P.

Defendant preserves all rights to assert constructive trust and resulting trust theories under Michigan law to prevent unjust enrichment and to recognize Defendant's beneficial ownership interest arising from Defendant's exclusive financial contribution.

## FIFTH AFFIRMATIVE DEFENSE
### (Limitation Under 11 U.S.C. § 541(d))

Defendant affirmatively states that under 11 U.S.C. § 541(d), the bankruptcy estate acquires only the debtor's legal title and not equitable interests held by another.

To the extent the debtor held only bare legal title while Defendant held the beneficial and economic interest arising from acquisition funding, improvements, preservation, and possession, the estate cannot acquire more than the debtor actually owned.

Defendant affirmatively states that Plaintiff's recovery must be limited by Defendant's separate equitable interests.

Supporting Proof: Exhibits A-Q

## SIXTH AFFIRMATIVE DEFENSE
### (Equitable Limitation on Recovery Under 11 U.S.C. § 550)

Defendant affirmatively states that recovery under 11 U.S.C. § 550 is equitable in nature and remains subject to equitable limitation.

Even where avoidance is permitted, recovery may not produce:

> (a) unjust enrichment;
>
> (b) double recovery;
>
> (c) confiscation of improvements funded by Defendant;
>
> (d) estate windfall.

Defendant affirmatively states that Plaintiff may not recover the Property free and clear of Defendant's equitable lien, reimbursement rights, restitution rights, and statutory improvement rights.

Any recovery must account for Defendant's independent financial contributions.

Supporting Proof: Exhibits A–M.

## SEVENTH AFFIRMATIVE DEFENSE

**(Equitable Limitation on Recovery Under 11 U.S.C. § 550; Recovery is Remedial, Not Penal)**

Defendant affirmatively states that Plaintiff improperly treats avoidance under 11 U.S.C. § 544 and recovery under 11 U.S.C. § 550 as automatic and coextensive remedies.

They are not. Avoidance and recovery are distinct remedies under the Bankruptcy Code.

Even if Plaintiff establishes avoidance under 11 U.S.C. § 544(a)(3), recovery under 11 U.S.C. § 550 remains subject to equitable limitation and must serve the remedial purposes of the Bankruptcy Code.

The purpose of §550 is remedial, not punitive or penal.

Recovery under §550 is intended to restore value for the benefit of creditors—not punish a transferee or create an unjust windfall for the estate.

Defendant affirmatively states that Plaintiff may not use §550 to confiscate Defendant's independently funded acquisition value, preservation expenditures, repair investments, tax payments, utility payments, and improvements where those expenditures created, preserved, or stabilized the Property.

Defendant provided:

> (a) acquisition funding;
>
> (b) transfer consideration;
>
> (c) taxes;
>
> (d) utilities;
>
> (e) repairs;
>
> (f) improvements;
>
> (g) preservation expenses.

Supporting Proof: Exhibit A, B, C, H, I, J, K, L, M

Defendant affirmatively states that Plaintiff seeks to recover not merely the debtor's avoidable legal title interest, but the enhanced and preserved value created entirely by Defendant's post-transfer investments.

That is not restorative.

That is punitive.

That exceeds the remedial purpose of §550.

9

As recognized by In re Incare LLC, even where a transfer is avoidable under §544, recovery under §550 may be denied where recovery would not remedy actual harm to creditors and would instead exceed the restorative purpose of the statute.

The court in Incare distinguished avoidance from recovery and held that §550 recovery must be limited by equitable principles because the Bankruptcy Code's transfer remedies are remedial rather than penal.

Defendant affirmatively states that the same principle applies here.

If Plaintiff recovers the Property while retaining Defendant's documented expenditures without reimbursement, the estate receives a windfall consisting of:

    (1) Defendant's purchase funds;

    (2) Defendant's tax payments;

    (3) Defendant's utility payments;

    (4) Defendant's preservation costs;

    (5) Defendant's repairs;

    (6) Defendant's improvements.

That would punish Defendant and unjustly enrich the estate.

Section 550 does not authorize punitive confiscation.

Section 550 authorizes restoration.

Defendant further asserts that recovery under §550 must be read consistently with:

11 U.S.C. § 550(d) (single satisfaction) and 11 U.S.C. § 550(e) (good-faith improvement lien protections).

Accordingly, even if Plaintiff prevails under §544, Plaintiff's recovery under §550 must be denied, reduced, offset, or equitably limited to prevent punitive or windfall recovery inconsistent with the remedial purpose of the Bankruptcy Code.

<div align="center">

**EIGHTH AFFIRMATIVE DEFENSE**

**(Single Satisfaction Rule- 11 U.S.C. § 550(d); No Double recovery; Limitation on Recovery Statutory Improvement Lien Under 11 U.S.C. § 550(e))**

</div>

Pursuant to 11 U.S.C. § 550(d), the Trustee is entitled to only a **single satisfaction** with respect to any avoided transfer. Section 550(d) expressly limits recovery and prohibits duplicative or excessive recovery beyond the value of the avoidable transfer itself.

Defendant affirmatively states that even if the Court determines that the unrecorded quitclaim deed is avoidable under 11 U.S.C. § 544(a)(3), Plaintiff's recovery under 11 U.S.C. § 550 must be limited

<div align="center">10</div>

to the debtor's recoverable interest as it existed at the time of transfer and may not include independent value created, funded, or preserved solely by Defendant after transfer.

Defendant affirmatively states that a substantial portion of the Property's present condition, preservation, and any current residual value exists only because of Defendant's independent post-transfer expenditures, labor, preservation efforts, and improvements.

Those expenditures include, without limitation:

(a) acquisition funding in the amount of $2,250.28;

(b) transfer consideration in the amount of $500.00;

(c) property tax payments;

(d) utility payments;

(e) demolition expenses;

(f) roofing repairs;

(g) plumbing work;

(h) electrical work;

(i) furnace installation;

(j) hot water tank installation;

(k) framing and structural work;

(l) flooring installation;

(m) materials and supplies; and

(n) preservation and maintenance expenses.

Defendant's documented expenditures total not less than $97,143.94.

Supporting Proof: Exhibit A, B, C, H, I, J, K, L, M

Defendant affirmatively states that Plaintiff may not recover the enhanced, improved, preserved, or stabilized value of the Property created exclusively through Defendant's independent financial contributions and labor and characterize that value as recoverable estate property.

To permit Plaintiff to recover both:

(1) the debtor's avoidable legal title interest, and

(2) the separate value added by Defendant's independent expenditures,

would result in an impermissible double recovery and violate the single satisfaction limitation imposed by 11 U.S.C. § 550(d).

Defendant further affirmatively states that Plaintiff's recovery, if any, must be reduced, offset, credited, or otherwise adjusted to account for:

(a) Defendant's documented improvements;

(b) preservation expenditures;

(c) taxes paid;

(d) utilities paid;

(e) labor and materials; and

(f) all post-transfer value preservation attributable solely to Defendant.

Defendant further states that the Property remains materially incomplete, partially non-compliant, and substantially unfinished, and any present valuation must be based upon the actual condition of the Property, not a hypothetical completed or stabilized value.

Supporting Proof: Exhibit N, O

Defendant further reasserts that any recovery by Plaintiff must also be read together with Defendant's statutory rights under 11 U.S.C. § 550(e), which separately protect a good-faith transferee's right to a lien for improvements.

Accordingly, even if Plaintiff prevails on avoidance under 11 U.S.C. § 544(a)(3), Plaintiff is not entitled to recover Defendant's separate improvement value as part of estate recovery, and any recovery must be limited so as to avoid double recovery, unjust enrichment, and an impermissible windfall to the estate.

**NINTH AFFIRMATIVE DEFENSE**

**(Possession, Occupancy Rights, Personal Property, and Lawful Process)**

Defendant affirmatively states that Defendant currently resides at the real property located at:

15826 Appoline Street

Detroit, Michigan 48227

(the "Property") and maintains actual, continuous, open, physical possession, occupancy, and operational control of the Property as Defendant's present residence.

Supporting Proof: Exhibit P

Defendant further affirmatively states that Defendant has maintained exclusive possession, control, maintenance, preservation, rehabilitation, and occupancy of the Property continuously since assuming those responsibilities following the purchase of said Property.

Defendant has personally secured the Property, maintained access, controlled utilities, managed repairs, coordinated inspections, supervised rehabilitation, and preserved the premises.

Defendant further states that Debtor Patricia Perry has never:

(a) resided at the Property;

(b) occupied the Property;

(c) maintained keys to the Property;

(d) exercised possession or control over the Property;

(e) maintained utilities at the Property;

(f) performed repairs or maintenance; or

(g) preserved or protected the Property.

Defendant further affirmatively states that the Property contains substantial personal property belonging solely to Defendant. Such personal property includes, without limitation:

(a) tools;

(b) appliances;

(c) construction materials;

(d) fixtures not yet installed;

(e) furnishings;

(f) household goods;

(g) business records;

(h) personal records;

(i) equipment;

(j) supplies; and

(k) personal effects accumulated and stored during the rehabilitation and occupancy of the Property.

Supporting Proof: Exhibit Q

Defendant affirmatively states that significant portions of the unfinished lower units are currently being used for lawful storage of Defendant's personal property, construction materials, and business-related property.

Defendant further states that such personal property is not property of the bankruptcy estate and is not subject to turnover merely because it is located within the Property.

Defendant affirmatively states that even if Plaintiff prevails on avoidance of the unrecorded deed under 11 U.S.C. § 544(a)(3), and even if Plaintiff obtains recovery under 11 U.S.C. § 550, such relief does not automatically authorize immediate dispossession, lockout, exclusion, removal, or physical takeover of the occupied Property.

Defendant further affirmatively states that recovery of title and recovery of possession are distinct legal concepts and require separate lawful process.

Defendant asserts that any transfer of possession, removal of occupancy, or recovery of physical possession must comply fully with applicable Michigan law governing lawful recovery of possession, summary proceedings, occupant removal, notice requirements, judicial process, and enforcement procedures.

Defendant affirmatively states that neither avoidance under 11 U.S.C. § 544 nor recovery under 11 U.S.C. § 550 authorizes:

(a) self-help eviction;

(b) lockout;

(c) changing locks;

(d) utility interruption;

(e) exclusion from the premises;

(f) denial of access;

(g) physical dispossession without court process;

(h) removal of Defendant's personal property without lawful authority; or

(i) destruction, abandonment, disposal, or conversion of Defendant's personal property.

Defendant further affirmatively states that any attempt by Plaintiff, any successor-in-interest, any purchaser, or any representative of the bankruptcy estate to obtain possession outside lawful judicial process would violate Defendant's possessory rights, due process rights, and rights under Michigan law governing occupant removal.

Defendant further states that Defendant is of senior age and currently serves as the full-time caregiver for Defendant's sixty-eight (68) year old disabled husband.

Defendant's husband suffers from significant physical disabilities and requires daily assistance, supervision, mobility support, and continuity of care. Defendant's household relies upon fixed income. Immediate removal, forced displacement, or abrupt transfer of possession would impose severe hardship, create significant disruption to medical care and caregiving obligations, and materially affect the health, safety, and stability of Defendant's household.

Defendant further affirmatively states that relocation of Defendant's residence, personal property, tools, construction materials, and household belongings would require substantial planning, coordination, labor, transportation, and financial resources.

Accordingly, Defendant affirmatively states that if the Court ultimately authorizes any turnover, sale, transfer, or administration affecting possession of the Property, Defendant requests:

(a) full compliance with Michigan lawful eviction and possession procedures;

(b) adequate written notice;

(c) reasonable access to the Property during any transition;

(d) reasonable time to secure replacement housing;

(e) reasonable time to relocate Defendant's disabled spouse;

(f) reasonable time to remove all personal property;

(g) preservation and protection of Defendant's personal property during transition; and

(h) prohibition against self-help lockout, exclusion, utility interruption, or disposal of Defendant's property.

Defendant further asserts that any order affecting possession should expressly preserve Defendant's rights to:

(1) access the Property for removal of personal property;

(2) protect personal property from loss or damage;

(3) coordinate relocation in an orderly manner; and

(4) avoid immediate or abrupt displacement inconsistent with lawful judicial process.

Accordingly, Defendant affirmatively states that no transfer of possession may lawfully occur except through full compliance with Michigan lawful eviction procedures, due process protections, and judicially supervised enforcement procedures, and Defendant reserves all possessory, occupancy, and personal property rights pending such process.

## TENTH AFFIRMATIVE DEFENSE

### (Michigan Lawful Possession Procedures; Prohibition of Self-Help Eviction;

### Protection of Personal Property)

Defendant affirmatively states that regardless of title adjudication, actual recovery of possession must comply with Michigan law governing lawful eviction and recovery of possession.

Defendant affirmatively states that neither 11 U.S.C. § 544 nor 11 U.S.C. § 550 authorizes self-help eviction.

Under Michigan law:

**MCL 600.2918** prohibits unlawful interference with possessory interests, unlawful lockout, unlawful exclusion, and forcible interference with possession.

Michigan law prohibits:

(a) changing locks;

(b) shutting off utilities;

(c) denying access;

15

(d) removing personal property;

(e) excluding an occupant without court process.

Recovery of possession must proceed through summary proceedings under:

**MCL 600.5701 et seq.** (Summary Proceedings to Recover Possession of Premises)

including:

(a) notice requirements;

(b) judicial hearing;

(c) possession judgment;

(d) writ of eviction;

(e) execution by authorized officer.

Defendant further states that personal property located at the Property belongs solely to Defendant and is not subject to unauthorized seizure, destruction, or disposal.

Supporting Proof: Exhibit Q

Defendant requests that any possession transfer fully comply with:

(1) Michigan summary possession law;

(2) Michigan anti-lockout protections;

(3) federal due process protections; and

(4) judicially supervised enforcement procedures.

Defendant affirmatively states that no self-help eviction, lockout, exclusion, utility interruption, or disposal of Defendant's personal property may occur absent lawful judicial process.

### ELEVENTH AFFIRMATIVE DEFENSE

**(No Benefit to the Estate; Limitation on Recovery Under 11 U.S.C. § 550(a); No Economic Benefit to Unsecured Creditors; Prevention of Estate Windfall)**

Defendant affirmatively states that recovery under 11 U.S.C. § 550(a) is expressly limited to recovery "for the benefit of the estate."

Section 550(a) does not authorize recovery merely because a transfer is avoidable. Rather, recovery must produce a legitimate economic benefit to the bankruptcy estate and its creditors.

Defendant affirmatively states that Plaintiff bears the burden of establishing that any recovery sought under 11 U.S.C. § 550(a) will produce a real, measurable, and distributable benefit to unsecured creditors of the estate.

Defendant affirmatively states that if recovery of the Property would not materially increase distributions to unsecured creditors after accounting for all superior and offsetting claims, then

16

recovery under § 550(a) is improper, unnecessary, or subject to equitable limitation.

Defendant further states that any value Plaintiff seeks to recover is materially reduced or entirely offset by Defendant's independent and documented financial contributions to the Property, including but not limited to:

(a) acquisition funds in the amount of $2,250.28;

(b) transfer consideration in the amount of $500.00;

(c) property tax payments;

(d) utility payments;

(e) preservation expenditures;

(f) maintenance expenditures;

(g) substantial repairs and improvements totaling not less than $94,893.66;

(h) labor and materials;

(i) code compliance expenditures; and

(j) stabilization and preservation efforts.

Supporting Proof: Exhibits A, B, C, H, I, J, K, L, M

Defendant further affirmatively states that any recovery by Plaintiff must be subject to:

(1) Defendant's equitable lien rights;

(2) Defendant's restitution rights;

(3) Defendant's reimbursement rights;

(4) Defendant's setoff rights;

(5) Defendant's recoupment rights; and

(6) Defendant's statutory improvement lien rights under 11 U.S.C. § 550(e).

After accounting for Defendant's superior reimbursement, equitable lien, and statutory improvement claims, the remaining net value available to the estate may be substantially reduced or eliminated.

Defendant further states that the Property remains materially incomplete, partially rehabilitated, and substantially unfinished.

The Property is not stabilized as a completed income-producing asset.

The Property remains burdened by:

(a) unfinished construction;

(b) unresolved plumbing issues;

(c) unresolved sewer issues;

(d) unfinished kitchens;

(e) unfinished bathrooms;

(f) permit deficiencies;

(g) code deficiencies; and

(h) substantial additional completion costs.

Supporting Proof: Exhibits N, O

Defendant affirmatively states that any valuation based on a completed or stabilized multi-unit residential property materially overstates the Property's present fair market value.

Defendant further states that if Plaintiff recovers the Property and the estate must first satisfy Defendant's equitable lien, improvement lien, reimbursement rights, and restitution claims, there may be little or no net equity available for unsecured creditors.

In that circumstance, recovery would not materially benefit the estate.

Rather, recovery would primarily function to transfer Defendant's independently created value into estate administration without producing meaningful creditor benefit.

Defendant further states that § 550(a) does not authorize recovery solely to enlarge the estate in form where there is no practical benefit in substance.

Defendant affirmatively states that bankruptcy avoidance powers are remedial, not punitive, and may not be used to create an unjust windfall for the estate at the expense of a good-faith transferee who funded, preserved, repaired, and maintained the Property.

Defendant further states that if the costs of liquidation, administration, sale expenses, trustee commissions, closing costs, and litigation expenses exceed or materially consume any recoverable net value after satisfaction of Defendant's superior claims, the action provides no meaningful benefit to creditors.

Accordingly, Defendant affirmatively states that Plaintiff's requested recovery under 11 U.S.C. § 550(a) should be denied, reduced, or equitably limited to the extent recovery would not produce an unauthorized net benefit to the bankruptcy estate or unsecured creditors.

## TWELFTH AFFIRMATIVE DEFENSE

### (Undervaluation, Partial Compliance, Incomplete Construction, Municipal Non-Compliance, Habitability Limitations, and Transfer/Occupancy Restrictions)

Defendant affirmatively states that the real property located at 15826 Appoline Street, Detroit, Michigan 48227 (the "Property") remains materially incomplete, partially rehabilitated, structurally unfinished, and not fully compliant for lawful full multi-unit residential occupancy.

Defendant affirmatively states that the Property was acquired through the Detroit Land Bank

Authority auction and rehabilitation program and remained subject to continuing rehabilitation obligations, inspection requirements, and title compliance restrictions imposed by the Detroit Land Bank Authority as a condition of ownership and release of interest.

Defendant further states that under the Detroit Land Bank Authority disposition program, purchasers of distressed property are commonly required to rehabilitate the premises to minimum habitability standards sufficient to satisfy Land Bank rehabilitation covenants and secure release of the Land Bank's reversionary or enforcement interests.

Defendant affirmatively states that Defendant personally undertook and completed all compliance obligations required by the Detroit Land Bank Authority.

Defendant personally coordinated all rehabilitation efforts, inspections, permit-related issues, and communications necessary to satisfy the Detroit Land Bank Authority's minimum compliance standards.

Supporting Proof: Exhibits E, F, G

Defendant further states that the Detroit Land Bank Authority released its recorded interest on or about March 22, 2023 after Defendant achieved the **minimum rehabilitation threshold required for release**, which consisted of bringing **one upper residential unit into minimally habitable condition sufficient for occupancy**.

Defendant affirmatively states that this limited compliance and release from the Detroit Land Bank Authority does **not** constitute full municipal compliance for the Property as a whole.

Defendant further states that the Detroit Land Bank release only confirmed satisfaction of the Land Bank's minimum contractual rehabilitation requirements and did not certify that the Property, in its entirety, was fully code-compliant, fully permitted, fully inspected, or lawfully occupiable under City of Detroit housing, building, rental, and occupancy laws.

Defendant affirmatively states that the Property is a multi-unit residential building consisting of multiple separate residential units.

At present:

    (a) only one upper unit has been brought to minimally habitable condition;

    (b) the remaining upper and lower units remain materially incomplete;

    (c) the remaining units are not suitable for lawful occupancy;

    (d) the unfinished units remain under active construction conditions and are currently used for storage.

Supporting Proof: Exhibits N, O

Defendant further states that a City of Detroit presale inspection through the Buildings, Safety Engineering and Environmental Department ("BSEED") was conducted on December 16, 2022.

That inspection resulted in a failed inspection determination and documented unresolved structural, safety, permit, and code deficiencies.

Supporting Proof: Exhibit N

The inspection identified, among other deficiencies:

    (a) unfinished drywall;

    (b) structural deficiencies;

    (c) incomplete stair safety components;

    (d) plumbing deficiencies;

    (e) electrical deficiencies;

    (f) mechanical deficiencies;

    (g) permit deficiencies;

    (h) incomplete code-required systems.

Defendant affirmatively states that under the City of Detroit rental and occupancy compliance ordinances, residential rental units must pass municipal inspection and obtain a Certificate of Compliance before lawful occupancy by tenants or lawful rental activity may occur.

Defendant further states that while one upper unit met the minimum rehabilitation standard sufficient for Detroit Land Bank release, the Property in its entirety remains **non-compliant for full lawful multi-unit occupancy under City of Detroit standards**.

Defendant affirmatively states that the remaining units:

    (a) lack completed kitchens;

    (b) lack completed bathrooms;

    (c) lack completed plumbing systems;

    (d) lack completed sewer systems;

    (e) lack final finish work;

    (f) remain down to exposed framing and unfinished systems.

Defendant further states that the Property remains materially burdened by unresolved municipal compliance obligations, including:

    (a) permit completion requirements;

    (b) inspection clearance requirements;

    (c) plumbing inspections;

(d) electrical inspections;

(e) mechanical inspections;

(f) occupancy compliance requirements.

Defendant affirmatively states that any purchaser, transferee, successor owner, or bankruptcy estate administering the Property would remain subject to all applicable City of Detroit compliance requirements before the unfinished units could be lawfully occupied, leased, or used as stabilized income-producing units.

Defendant further states that under Michigan property transfer principles and municipal housing enforcement regulations, a partially compliant, partially unfinished, and partially habitable multi-unit structure cannot reasonably be valued as though it were a fully rehabilitated, fully compliant, income-producing multi-unit residential asset.

Defendant affirmatively states that any valuation asserted by Plaintiff, the bankruptcy estate, or any prospective purchaser must account for:

(a) incomplete construction;

(b) unfinished units;

(c) unresolved plumbing deficiencies;

(d) unresolved sewer deficiencies;

(e) structural deficiencies;

(f) permit completion costs;

(g) code compliance costs;

(h) inspection compliance costs;

(i) occupancy restrictions.

Defendant further states that the municipal inspection report itself reflects only the minimally habitable upper unit and does not fully capture the significant unfinished condition of the remaining units.

Accordingly, the actual incomplete condition of the Property is materially worse than reflected by the inspection report alone.

Defendant affirmatively states that any valuation based upon a fully functional, fully compliant, fully stabilized multi-unit residential structure materially overstates the Property's present fair market value.

Defendant further states that any liquidation analysis, turnover analysis, appraisal, sale valuation, or recovery analysis under 11 U.S.C. § 550(a) must be based upon the Property's actual present

21

condition, including:

> (1) partial habitability only;
>
> (2) incomplete construction;
>
> (3) municipal non-compliance;
>
> (4) permit deficiencies;
>
> (5) occupancy limitations.

Accordingly, Defendant affirmatively states that Plaintiff's attempt to recover or liquidate the Property without accounting for the Property's materially incomplete, partially compliant, and municipally non-compliant condition would materially inflate the Property's fair market value and improperly overstate any alleged benefit to the bankruptcy estate.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Distinguishing In re Combs and Documentary Proof of Equitable Rights)

Plaintiff appears to rely, in whole or in part, upon K. Jin Lim v. Combs (In re Combs), 626 B.R. 300 (Bankr. E.D. Mich. 2021), for the proposition that an unrecorded deed is avoidable by a Chapter 7 trustee under 11 U.S.C. § 544(a)(3) as against a hypothetical bona fide purchaser under Michigan law.

Defendant does not dispute that Combs recognizes the Trustee's avoidance power under § 544(a)(3) where an unrecorded conveyance is unperfected under Michigan recording law.

However, Defendant affirmatively states that Combs is materially distinguishable and does not control the separate equitable issues raised in this proceeding.

In Combs, the defendants asserted equitable ownership interests and related equitable defenses, but the bankruptcy court found those assertions unsupported by sufficient documentary evidence.

The court specifically found the defendants failed to establish, through competent documentary evidence:

> (a) the source of acquisition funds;
>
> (b) a provable financial contribution toward purchase;
>
> (c) an enforceable agency arrangement;
>
> (d) a trust relationship;
>
> (e) a sufficiently documented equitable ownership structure; or
>
> (f) documentary tracing connecting their claimed expenditures to the property.

The absence of documentary evidence in Combs was central to the court's rejection of the equitable theories asserted by those defendants. That factual failure is not present here.

Unlike Combs, Defendant has produced extensive documentary evidence directly supporting Defendant's equitable rights, financial contributions, reimbursement claims, and lien rights, including but not limited to:

**1. Documentary Proof of Acquisition Funding**

Defendant funded the acquisition of the Property through a cashier's check in the amount of $2,250.28 from Defendant's Fifth Third Bank business account.

Supporting Proof: Exhibit A, B

This establishes direct traceability of acquisition funds.

**2. Documentary Proof of Transfer**

Debtor executed a quitclaim deed conveying the Property to Defendant on May 31, 2019.

Supporting Proof: Exhibit C

This establishes an actual transfer and intent to convey.

**3. Documentary Proof of Consideration**

Defendant paid $500.00 consideration to Debtor for the conveyance.

This establishes value given for transfer.

**4. Documentary Proof of Land Bank Compliance Responsibility**

Defendant directly communicated with the Detroit Land Bank Authority and assumed all obligations necessary to satisfy title compliance requirements.

Supporting Proof: Exhibits E, F, G

This demonstrates actual operational ownership and responsibility.

**5. Documentary Proof of Property Tax Payments**

Defendant paid property taxes associated with the Property.

Supporting Proof: Exhibit H

This establishes financial preservation.

**6. Documentary Proof of Utility Payments**

Defendant maintained utilities in Defendant's name.

Supporting Proof: Exhibit I,

This establishes ongoing operational control.

**7. Documentary Proof of Repairs and Improvements**

Defendant funded substantial repairs and improvements totaling approximately $94,893.66.

Supporting Proof: Exhibits J, K, L, M

These expenditures include:

(a) demolition;

(b) roofing;

(c) plumbing;

(d) electrical;

(e) framing;

(f) flooring;

(g) structural repair;

(h) furnace installation;

(i) hot water tanks;

(j) materials and supplies.

## 8. Documentary Proof of Property Condition

The City of Detroit presale inspection documents the Property's incomplete and non-compliant condition.

Supporting Proof: Exhibit N

This confirms the Property remains unfinished and supports Defendant's improvement claims.

## 9. Documentary Proof of Possession and Occupancy

Defendant currently resides at the Property and maintains continuous possession.

Supporting Proof: Exhibit P

This establishes actual possession and control.

## 10. Documentary Proof of Personal Property

Defendant owns substantial personal property stored throughout the Property.

Supporting Proof: Exhibit Q

This establishes separate possessory rights independent of title.

Defendant affirmatively states that this documentary record materially distinguishes this case from Combs because Defendant's equitable claims are not speculative, undocumented, or unsupported.

Rather, Defendant's equitable claims are supported by direct documentary tracing, actual consideration, actual possession, actual tax payments, actual utility payments, actual repair expenditures, actual compliance work, and actual occupancy.

Defendant further affirmatively states that even where avoidance under § 544(a)(3) may be proper, Combs does not hold that:

(a) equitable lien rights are extinguished;

(b) reimbursement rights are extinguished;

(c) restitution rights are extinguished;

(d) improvement liens under 11 U.S.C. § 550(e) are extinguished;

(e) possessory rights are extinguished; or

(f) personal property rights are extinguished.

Combs addresses avoidance of unrecorded title.

Combs does not authorize unjust enrichment.

Combs does not authorize estate windfalls.

Combs does not authorize confiscation of independently funded improvements without reimbursement.

Combs does not authorize bypassing Michigan lawful eviction procedures.

Combs does not authorize destruction or disposal of Defendant's personal property.

Defendant further affirmatively states that allowing Plaintiff to rely upon Combs to recover both:

(1) the debtor's avoidable legal title interest, and

(2) Defendant's independently funded acquisition value, preservation value, and improvement value,

would create precisely the inequitable result that Michigan equitable lien law and 11 U.S.C. § 550(e) are intended to prevent.

Accordingly, Defendant affirmatively states that Combs, even if relevant to avoidance, does not defeat Defendant's:

(a) equitable lien rights;

(b) reimbursement rights;

(c) restitution rights;

(d) statutory improvement lien rights under 11 U.S.C. § 550(e);

(e) possessory rights;

(f) occupancy rights;

(g) personal property rights;

(h) setoff rights; and

(i) recoupment rights.

Defendant therefore asserts that Plaintiff's reliance upon Combs is materially incomplete and legally insufficient to bar Defendant's equitable lien, reimbursement, restitution, occupancy, possession, personal property, and transition-related defenses and counterclaims.

25

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

Defendant reserves the right to amend and supplement this Answer and assert additional defenses.

**WHEREFORE,** Defendant requests:

A. That Plaintiff's requested relief be denied except as permitted by law;

B. That Defendant's equitable lien be recognized;

C. That Defendant's reimbursement and restitution rights be preserved;

D. That any sale proceeds be impressed with Defendant's equitable lien rights;

E. That Defendant's occupancy rights be protected pending lawful judicial process;

F. That all mailings be sent to:

21215 Dartmouth Drive

Southfield, Michigan 48076;

G. That no self-help eviction, lockout, exclusion, or disposal of Defendant's personal property be permitted;

H. That Defendant be granted reasonable transition time if relocation is ultimately ordered;

I. That Defendant receive such further relief as the Court deems just and equitable.

## FOR A FIFTH DEFENSE BY WAY OF COUNTERCLAIM

Defendant, as Counterclaim Plaintiff, states:

GENERAL ALLEGATIONS

1.      Defendant repeats and incorporates all prior allegations as if fully stated herein.

2.      Defendant provided all acquisition funds for purchase of the Property in the amount of $2,250.28.

Supporting Proof: Exhibits A, B

3.      Defendant paid all taxes, utilities, maintenance, preservation, and carrying costs associated with the Property.

Supporting Proof: Exhibit H, I

4.      Defendant funded repairs, improvements, and rehabilitation totaling approximately $94,893.66.

Supporting Proof: Exhibit J, K, L, M

5.      Defendant personally managed all Detroit Land Bank compliance obligations and

26

completed all conditions necessary for release of interest and title clearance in March 2023.

Supporting Proof: Exhibit E, F, G

6. Debtor never occupied the Property.

7. Debtor never possessed keys to the Property.

8. Debtor never exercised possession or operational control over the Property.

9. Debtor never contributed financially to acquisition, maintenance, preservation, or rehabilitation.

## COUNT I

### (Equitable Lien)

10. Defendant repeats and incorporates all prior allegations.

11. Defendant's funds directly acquired, preserved, maintained, improved, and protected the Property.

12. Equity requires recognition of an equitable lien against the Property and any sale proceeds.

**WHEREFORE,** Defendant requests entry of judgment imposing an equitable lien against the Property and any sale proceeds in an amount not less than $97,143.94 together with additional proven expenditures.

## COUNT II

### (Unjust Enrichment)

13. Defendant repeats and incorporates all prior allegations.

14. Plaintiff and the estate would be unjustly enriched if permitted to retain Defendant's investments without reimbursement.

**WHEREFORE,** Defendant requests restitution in an amount not less than $97,143.94 together with additional proven expenditures.

## COUNT III

### (Constructive Trust / Alternative Equitable Relief)

15. Defendant repeats and incorporates all prior allegations.

16. Defendant's funds created, preserved, and materially improved the Property.

17. Defendant maintained exclusive possession and operational control.

**WHEREFORE,** Defendant requests alternative equitable relief recognizing Defendant's beneficial and equitable interests.

<div align="center">

**COUNT IV**

**(Recovery from Sale Proceeds and Fair Value Protection)**

</div>

18.     Defendant repeats and incorporates all prior allegations.

19.     If the Property is sold, Defendant asserts priority reimbursement rights from sale proceeds by virtue of her equitable lien and direct expenditures.

20.     The Property remains materially incomplete and underdeveloped.

Supporting Proof: Exhibits N, O

21.     Any sale or liquidation must reflect actual incomplete conditions, unfinished units, unresolved repair obligations, permit deficiencies, and code deficiencies.

22.     Defendant asserts that the Property's actual value is substantially less than a fully rehabilitated multi-unit property and that Defendant's improvements and expenditures materially consume or exceed available equity.

**WHEREFORE,** Defendant requests that any sale proceeds be held subject to adjudication of Defendant's equitable lien and reimbursement rights.

<div align="center">

**COUNT V**

**(Occupancy Rights, Possession, Preservation of Personal Property, and Lawful Transition)**

</div>

23.     Defendant currently resides at the Property and maintains actual physical possession and occupancy.

Supporting Proof: Exhibit P.

24.     Defendant owns substantial personal property located throughout the Property.

Supporting Proof: Exhibit Q.

25.     Any transfer of possession must comply with Michigan lawful eviction procedures.

26.     No purchaser, trustee, or successor-in-interest may use self-help eviction, lockout, exclusion, destruction, or disposal of Defendant's personal property.

27.     Defendant requests adequate time and access to remove personal property.

28.     Defendant is of senior age and serves as the full-time caregiver for her disabled husband.

29.     Immediate relocation would impose significant hardship.

30.     Defendant requests reasonable transition time to secure alternative housing and safely relocate.

**WHEREFORE,** Defendant requests:

A. Recognition of Defendant's possessory and occupancy rights pending further order;

<div align="center">28</div>

B. Compliance with Michigan eviction law before removal or transfer of possession;

C. Prohibition against self-help eviction or disposal of personal property;

D. Reasonable time and access to remove personal property;

E. Reasonable transition time if relocation is ultimately required.

## COUNT VI

**(Declaratory Relief Regarding Survival of Contractual and Equitable Rights After Avoidance)**

31.     Defendant repeats and incorporates all prior allegations.

32.     Defendant and Debtor entered into a valid agreement whereby:

(a) Defendant funded the acquisition of the Property;

(b) Defendant assumed all financial obligations related to the Property;

(c) Debtor agreed to transfer all ownership rights to Defendant.

33.     That agreement was memorialized and partially performed through execution and delivery of the quitclaim deed dated May 31, 2019.

Defendant fully performed by:

(a) funding acquisition;

(b) paying transfer consideration;

(c) assuming possession;

(d) completing compliance obligations;

(e) funding taxes, utilities, repairs, and improvements.

Supporting Proof: Exhibits A, B, C, E, F, G, H, I, J, K, L, M

34.     Defendant asserts that even if the transfer is avoided under 11 U.S.C. § 544(a)(3), the underlying agreement remains enforceable as between Defendant and Debtor and gives rise to surviving equitable rights, reimbursement rights, restitution rights, and lien rights.

35.     Avoidance of title perfection does not nullify the underlying agreement or erase Defendant's financial performance under that agreement.

**WHEREFORE,** Defendant requests declaratory relief confirming that Defendant's contractual and equitable rights survive any avoidance judgment.

## COUNT VII

### (Statutory Improvement Lien Under 11 U.S.C. § 550(e))

36.     Defendant/Counterclaim Plaintiff Jacqueline Elizabeth Ard ("Defendant") repeats and incorporates by reference all preceding paragraphs of this Answer, Affirmative Defenses, and

Counterclaims as if fully set forth herein.

37. Defendant admits that Plaintiff seeks avoidance of the unrecorded quitclaim deed under 11 U.S.C. § 544(a)(3) and recovery of the Property under 11 U.S.C. § 550(a).

38. Defendant affirmatively states that, even if Plaintiff succeeds in avoiding the transfer and recovering the Property, Defendant is entitled to the protections afforded to a good-faith transferee under 11 U.S.C. § 550(e).

39. Section 550(e)(1) provides that a good-faith transferee from whom recovery is sought has a lien on the recovered property to secure the lesser of:

> (a) the cost of any improvement made after the transfer, less any profit realized by or accruing to such transferee from the Property; or

> (b) any increase in value of the Property as a result of such improvement.

40. Defendant received the Property by executed quitclaim deed dated May 31, 2019, in good faith and for value, including payment of transfer consideration and assumption of all financial and operational obligations associated with the Property.

Supporting Proof: Exhibit C

41. Defendant accepted the transfer in good faith and without any intent to hinder, delay, or defraud creditors.

42. At the time Defendant accepted the transfer, Defendant reasonably believed the transfer was valid, effective, and intended to convey ownership.

43. Defendant thereafter undertook substantial improvements, repairs, preservation, stabilization, and compliance work in reliance upon the transfer.

44. Defendant's post-transfer expenditures include, without limitation:

> (a) property taxes;

> (b) utility payments;

> (c) demolition expenses;

> (d) roofing repairs;

> (e) plumbing repairs;

> (f) electrical repairs;

> (g) furnace installation;

> (h) hot water tank installation;

> (i) framing and structural repairs;

> (j) flooring installation;

(k) materials and supplies;

(l) preservation and maintenance expenses;

(m) Detroit Land Bank compliance expenditures.

Supporting Proof: Exhibits H, I, J, K, L, and M.

45. Defendant's documented post-transfer improvement and preservation expenditures total not less than $94,893.66.

46. Defendant's expenditures directly preserved, stabilized, and materially improved the Property.

47. Defendant's expenditures prevented deterioration, loss, forfeiture, municipal enforcement exposure, and further structural decline.

48. Defendant personally completed or funded all rehabilitation work necessary to obtain Detroit Land Bank compliance release.

Supporting Proof: Exhibits E, F, and G.

49. Defendant's improvements created, preserved, and enhanced whatever value presently exists in the Property.

50. Any present residual value of the Property is materially attributable to Defendant's labor, funding, preservation, and rehabilitation.

51. Plaintiff cannot recover Defendant's improvements as estate property without recognizing Defendant's statutory lien rights under 11 U.S.C. § 550(e).

52. Plaintiff's recovery, if any, must be reduced, offset, or subordinated to Defendant's statutory improvement lien.

53. Defendant asserts that Plaintiff's requested recovery under § 550(a), without recognition of Defendant's statutory lien under § 550(e), would create an impermissible windfall to the estate.

54. Defendant further states that the Property remains partially incomplete and partially non-compliant, and any valuation of Defendant's improvements should be determined based on the Property's actual present condition, not speculative completed value.

Supporting Proof: Exhibits N, O

55. Defendant requests that the Court determine:

(a) the amount of Defendant's post-transfer improvements;

(b) the increase in value attributable to Defendant's improvements, if any; and

(c) the amount of Defendant's statutory lien under § 550(e).

56. Defendant requests that any recovery of the Property by Plaintiff be made expressly subject

to Defendant's statutory improvement lien.

**WHEREFORE**, Defendant respectfully requests that this Court:

A. Determine that Defendant is a good-faith transferee entitled to protection under 11 U.S.C. § 550(e);

B. Determine the value of Defendant's improvements, preservation expenditures, and post-transfer contributions;

C. Impose a statutory improvement lien against the Property in favor of Defendant pursuant to 11 U.S.C. § 550(e);

D. Require that any sale, liquidation, turnover, or transfer of the Property be subject to Defendant's statutory improvement lien;

E. Order that Defendant be paid from sale proceeds before any distribution of net proceeds to the estate to the extent required by § 550(e);

F. Grant Defendant such other and further relief as the Court deems just and equitable.


## PRAYER FOR RELIEF

**WHEREFORE,** Defendant respectfully requests:

A. That Plaintiff's requested relief be denied except as permitted by law;

B. That the Court recognize Defendant's equitable lien against the Property in an amount not less than $97,143.94;

C. That any recovery by Plaintiff be subject to Defendant's reimbursement, restitution, and equitable lien rights;

D. That any sale proceeds be impressed with Defendant's equitable lien and reimbursement rights;

E. That Defendant's occupancy and possessory rights be recognized pending lawful judicial process;

F. That any turnover, sale, or transfer of possession comply fully with Michigan lawful eviction procedures;

G. That no self-help eviction, lockout, exclusion, utility interruption, or disposal of Defendant's personal property be permitted;

H. That Defendant be granted reasonable time and access to remove all personal property before any transfer of possession;

I. That any valuation, sale, liquidation, or disposition of the Property be based upon its actual incomplete, partially non-compliant, and materially unfinished condition;

J. That Defendant be granted reasonable transition time to relocate if relocation is ordered;

K. That Defendant be awarded restitution, costs, and such other and further relief as the Court deems just and equitable.

Respectfully submitted,

_____ 5·4·26
Jacqueline Elizabeth Ard, Defendant, Pro Se

Current Residence:
15826 Appoline Street
Detroit, Michigan 48227

Mailing Address for Service:
21215 Dartmouth Drive
Southfield, Michigan 48076

Dated: May 4, 2026

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re: Patricia Perry

Debtor,

Chapter 7
Case No. 26-41320-mar
Honorable Mark A. Randon

_____/

Stuart A. Gold, Trustee,

Plaintiff

v

Adversary No. 26-04106-mar

Jacqueline E. Ard,
Defendant.

## CERTIFICATE OF SERVICE

I, Jacqueline Ard, certify that on May 4, 2026, I served a true and correct copy of the foregoing Answer, Affirmative Defenses, Counterclaim, and Demand for Equitable Relief, Exhibits, Declaration, and Notice of Filing Answer upon counsel for Plaintiff and all required parties by ECF, Electronic Mail, and/or U.S. Mail to the following:

**ECF/Electronic Mail**
Jill M. Gies
Trial Attorney Office of the U.S. Trustee
211 W. Fort St., Suite 700
Detroit, Michigan 48226
**USTP.Region09@usdoj.gov**

Sandra L. O'Connor
Sandra O'Connor Law, PLLC
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
**sandra@sandraoconnorlaw.com**
Attorney for Chapter 7 Trustee Stuart A. Gold

Sharon Kay Grace-Moore
Attorney for Debtor Patricia Perry
**sgmieb@yahoo.com**

Stuart A. Gold
Chapter 7 Trustee
**trusteegold@glmpc.com**

**US Mail:**
Patricia Perry
5990 Hereford St.
Detroit, MI 48224

5-4-26

Jacqueline E Ard, Defendant, Pro Se
Mailing Address for Service:
21215 Dartmouth Drive
Southfield, Michigan 48076

34

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Patricia Perry

Debtor,

_____/

Stuart A. Gold, Trustee,

Plaintiff

v

Jacqueline E. Ard,
Defendant.

Chapter 7

Case No. 26-41320-mar
Honorable Mark A. Randon

Adversary No. 26-04106-mar

## APPENDIX A
## AUTHORITIES SUPPORTING DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND DEMAND FOR EQUITABLE RELIEF

## I. Bankruptcy Estate Limited to Debtor's Actual Interest

### 1. 11 U.S.C. § 541(a)

Section 541(a) provides that the bankruptcy estate includes "all legal or equitable interests of the debtor in property as of the commencement of the case." This supports Defendant's position that the estate does not automatically obtain more than the debtor actually held.

### 2. 11 U.S.C. § 541(d)

Section 541(d) provides that where the debtor holds only legal title and not an equitable interest, the property becomes property of the estate only to the extent of the debtor's legal title, not the equitable interest the debtor does not hold.

**Application:** Defendant contends Patricia Perry held, at most, bare legal title while Defendant held substantial equitable, beneficial, reimbursement, lien, and possessory rights arising from acquisition funding, repairs, taxes, utilities, compliance work, and possession.

1

## II. Trustee Recovery Under § 550 Is Limited

### 3. 11 U.S.C. § 550(a)

Section 550(a) allows recovery of avoided transfers only "for the benefit of the estate." The phrase supports Defendant's argument that recovery should be denied, reduced, or limited where it produces no meaningful creditor benefit after accounting for Defendant's lien, reimbursement, improvement, and restitution claims.

### 4. 11 U.S.C. § 550(d)

Section 550(d) provides: "The trustee is entitled to only a single satisfaction under subsection (a)." This supports Defendant's defense that Plaintiff cannot recover both the avoidable legal title interest and the separate value created by Defendant's independent improvements and expenditures.

### 5. 11 U.S.C. § 550(e)

Section 550(e) gives a good-faith transferee from whom recovery is sought a lien on recovered property to secure the lesser of the cost of improvements or the increase in value resulting from improvements.

**Application:** Defendant asserts she acted in good faith, gave value, and made substantial improvements, including repairs, taxes, utilities, compliance work, and preservation expenses. Therefore, even if recovery is ordered, Defendant requests a statutory improvement lien under §550(e).

---

## III. Michigan Law Protecting Possession and Prohibiting Self-Help

### 6. MCL 600.2918

Michigan law prohibits unlawful interference with possessory interests. MCL 600.2918 provides remedies when a person in possession is unlawfully locked out, excluded, subjected to utility interruption, or otherwise interfered with.

**Application:** Defendant currently resides at 15826 Appoline and asserts that neither avoidance under §544 nor recovery under §550 authorizes self-help eviction, lockout, exclusion, utility interruption, or disposal of personal property.

### 7. MCL 600.5701 et seq.

Michigan's summary proceedings statutes govern recovery of possession of premises. They require lawful judicial process before possession is transferred or an occupant is removed.

**Application:** Defendant requests that any transfer of possession comply with Michigan lawful eviction and possession procedures.

---

# IV. Michigan Equitable Lien, Constructive Trust, and Unjust Enrichment Principles

## 8. Equitable Lien

Michigan courts recognize equitable remedies where one party's money, labor, or improvements have preserved or enhanced property and equity requires reimbursement.

**Application:** Defendant funded acquisition, compliance, repairs, taxes, utilities, and preservation. Defendant requests an equitable lien against the Property and any sale proceeds.

## 9. Constructive Trust / Resulting Trust

Constructive trust and resulting trust theories preserve Defendant's argument that Patricia Perry did not hold the full beneficial interest where Defendant supplied the acquisition funds, paid all expenses, maintained possession, and Patricia executed the quitclaim deed.

**Application:** These theories support Defendant's request that the Court prevent unjust enrichment and recognize Defendant's beneficial and equitable interests.

## 10. Unjust Enrichment / Restitution

Unjust enrichment applies where one party receives and retains a benefit that equity requires be returned or compensated.

**Application:** If the estate recovers the Property without reimbursing Defendant, the estate receives the benefit of Defendant's funds, repairs, taxes, utilities, and labor without compensation.

---

# V. Distinguishing K. Jin Lim v. Combs (In re Combs)

## 11. In re Combs, 626 B.R. 300 (Bankr. E.D. Mich. 2021)

Plaintiff appears to rely on **K. Jin Lim v. Combs (In re Combs)** for the proposition that an unrecorded deed may be avoided under §544(a)(3). Defendant distinguishes Combs because the defendants there failed to produce sufficient documentary evidence supporting equitable claims.

**Application:** Unlike Combs, Defendant has documentary proof of:

A. acquisition funds;
B. bank tracing;
C. executed quitclaim deed;
D. Detroit Land Bank compliance communications;
E. release of interest;
F. taxes;
G. utilities;
H. repair ledger;

3

I. contractor invoices;
J. material receipts;
K. City inspection report;
L. occupancy;
M. personal property.

Therefore, Combs may address avoidability of an unrecorded deed, but it does not bar Defendant's separate equitable lien, restitution, §550(e) improvement lien, possession, occupancy, or personal property defenses.

## VI. Remedial Purpose of Avoidance and Recovery

## 12. Recovery Is Remedial, Not Penal

Bankruptcy transfer recovery is intended to restore value for creditor benefit, not punish a transferee or create a windfall. Defendant relies on this principle to argue that even if the transfer is avoided, §550 recovery must be limited to prevent confiscation of Defendant's independent investment.

**Application:** Plaintiff should not recover Defendant's independently created value without accounting for Defendant's documented expenditures and statutory lien rights.

## Final Equity Statement

Even if the Court determines the unrecorded deed is avoidable under 11 U.S.C. § 544(a)(3), the estate should not receive a windfall by retaining the full benefit of Defendant's documented acquisition funds, improvements, preservation expenses, taxes, utilities, compliance work, and labor without adjudicating Defendant's equitable lien, restitution, reimbursement, statutory improvement lien, possession, and personal property rights.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Patricia Perry

Debtor,

_____/

Stuart A. Gold, Trustee,

Plaintiff

v

Jacqueline E. Ard,
Defendant.

Chapter 7

Case No. 26-41320-mar
Honorable Mark A. Randon

Adversary No. 26-04106-mar

---

# EXHIBIT INDEX

# IN SUPPORT OF ANSWER, AFFIRMATIVE DEFENSES, COUNTERCLAIMS, AND DECLARATION OF JACQUELINE E ARD

---

Defendant Jacqueline E Ard submits the following exhibits in support of her Answer, Affirmative Defenses, Counterclaims, and Declaration:

**Exhibit A**
Cashier's Check dated November 8, 2017 in the amount of $2,250.28 issued for acquisition closing costs for 15826 Appoline Street, Detroit, Michigan.

Purpose:
Proof of acquisition funding by Defendant.

---

**Exhibit B**
Fifth Third Bank account statement reflecting purchase of cashier's check in the amount of $2,250.28.

Purpose:
Tracing source of acquisition funds to Defendant.

**Exhibit C**
Quitclaim Deed dated May 31, 2019 from Patricia Perry to Jacqueline Elizabeth Ard.

Purpose:
Proof of transfer and ownership intent.

**Exhibit D**
Detroit Land Bank Authority closing and transaction documents dated November 2017.

Purpose:
Proof of acquisition and closing structure.

**Exhibit E**
Detroit Land Bank Authority email communications (2017–2023).

Purpose:
Proof Defendant was sole operational contact and responsible party for compliance, repairs, and title clearance.

**Exhibit F**
Detroit Land Bank Authority Compliance Approval dated March 16, 2023.

Purpose:
Proof compliance restrictions were not released until 2023.

**Exhibit G**
Detroit Land Bank Authority Release of Interest recorded March 22, 2023.

Purpose:
Proof title restrictions remained active until release.

**Exhibit H**
Property Tax Records and Proof of Payment.

Purpose:
Proof Defendant paid all taxes.

**Exhibit I**
Utility Bills and Account Records in Defendant's name.

Purpose:
Proof Defendant maintained operational responsibility and possession.

---

**Exhibit J**
Repair Ledger / Renovation Cost Summary totaling approximately $94,893.66.

Purpose:
Proof of improvements and equitable lien amount.

---

**Exhibit K**
Contractor Invoice – Plumbing Work.

Purpose:
Proof of renovation expenses.

---

**Exhibit L**
Additional Contractor Invoice(s).

Purpose:
Proof of additional improvements.

---

**Exhibit M**
Home Improvement Material Receipts (including Home Depot receipts).

Purpose:
Proof of material expenditures.

---

**Exhibit N**
City of Detroit Presale Inspection Report dated December 16, 2022.

Purpose:
Proof Property remains incomplete, partially non-compliant, and materially undervalued.

### Exhibit O

Photographs of current Property condition (interior and unfinished units).

Purpose:
Visual evidence of incomplete construction and actual condition.

### Exhibit P

Proof of Current Occupancy / Residency (mail, utility bill, identification, or other occupancy proof).

Purpose:
Proof of current possession and occupancy.

### Exhibit Q

Inventory summary and photographs of personal property stored at the Property.

Purpose:
Proof of personal property ownership and storage.

### Exhibit R

Affidavit / Declaration of Jacqueline Elizabeth Ard.

Purpose:
Sworn factual support for Answer, defenses, and counterclaims.

# Exhibit R
"Affidavit/ Declaration of Jacqueline E Ard"

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re: Patricia Perry

Debtor,

_____/

Stuart A. Gold, Trustee,

Plaintiff

v

Jacqueline E. Ard,
Defendant.

Chapter 7

Case No. 26-41320-mar

Honorable Mark A. Randon

Adversary No. 26-04106-mar

_____

**DECLARATION OF JACQUELINE ELIZABETH ARD
IN SUPPORT OF ANSWER, AFFIRMATIVE DEFENSES,
COUNTERCLAIMS, AND DEMAND FOR EQUITABLE RELIEF**

_____

I, Jacqueline Elizabeth Ard, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

## I. IDENTITY AND PERSONAL KNOWLEDGE

1. My name is Jacqueline Elizabeth Ard.

2. I am over eighteen years of age and competent to testify to the matters stated in this Declaration.

3. I make this Declaration based upon my personal knowledge.

4. If called as a witness, I could and would testify truthfully to the facts stated herein.

## II. PROPERTY AT ISSUE

5. This Declaration concerns the real property located at:

   15826 Appoline Street

   Detroit, Michigan 48227

   (the "Property").

6. I currently reside at the Property.

1

7. For purposes of court notices, pleadings, correspondence, and mailings, my mailing address is:

21215 Dartmouth Drive

Southfield, Michigan 48076.

## III. ACQUISITION OF THE PROPERTY

8. In or about November 2017, the Property was acquired through the Detroit Land Bank Authority auction program. See Exhibit D.

9. Although title was placed in Patricia Perry's name, I provided the funds necessary to complete the acquisition.

10. On or about November 8, 2017, I funded the closing through a cashier's check in the amount of $2,250.28 drawn from my Fifth Third Bank business checking account. See Exhibits A and B.

11. Patricia Perry did not contribute any money toward the purchase of the Property.

12. Patricia Perry did not reimburse me for the purchase funds.

13. The purchase funds came from me, not from Patricia Perry.

## IV. OWNERSHIP UNDERSTANDING AND DEED TRANSFER

14. Patricia Perry initially selected the Property because the original intent was that we would cohabitate.

15. After the purchase, it became clear that the Property required extensive rehabilitation, substantial repairs, and significant financial investment.

16. Patricia Perry agreed that I would assume full financial, operational, and rehabilitation responsibility for the Property.

17. Patricia Perry later executed a quitclaim deed transferring the Property to me.

18. The quitclaim deed is dated May 31, 2019. See Exhibit C.

19. I paid Patricia Perry $500.00 in cash as consideration for the transfer.

20. The deed was validly executed and delivered to me.

21. The deed was not recorded.

22. The deed was not recorded because the Property remained subject to Detroit Land Bank compliance restrictions and because the rehabilitation and title-release process continued for several years.

23. After the deed was signed, I acted as the owner and assumed all financial, repair, tax, utility, compliance, and preservation obligations.

2

24. Since that time, Patricia Perry has acknowledged that the Property belongs to me.

## V. POSSESSION AND CONTROL

25. Since acquisition, I have maintained exclusive possession and control of the Property.

26. Patricia Perry has never resided at the Property.

27. Patricia Perry has never possessed keys to the Property.

28. Patricia Perry has never exercised operational control over the Property.

29. Patricia Perry has never paid on any utilities for the Property.

30. Patricia Perry has never performed repairs or maintenance at the Property.

31. Patricia Perry has never preserved, secured, rehabilitated, or managed the Property.

32. I secured the Property, controlled access to the Property, maintained utilities, coordinated inspections, supervised repairs, and handled rehabilitation.

33. I have continuously treated the Property as my home and property.

## VI. DETROIT LAND BANK COMPLIANCE

34. After acquisition, the Property remained subject to ongoing compliance requirements imposed by the Detroit Land Bank Authority.

35. I personally handled communications with the Detroit Land Bank Authority. See Exhibit E.

36. The Detroit Land Bank Authority communicated directly with me regarding compliance, repairs, inspections, and final approval. See Exhibit E.

37. I personally coordinated and completed the compliance obligations necessary to satisfy the Detroit Land Bank Authority requirements.

38. The Detroit Land Bank Authority issued compliance approval on or about March 16, 2023. See Exhibit F.

39. The Detroit Land Bank Authority recorded its Release of Interest on or about March 22, 2023. See Exhibit G.

40. Until compliance was completed, the Property remained subject to Detroit Land Bank restrictions.

41. The Detroit Land Bank release reflected satisfaction of the Land Bank's minimum compliance requirements.

42. The Land Bank release did not mean that the entire multi-unit Property was fully completed, fully code-compliant, fully permitted, or fully lawful for all residential occupancy or rental use under City of Detroit requirements.

43. I achieved the minimum rehabilitation standard required for release by making one upper

unit minimally habitable for occupancy.

44. The remaining units were not fully completed.

## VII. REPAIRS, IMPROVEMENTS, TAXES, UTILITIES, AND PRESERVATION

45. Since acquisition, I have personally funded repairs, improvements, and rehabilitation of the Property.

46. My documented repair and improvement costs total approximately $94,893.66. See Exhibit J.

47. These expenditures include demolition, roofing, plumbing, electrical work, furnace installation, hot water tanks, flooring, framing, structural repairs, and materials. See Exhibits J, K, L, and M.

48. I also funded maintenance and preservation expenses for the Property.

49. I paid utility expenses associated with the Property. See Exhibit I.

50. I paid property taxes associated with the Property. See Exhibit H.

51. Patricia Perry contributed no money toward repairs, maintenance, taxes, utilities, preservation, or improvements.

52. My total documented investment in the Property is at least $97,143.94. See Exhibits A, B, H, I, J, K, L, and M.

53. My funds preserved the Property and prevented deterioration, forfeiture, or loss.

## VIII. CURRENT CONDITION OF THE PROPERTY

54. The Property is a multi-unit residential building.

55. Only one upper unit is currently functional and habitable.

56. The other upper and lower units remain substantially incomplete.

57. The unfinished units do not contain completed kitchens, bathrooms, or finished living spaces.

58. Portions of the Property remain down to exposed framing and unfinished systems.

59. Plumbing and sewer issues remain unresolved.

60. Basement flooring remains damaged and requires repair.

61. Significant additional work remains necessary to complete the Property.

62. The unfinished portions of the Property are currently used to store my personal property, business materials, tools, appliances, construction materials, and household items.

## IX. CITY OF DETROIT INSPECTION FINDINGS

63. A City of Detroit presale inspection was conducted on December 16, 2022. See Exhibit N.

64. The Property failed that inspection. See Exhibit N.

65. The inspection identified structural deficiencies, unfinished drywall, incomplete stair safety

components, and permit deficiencies. See Exhibit N.

66. The inspection required plumbing, electrical, and mechanical permits. See Exhibit N.

67. The inspection confirmed that only the upper unit was functional and habitable. See Exhibit N.

68. The inspection reflected that the lower unit was being used for storage. See Exhibit N.

69. The deficiencies listed in the inspection report reflected only the upper unit and did not fully capture the unfinished condition of the remaining units. See Exhibit N.

70. The Property, as a whole, remains non-compliant for full multi-unit occupancy.

71. The Property is not fully completed or stabilized as a lawful income-producing multi-unit residential property.

## X. FAIR MARKET VALUE AND UNDERVALUATION

72. Because the Property is incomplete, partially non-compliant, and only partially habitable, any valuation based on a fully completed multi-unit structure materially overstates fair market value.

73. The current incomplete condition substantially reduces the Property's market value.

74. Any valuation, sale, liquidation, or recovery analysis should account for remaining repair costs, permit requirements, municipal compliance obligations, unfinished units, code deficiencies, and occupancy limitations.

75. A purchaser or successor owner would still have to address unfinished construction, inspections, permits, municipal compliance, and occupancy restrictions before the Property could be used as a fully functional multi-unit property.

## XI. OCCUPANCY, AGE, CAREGIVING, AND TRANSITION NEEDS

76. I currently reside at the Property as my residence. See Exhibit P.

77. I maintain actual physical possession and occupancy of the Property. See Exhibit P.

78. I am of senior age.

79. I am the full-time caregiver for my husband, who is sixty-eight years old and disabled.

80. My husband suffers from significant physical disabilities and requires daily assistance, supervision, mobility support, and continuity of care.

81. I provide his primary and ongoing care on a full-time basis.

82. Our household currently depends on fixed income.

83. Our fixed income significantly limits our ability to immediately secure replacement housing, relocate our personal property, or transition our residence on short notice.

5

84. Relocation would require substantial planning, financial coordination, transportation, labor, and logistical support because of my husband's medical and physical limitations.

85. Immediate displacement would create substantial hardship and would materially affect my husband's health, stability, and continuity of care.

86. If the Court authorizes any turnover, sale, transfer of possession, or administration affecting the Property, I respectfully request reasonable transition time to relocate myself, my husband, and our personal property.

87. I request adequate notice, reasonable access, and sufficient time to remove all personal property in an orderly and safe manner.

## XII. PERSONAL PROPERTY

88. The Property contains substantial personal property belonging solely to me. See Exhibit Q.

89. My personal property includes tools, appliances, construction materials, fixtures not yet installed, business records, personal records, furnishings, household goods, equipment, supplies, and personal effects. See Exhibit Q.

90. Portions of the unfinished units currently serve as storage for my personal property and business materials.

91. Patricia Perry has no ownership interest in my personal property.

92. My personal property is separate from the real property and should not be seized, discarded, destroyed, removed, or treated as property of the bankruptcy estate merely because it is located at the Property.

## XIII. EQUITABLE INTEREST, REIMBURSEMENT, AND LIEN RIGHTS

93. All acquisition funds for the Property came from me. See Exhibits A and B.

94. All improvement funds came from me. See Exhibits J, K, L, and M.

95. All preservation, maintenance, tax, and utility funds came from me. See Exhibits H, I, and J.

96. Patricia Perry has invested none of her own money into the Property.

97. If the Trustee avoids the deed and administers the Property without reimbursement to me, the bankruptcy estate would receive the benefit of my money, labor, preservation, taxes, utilities, and improvements.

98. That result would unjustly enrich the bankruptcy estate.

99. At minimum, I claim an equitable lien against the Property and any proceeds in an amount not less than my total documented expenditures.

100. I also claim reimbursement, restitution, setoff, recoupment, and statutory improvement lien

rights to the extent allowed by law.

101. Any proceeds generated from sale of the Property should be subject to my equitable lien, statutory lien, reimbursement, restitution, and setoff rights.

## XIV. POSSESSION RIGHTS AND LAWFUL PROCESS

102. If any turnover, sale, or transfer of possession occurs, I request full compliance with Michigan law governing lawful recovery of possession and eviction.

103. I request that no self-help eviction, lockout, exclusion, utility interruption, or denial of access occur.

104. I request that my personal property not be removed, destroyed, discarded, or disposed of without lawful process and reasonable opportunity for removal.

105. I request reasonable access to the Property for purposes of organizing, preserving, and removing personal property if relocation becomes necessary.

106. I respectfully request that the Court preserve my occupancy and possession rights unless and until possession is transferred through lawful judicial process.

## XV. GOOD FAITH

107. I acted in good faith when I funded the acquisition, accepted the deed, took possession, paid expenses, completed Land Bank compliance, and improved the Property.

108. I did not accept the deed or invest in the Property to hinder, delay, or defraud creditors.

109. The deed was executed years before Patricia Perry filed bankruptcy.

110. My investments were made openly, continuously, and in reliance on the agreement that the Property belonged to me.

## XVI. FINAL DECLARATION

111. I make this Declaration in support of my Answer, Affirmative Defenses, Counterclaims, equitable lien claim, reimbursement claim, restitution claim, statutory improvement lien claim, occupancy rights, possession rights, personal property rights, and request for reasonable transition time.

112. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: May 4, 2026

Respectfully submitted,

$5\text{-}4\text{-}26$

Jacqueline Elizabeth Ard, Defendant, Pro Se

Current Residence:
15826 Appoline Street
Detroit, Michigan 48227

Mailing Address for Service:
21215 Dartmouth Drive
Southfield, Michigan 48076

8

# Exhibit A

"Cashier's check $2,250.28"

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ☐ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

**FIFTH THIRD BANK**

73-119 / 421

28877424

**CASHIER'S CHECK**

November 08, 2017

Pay to the Order of: TITLE SOURCE***

$********2,250.28

Amount: *TWO THOUSAND TWO HUNDRED FIFTY 28/100 US DOLLARS*

Drawn on: Fifth Third Bank, Kentucky, Inc
Lexington, KY

Transaction Number: 822523627
Cost Center: 5198

Memo: 15826 APPOLINE
Purchased by: PATRICIA PERRY

The purchase of a Surety Bond may be required before any Cashier's Check on this bank will be replaced or refunded in the event it is lost, misplaced, or stolen.

Authorized Signature

⑈288774 24⑈ ⑆042101190⑆ 00826495 31⑈

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK WHEN CHECKING THE ENDORSEMENTS.

# Exhibit B
"Fifth Third Bank Statement"



## FIFTH THIRD BANK

(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

HELPING HANDS WORLDWIDE
JACQUELINE ARD
143 BOARDMAN CANFIELD RD
STE 225
BOARDMAN OH 44512-4804



0

1138

Banking Center: Southfield
Banking Center Phone: 248-353-3010
Business Banking Support: 877-534-2264

---

## Account Summary - ▉▉▉▉13

| Date | Description | Amount | | |
|---|---|---|---|---|
| 11/01 | Beginning Balance | $4,000.74 | Number of Days in Period | 30 |
| 5 | Checks | $(3,600.00) | | |
| 35 | Withdrawals / Debits | $(18,049.26) | | |
| 6 | Deposits / Credits | $18,759.99 | | |
| 11/30 | Ending Balance | $1,111.47 | | |

Analysis Period: 10/01/17 - 10/31/17

| | |
|---|---|
| Standard Monthly Service Charge | $25.00 |
| Standard Monthly Service Charge Waived (see below) | -$25.00 |
| BANKING CENTER CASH ORDERS | $0.25 |
| OFFICIAL CHECK ISSUED | $10.75 |
| WIRE INCOMING STRUCTURED | $15.50 |
| INTERNAL TRANSFER | $26.25 |
| Service Charge withdrawn on 11/10/17 | $52.75 |

---

Standard Monthly Service Charge waived if:

Your business maintains a total monthly average balance of $10,000 across its business checking, savings, and certificate of deposit accounts.

OR your business has a business loan or line of credit.

OR your business spends at least $500 per month on its business credit card AND your business has Merchant Services.

Current Relationship Overview:

| | |
|---|---|
| Balance Criteria Met? | Yes |
| Total Combined Monthly Average Balance | $43,516.95 |
| Business Loan or Line of Credit? | No |
| Other Criteria Met? | No |
| $500 Business Credit Card Spend? | No |
| Merchant Services? | No |

---

## Checks

5 checks totaling $3,600.00

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 0000 i | 11/21 | 400.00 | 3004 i | 11/24 | 700.00 | 3006 i | 11/28 | 400.00 |
| 3003*i | 11/07 | 1,500.00 | 3005 i | 11/24 | 600.00 | | | |

---

## Withdrawals / Debits

35 items totaling $18,049.26

| Date | Amount | Description |
|---|---|---|
| 11/02 | 10.00 | TELEPHONE INITIATED PAYMENT AT PMNTUS SVC FEE SERVICEFEE 7159573 110217 |
| 11/02 | 456.97 | TELEPHONE INITIATED PAYMENT AT DITECH-FINANCIAL MORTGAGE 7096255 110217 |
| 11/06 | 204.99 | JEANIE WITHDRAWAL - ▉▉▉▉ ON 110617 FROM CARD#: XXXXXXXXXXXX707X |
| 11/06 | 300.00 | JEANIE WITHDRAWAL - ▉▉▉▉ ON 110617 FROM CARD#: XXXXXXXXXXXX707X |
| 11/07 | 232.46 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00499758597 |

For additional information and account disclosures, please visit www.53.com/businessbanking    Page 1 of 4


**FIFTH THIRD BANK**

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 11/08 | 300.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ 110817 FROM CARD#: XXXXXXXXXXXX707X |
| 11/08 | 2,250.28 | CASHIER CHECK PURCHASE REF # 00822523627 |
| 11/08 | 157.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00499794787 |
| 11/09 | 60.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/09 | 20.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00499889699 |
| 11/09 | 40.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00500007986 |
| 11/10 | 52.75 | SERVICE CHARGE |
| 11/13 | 26.01 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500358488 |
| 11/13 | 60.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00500510558 |
| 11/13 | 105.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500357745 |
| 11/13 | 200.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500343992 |
| 11/13 | 220.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500348700 |
| 11/13 | 300.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500523249 |
| 11/13 | 500.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX7196 REF # 00500355074 |
| 11/14 | 8,654.75 | CASHIER CHECK PURCHASE REF # 00823644449 |
| 11/14 | 100.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00500578003 |
| 11/15 | 400.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/15 | 4.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00500701131 |
| 11/15 | 300.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00500826043 |
| 11/20 | 300.00 | 5/3 JEANIE WITHDRAWAL - 006354 126 E FOURTH STREET MICHIGAN CITY IN ON 112017 FROM CARD#: XXXXXXXXXXXX707X |
| 11/21 | 400.00 | ALLPOINT WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/21 | 400.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/22 | 100.00 | DEBIT CARD PURCHASE AT GOOGLE *Wallet P2P, g.co/helppay#, CA ON 112217 FROM CARD#: XXXXXXXXXXXX7079 |
| 11/27 | 100.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/27 | 305.00 | JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/28 | 200.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00502503857 |
| 11/29 | 800.00 | 5/3 JEANIE WITHDRAWAL - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/29 | 50.00 | 5/3 ONLINE TRANSFER TO CK: XXXXXX9006 REF # 00502608521 |
| 11/30 | 10.00 | TELEPHONE INITIATED PAYMENT AT PMNTUS SVC FEE SERVICEFEE 7914689 113017 |
| 11/30 | 430.05 | TELEPHONE INITIATED PAYMENT AT DITECH-FINANCIAL MORTGAGE 7894659 113017 |

## Deposits / Credits

6 items totaling $18,759.99

| Date | Amount | Description |
|---|---|---|
| 11/01 | 10,000.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX6621 REF # 00498804665 |
| 11/06 | 4.99 | FIFTH THIRD PAID THIS ATM FEE ON YOUR BEHALF |
| 11/14 | 1,750.00 | FUNDS TRANSFER FROM CK: XXXXXX6621 REF # 00823644202 |
| 11/15 | 6,700.00 | 5/3 ONLINE TRANSFER FROM CK: XXXXXX6621 REF # 00500797814 |
| 11/21 | 300.00 | 5/3 JEANIE DEPOSIT 17112021 - ▬▬▬▬▬▬▬ FROM CARD#: XXXXXXXXXXXX707X |
| 11/27 | 5.00 | FIFTH THIRD PAID THIS ATM FEE ON YOUR BEHALF |

## FIFTH THIRD BANK

(EASTERN MICHIGAN)
P.O. BOX 630900 CINCINNATI OH 45263-0900

HELPING HANDS WORLDWIDE
JACQUELINE ARD
143 BOARDMAN CANFIELD RD
STE 225
BOARDMAN OH 44512-4804

0

1138

Banking Center: Southfield
Banking Center Phone: 248-353-3010
Business Banking Support: 877-534-2264

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/01 | 14,000.74 | 11/10 | 8,421.28 | 11/22 | 4,701.52 |
| 11/02 | 13,533.77 | 11/13 | 7,010.27 | 11/24 | 3,401.52 |
| 11/06 | 13,033.77 | 11/14 | 5.52 | 11/27 | 3,001.52 |
| 11/07 | 11,301.31 | 11/15 | 6,001.52 | 11/28 | 2,401.52 |
| 11/08 | 8,594.03 | 11/20 | 5,701.52 | 11/29 | 1,551.52 |
| 11/09 | 8,474.03 | 11/21 | 4,801.52 | 11/30 | 1,111.47 |

-



This page intentionally left blank.

Page 4 of 4

# Exhibit C

"Quitclaim Deed dated May 31, 2019"

# QUIT CLAIM DEED

**KNOW ALL MEN BY THESE PRESENTS: Patricia Perry, a married woman ("Grantor"),** whose address is: **5920 Neff Detroit, Michigan 48224**

**Quit Claim to: Jacqueline E. Ard, a married woman ("Grantee"), whose address is: 143 Boardman-Canfield Rd # 225, Boardman, Ohio 44512**

The real property situated in the City of Detroit, County of Wayne, State of Michigan and more particularly described as follows:

**E APPOLINE 53 MILLS & KNEBUSHS BURGER SUB L56 P27 PLATS, W C R 22/296 36 X 106, WAYNE COUNTY RECORDS**

**Parcel Tax Parcel ID No. 22021109.**

**Commonly known as 15826 Appoline, Detroit, Michigan 48227**

Together with all and singular the tenements, hereditaments, fixtures, and appurtenances of that property, for the full consideration of Five Hundred Dollars and 00/100 ($500.00).

Subject to: Existing building and use restrictions, easements of record, and zoning ordinances, if any.

Dated: 5/31/2019                       Signed by Grantor:

STATE OF MICHIGAN          )
                                          ) ss
COUNTY OF WAYNE          )

This document was acknowledged, subscribed and sworn before me this 31 day of May, 2019, Patricia Perry.

Reginal

Signature of Notary
My commission expires 2/16/22

Drafted by: Jacqueline Ard
143 Boardman-Canfield # 225
Boardman, Ohio 44512

TRACY KILGO
Notary Public. State of Michigan
County of Oakland
My Commission Expires Feb 16, 2022
Acting in the County of Wayne

RETURN TO:
Jacqueline Ard
143 Boardman-Canfield Rd # 225
Boardman, Ohio 445212

Send Subsequent Tax Bills To:
Jacqueline Ard
15826 Appoline
Detroit, Michigan 48227

# Exhibit D

"Detroit Land Bank closing email dated November 2017"

 
## RE: 15826 Appoline

1 message

**Alese Jackson** <ajackson@detroitlandbank.org>                    Wed, Nov 1, 2017 at 12:11 PM
To: Jacqueline Ard <jacquelineard25@gmail.com>

Hello Ms. Ard, thank you for the follow up. Yes, we are ready to close. When would you like to close? Instructions will
follow once I have this information.


Detroit Land Bank Authority


Alese Jackson (formerly Small)
Disposition Closing  Manager

Hours of Operation: Monday - Friday; 9:00 a.m. - 5:00 p.m.
500 Griswold, Suite 1200 | Detroit, MI 48226
Office: 313.261.9983, Fax: 313.447.2125
ajackson@detroitlandbank.org  | www.buildingdetroit.org


-----Original Message-----
From: Jacqueline Ard [mailto:jacquelineard25@gmail.com]
Sent: Wednesday, November 1, 2017 11:43 AM
To: Alese Jackson <ajackson@detroitlandbank.org>
Subject: Re: 15826 Appoline

Hi Alese,
 Just following up did you get anything back yet?

Patricia Perry

Sent from my iPhone

> On Oct 27, 2017, at 4:09 PM, Alese Jackson <ajackson@detroitlandbank.org> wrote:
>
> Hello Ms. Perry, I've forward your request to our title team and should have a response Monday. I will follow up with you
once I hear back.
>
>
> Detroit Land Bank Authority
>
>
> Alese Jackson (formerly Small)
> Disposition Closing  Manager
>
> Hours of Operation: Monday - Friday; 9:00 a.m. - 5:00 p.m.
> 500 Griswold, Suite 1200 | Detroit, MI 48226
> Office: 313.261.9983, Fax: 313.447.2125 ajackson@detroitlandbank.org
> | www.buildingdetroit.org
>
>
> -----Original Message-----
> From: Jacqueline Ard [mailto:jacquelineard25@gmail.com]
> Sent: Thursday, October 26, 2017 9:05 PM
> To: Alese Jackson <ajackson@detroitlandbank.org>
> Subject: Re: 15826 Appoline
>

> Hi Mrs. Jackson this is Patricia Perry I'm just following up with you to find out how everything is going with the closing process for 15826 Appoline. Have you received the title work, the insurance bill, and the water bill? Please let me know.
>
> Thank you,
> Patricia Perry
>
> Sent from my iPhone
>
>> On Oct 13, 2017, at 1:14 PM, Alese Jackson <ajackson@detroitlandbank.org> wrote:
>>
>> Thanks
>>
>> Sent from my iPhone
>>
>>> On Oct 13, 2017, at 1:12 PM, Jacqueline Ard <jacquelineard25@gmail.com> wrote:
>>>
>>> This is a follow up from our conversation regarding 15826 Appoline
>>> Please let me know when title, water, and taxes.
>>>
>>> Sent from my iPhone

This Escrow Agreement (the "Agreement") is entered into on ⟨1/18/17⟩, between **the Detroit Land Bank Authority**, of **500 Griswold Street, Suite 1200, Detroit, Michigan 48226** ("Seller"); **Patricia Perry, of 5920 Neff , Detroit, MI 48224**("Purchaser"); and **Title Source** of **662 Woodward Ave, Detroit, MI 48226** ("Escrow Agent") on the following conditions set forth below.

1. **Purpose.** Purchaser and Seller have entered into the Purchase Agreement attached hereto (the "Purchase Agreement"), for the premises commonly known as**15826 Appoline** Detroit, Michigan (the "Property"), and more particularly described as:

   **Legal Description: LOT 53 MILLS & KNEBUSHS BURGER SUBDIVISION ACCORDING TO THE PLAT THEREOF, AS RECORDED IN LIBER 56, PAGE 27 OF PLATS, WAYNE COUNTY RECORDS.**

   **Parcel ID: Ward 22; Item 021109**

Purchaser has executed a Reconveyance Deed attached hereto (the "Reconveyance Deed") that reconveys the Property to Seller if Purchaser fails to rehabilitate the Property in accordance with the terms set forth in the Purchase Agreement. If at any time Purchaser fails to timely comply with any condition, covenant or obligation to rehabilitate the property and cause it to be occupied, or if Purchaser is found during the Survival Period to have been in breach of any representation or warranty contained in the Purchase Agreement, Seller may, in its sole discretion, direct the Escrow Agent to release and deliver the Reconveyance Deed to the Wayne County Register of Deeds for recording.

**2. Execution and Deposit of Reconveyance Deed and Release of Interest.** Purchaser hereby deposits the Reconveyance Deed with Escrow Agent for release and delivery subject to the conditions set forth in this Agreement. Seller hereby deposits the Release of Interest with Escrow Agent for release and delivery subject to the conditions set forth in this Agreement.

**3. Duties of Escrow Agent.**

Escrow Agent shall hold the Reconveyance Deed until Escrow Agent receives written notice from Seller that any condition, covenant, or obligation set forth in the Purchase Agreement has not been satisfied. On receipt of a written notice from Seller that the obligations under the Purchase Agreement have not been satisfied, Escrow Agent shall record the Reconveyance Deed with the Wayne County Register of Deeds.

Escrow Agent shall hold the Release of Interest until Escrow Agent receives written notice from Seller that all conditions, covenants, or obligations set forth in the Purchase

Agreement has been satisfied. On receipt of a written notice from Seller that the obligations under the Purchase Agreement have been satisfied, Escrow Agent shall record the Release of Interest with the Wayne County Register of Deeds.

If Escrow Agent fails to receive notice from the Seller in writing concerning the request to record the Reconveyance Deed or Release of Interest prior to the termination date stated in this Agreement, the Escrow Agent will take actions as referenced in paragraph 4.

**4. Termination.** This Agreement shall terminate with the recording of the Reconveyance Deed or Release of Interest as directed in section 3 or on **11/08/2019**, whichever occurs first. If Escrow Agent is not directed to record either the Reconveyance Deed or the Release of Interest before the termination date of this Agreement, Escrow Agent shall return the Reconveyance Deed and the Release of Interest to the Seller. At the time that the Escrow Agent returns the Reconveyance Deed and Release of Interest to the Seller the Escrow Agent is released from any liability or responsibility under this agreement.

**5. Escrowed Recording Fees.** Purchaser and Seller agree that Escrow Agent will be holding in an account the recording fees for the future recording of either the Reconveyance Deed or Release of Interest. Escrow Agent will use such held back recording funds to cause the recording of the Reconveyance Deed or Release of Interest.

**6. Reliance by Escrow Agent.** Escrow Agent has no responsibility except for the performance of its duties as stated in this Agreement, and no additional duties shall be inferred or implied under this Agreement. Seller and Purchaser acknowledge that any determination of concerning the decision to record the Reconveyance Deed or record the Release of Interest is made at the sole direction of the Seller. Upon satisfactory completion of its duties in Paragraphs 3 and 4 of this Agreement, Escrow Agent's duties and responsibilities shall be deemed complete and Escrow Agent's obligations shall terminate under this Agreement. Seller and its assignees and Purchaser (s) and its heirs and assignees, hereby agree to hold harmless the Escrow Agent with respect to its performance under this Escrow Agreement For Delivery and Recording of Reconveyance Deed or Release of Interest and including but not limited to any recordings.

**7. Notice.** All notices, requests, or other communications that may be given or that are required to be given by either party under this Agreement must be in writing and shall be addressed to the other Party at the email addresses or property addresses set forth below. Each Party shall deliver all Notices by either personal delivery with confirmation of receipt or by e-mail with confirmation of transmission and receipt. All such notices will be deemed to have been given for purposes of this Agreement upon the date of receipt, except that whenever a notice is received on a day that is not a business day, the day of receipt will be deemed to be the next business day. The

addresses for delivery of notices under this Agreement are set forth below. Either party may from time to time by delivery of notice to the other party designate a different address for notices.

<u>Escrow Agent</u>

Property Address for personal delivery: Title Source, Attention: Escrow Team, 662 Woodward Ave, Detroit, MI 48226

Email delivery: dlbaclosings@titlesource.com

<u>Seller</u>

Property Address for personal delivery: Detroit Land Bank Authority, Attention: Deputy Director, 500 Griswold Street, Suite 1200, Detroit, Michigan 48226.

Email delivery: dlbaclosings@detroitlandbank.org

**8. Amendments.** This Agreement may only be amended by a written agreement signed by both Seller and Purchaser and received and accepted by Escrow Agent.

**9. Successors and assigns.** This Agreement shall bind the heirs, assigns, and successors of the parties.

**10. Effective date.** This Agreement shall become effective when signed by all of the parties.

Dated: _____11/8/17_____ /s/ _____
**Detroit Land Bank Authority**
**By: Reginald B. Scott, II**
**Its: Director of Disposition**

Dated: _____11/8/17_____ /s/ _____
**Patricia Perry**

<center>ESCROW AGENT'S ACCEPTANCE</center>

**Title Source** a Michigan corporation, accepts this escrow agreement and acknowledges receipt of the Reconveyance Deed and Release of Interest.

Dated: 11/8/17

**Title Source**
By: /s/ _____
By:
Its : **Agent**



TITLE SOURCE®

662 Woodward Ave. | Detroit, MI 48226 | (888) 848-5355
purchase@titlesource.com   titlesource.com

## Purchaser Closing Statement

**Seller(s):**
Detroit Land Bank Authority
500 Griswold St, Ste 1200
Detroit, MI 48226

**Purchaser(s):**
Patricia Perry
5920 Neff
Detroit, MI 48224

**Lender:**
Cash Sale

,

**Property Address:**
15826 Appoline
Detroit, MI 48227

**Closing Number:** 63411052
**Closing Date:** 11/8/17

| Description | Amount | Total |
|---|---|---|
| **SALES PRICE** | | |
| Contract sales price | | $1,300.00 |
| **PLUS CHARGES** | | |
| Pre-Sale Inspection to DLBA | $355.00 | |
| 2017 Taxes Due  to City of Detroit Treasurer | $1,010.03 | |
| Settlement or closing fee  to Title Source, Inc. | $250.00 | |
| Owner's title insurance  to Title Source, Inc. | $280.25 | |
| Tax Certification Fee  to Title Source, Inc. | $25.00 | |
| Deed $15.00  Release $15.00 to Wayne County Register of Deeds | $30.00 | |
| **TOTAL CHARGES** | | $1,950.28 |
| **GROSS AMOUNT DUE FROM PURCHASER** | | $3,250.28 |
| **LESS CREDITS** | | |
| Deposit or earnest money | $1,000.00 | |
| **TOTAL CREDITS** | | $1,000.00 |
| **BALANCE DUE [FROM] BUYER** | | $2,250.28 |

If Seller or Purchaser should benefit from any inaccuracy, they hereby agree upon proof of error to reimburse the proper party.

**Purchaser(s):**

x _Patricia Perry_ _____
  Patricia Perry



TITLE SOURCE®

662 Woodward Ave. | Detroit, MI 48226
888.848.5355 (phone) | purchase@titlesource.com | 877.380.4101 (fax)

## Seller Closing Statement

**Seller(s):**
Detroit Land Bank Authority
500 Griswold St, Ste 1200
Detroit, MI 48226

**Purchaser(s):**
Patricia Perry
5920 Neff
Detroit, MI 48224

**Lender:**
Cash Sale

,

**Property Address:**
15826 Appoline
Detroit, MI 48227

**Closing Date:** 11/8/17
**Closing Number:** 63411052

| Description | Amount | Total |
|---|---|---|
| *SALES PRICE* | | |
| Contract sales price | | $1,300.00 |
| *REIMBURSEMENTS/CREDITS* | | |
| Pre-Sale Inspection to DLBA | $355.00 | |
| *TOTAL REIMBURSEMENTS / CREDITS* | | $355.00 |
| *GROSS AMOUNT DUE TO SELLER* | | $1,655.00 |
| *LESS CHARGES AND DEDUCTIONS* | | |
| Deposit held by DLBA | $1,000.00 | |
| *TOTAL CHARGES AND DEDUCTIONS* | | $1,000.00 |
| *BALANCE DUE [TO] SELLER* | | $655.00 |

If Seller or Purchaser should benefit from any inaccuracy, they hereby agree upon proof of error to reimburse the proper party.

**Seller(s):**

Detroit Land Bank Authority

X _____          _____
By: Reginald B Scott, II
Its: Director Dispositions

_15876 Appoline_ (handwritten, top right)

**DETROIT LAND BANK AUTHORITY**



buildingdetroit.org

**PURCHASE AGREEMENT**
(for use with Auction and Own-It-Now properties)

This is a binding agreement for the sale and purchase of real estate. By signing this agreement, you are acknowledging that you have read the agreement in its entirety and agree to be bound by the terms and conditions described herein. This Purchase Agreement reflects the entirety of the contract and incorporates all referenced exhibits. PURCHASER UNDERSTANDS AND ACKNOWLEDGES THAT DETROIT LAND BANK AUTHORITY ("DLBA") HAS ACQUIRED THE PROPERTY THROUGH FORECLOSURE OR SIMILAR PROCESS, DLBA HAS NEVER OCCUPIED THE PROPERTY, AND THE DLBA HAS LITTLE OR NO DIRECT KNOWLEDGE CONCERNING THE PHYSICAL CONDITION OF THE PROPERTY. PURCHASER AGREES THAT PURCHASER IS BUYING THE PROPERTY "AS IS" (AS MORE FULLY SET FORTH IN **SECTION 10** OF THIS AGREEMENT).

1.  **Parties.** This PURCHASE AGREEMENT ("Agreement") is entered into on ___4___ day of __October__, 2017, between the DLBA, a Michigan public body corporate, whose address is 500 Griswold Street, Suite 1200, Detroit, Michigan, 48226, **and Patricia Perry, a married woman** ("Purchaser"), (a married man must have his wife's signature on both this agreement and the Reconveyance Deed acknowledging and/or waiving her dower rights) whose address is **5920 Neff, Detroit, MI 48224.** Together the DLBA and the Purchaser are known as the ("Parties").

2.  **Definitions.**

    a.  **Affiliate:** Means any other person or entity: (i) in which Purchaser has an ownership interest, or (ii) that, directly or indirectly, controls, is controlled by or is under common control with Purchaser; for the purposes of this definition, the term "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management and policies of the person or entity in question, whether by the ownership of voting securities, contract or otherwise.

    b.  **City Employee Discount (CED):** A 50% discount on the final bid amount for auction properties sold by the DLBA is available to all eligible employees, contractual employees, retirees and their immediate family members of the City of Detroit and all participating affiliated governmental agencies and authorities. The 50% discount will be applied at closing on the sale of the property. For properties, whose final purchase price is less the $1000.00 after application of the eligible CED discount a credit will be given toward the final closing cost. **Discounts will not be granted retroactively. Approval from the appropriate Human Resources Department must be obtained prior to bidding.**

    c.  **City Employee Discount Purchaser (CEDP):** A purchaser who has been pre-qualified by the appropriate Human Resource Department, prior to bidding, to receive the 50% city employee discount.

    d.  **Closing Cost:** All cost and fees in addition to the purchase price including but not limited to, tax, title, fees and other charges associated with the purchase of real estate in Wayne County, Michigan.

    e.  **Closing Date:** The date and time set by the DLBA to finalize the purchase of the subject property.

    f.  **Deposit:** The **non-refundable** amount paid toward the purchase of the subject property. The

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 70 of 236

deposit is used to reduce the purchase price.

g. **DLBA Indemnified Parties**: The DLBA, and each of their respective officers, employees, agents and affiliates, and the successors, assigns, heirs and legal representatives of each of the foregoing.

h. **Purchase Price**: The amount required to purchase the subject property less the amount of the deposit and any applicable discounts. The purchase price does not include closing cost or other fees associated with the purchase of the subject property.

i. **Survival Period**: The time frame for which representations and warranties, and obligations in this Agreement shall survive beyond the Closing Date.

3. **Property Description; Sale.** The DLBA will sell and Purchaser will purchase property located in the City of Detroit, County of Wayne, and State of Michigan, commonly known as **15826 Appoline, Detroit, Michigan 48227**, and more particularly described in **Exhibit A-Legal Description**, in accordance with the terms and conditions of this Agreement ("the Property").

a. _✓_ Check this box if the Property is acquired through the DLBA's Auction program.

b. ____ Check this box if the Property is acquired through the DLBA's Own-It-Now program.

4. **Purchase Price.** The purchase price for the Property is One thousand, three hundred and 00/100 Dollars ($1,300.00) ("**Purchase Price**"). Purchaser shall pay the total Purchase Price in full at the time of Closing Date, less the amount of the Deposit, and less the amount of any applicable discounts.

a. ____ Check this box if you are applying for the Homebuyer Counseling Discount. **Section 19(h)**.

b. ____ Check this box if you are applying for the City Employee Discount. **Section 19(i)**.

5. **Non-Refundable Deposit.** Purchaser has made a **non-refundable** deposit in the amount of One thousand and 00/100 Dollars ($1,000.00) (the "**Deposit**"), and the Deposit shall be applied to reduce the Purchase Price due at Closing.

6. **Closing Date and Payment.** The finalization of the purchase and sale of the Property (the "Closing") shall take place at the DLBA's office or at the title company's office, in accordance with the following requirements:

a. **Cash. Non-Financed.** If Purchaser is paying the Purchase Price by certified check at Closing, and has elected not to proceed with a Quiet Title Action, **Section 8**, the Closing shall take place not more than thirty (30) days from the date of this Agreement.

b. **Financing.** If Purchaser is paying the Purchase Price utilizing lender financing, and has elected not to proceed with a Quiet Title Action **Section 8** the Closing shall take place not more than sixty (60) days from the date of this Agreement. The DLBA may, at its discretion, subordinate or assign its interests in the Property to assist the Purchaser in obtaining any financing necessary for Purchaser to purchase the Property. Any subordination or assignment agreement must be presented to the DLBA at least fifteen (15) days prior to Closing. Any subordination or assignment agreement must be acceptable to the DLBA, and the DLBA has the sole discretion to make changes to the terms of the agreement, or to reject any such agreement for any reason.

c. **Notification of the Closing Date.** The DLBA will notify Purchaser of the prospective Closing Date not less than five (5) calendar days in advance, unless otherwise agreed between the parties. Failure to complete the purchase by the closing date will act as a forfeiture of any monies paid and the Property will be placed for sale or returned to the DLBA inventory. The DLBA reserves the right to extend the Closing Date for any reason without or without notice to the Purchaser.

7. **Responsibility for Taxes, Assessments, Utilities, Closing Costs, and Other Charges.** Purchaser will be responsible for paying any outstanding taxes, including but not limited to outstanding property taxes and the property tax transfer fee where applicable, solid waste fees, water and sewer charges, or other recorded lien charges assessed against the Property prior to date of Closing, unless a Quiet Title Action was successfully performed on the Property as specified in **Section 8** below. Purchaser is responsible for paying any outstanding taxes, solid waste fees, water and sewer charges, and other recorded lien charges assessed against the the Property on the Closing Date, and thereafter. The DLBA, at its sole discretion, may elect to retain the services of a title company of its choice to complete the transfer of the Property. Regardless of whether a title company is retained, Purchaser will be responsible to pay all Closing Costs, and any other charges customarily incurred in the sale of real property in Wayne County, Michigan, which may include, but are not limited to: the preparation and filing of a Real Property Transfer Affidavit, transfer taxes, revenue or documentary stamps, recording fees, title search fee, escrow fees, inspection fees, closing fees, and tax certification fee.

8. **Quiet Title Action and Agreement.** Prior to Closing Date, if applicable, Purchaser may request that the DLBA file and litigate a Quiet Title Action in the Circuit Court of Wayne County Michigan with respect to certain or all of the Property to remove any title defect or eliminate certain eligible liabilities, such as property taxes, and outstanding utility liens. The DLBA may, at its discretion, accept or decline Purchaser's request for any reason. The terms and conditions of the DLBA's election to proceed with the Quiet Title Action shall be memorialized by separate agreement whereby Purchaser agrees to authorize the DLBA: (i) to file, litigate, and control the Quiet Title Action; (ii)cooperate with the DLBA in the litigation of the Quiet Title Action; (iii) and pay the DLBA for its services in addition to all associated costs ("**Quiet Title Agreement**"). The Quiet Title Agreement shall not impose an obligation upon the DLBA to remove any title defect or eliminate any liability. The DLBA shall have no obligation to proceed with the Quiet Title Action, and the Closing Date terms set forth in **Section 6** and **Section 18** of this Agreement shall in no way be extended or tolled, until the Quiet Title Agreement is fully executed. Any used monies or fees advanced by the Purchaser for a Quiet Title Action deemed unnecessary, unavailable or declined by the DLBA shall be refunded to the purchaser.

9. **Title Insurance.** The DLBA may select a Title Company, and may offer Purchaser the option to purchase title insurance in regards to the sale and transfer of the Property. The cost of such title insurance shall be the sole responsibility of Purchaser and will be in addition to the Purchase Price. The DLBA shall have no responsibility to obtain title insurance on behalf of Purchaser.

10. **Property Condition and Indemnification.** The DLBA hereby disclaims any warranty, guaranty or representation, express or implied, oral or written, past, present, or future, of, as to or concerning (i) the condition or state of repair of the Property, or the suitability thereof for any purpose; (ii) the extent of any right-of-way, lease, possession, lien, encumbrance, easement, license, reservation, or condition in connection with the Property; (iii) the compliance of the Property with any applicable laws, ordinances, or regulations of any government or other body, including, without limitation, compliance with any land use or zoning law or regulation, or applicable environmental, rules, ordinances or regulations; (iv) title to or the boundaries of the Property; and (v) the physical condition of the Property, including, without limitation to, the environmental condition of the Property and the structural, mechanical and engineering characteristics of the improvements to the Property. The sale of the Property shall be on an "AS IS, WHERE IS, WITH ALL FAULTS" basis. Purchaser expressly agrees that the DLBA makes no warranty or representation, express or implied, or arising by operation of law, including, but not limited to, any warranty of condition, habitability, merchantability or fitness for a particular purpose, with respect to the Property, and Purchaser hereby expressly waives and releases any such warranty or representation. Purchaser shall buy the Property based on its own investigations, and, by accepting title to all or part of the Property, acknowledges that it has conducted such investigations as it has deemed necessary or advisable. Purchaser shall indemnify and hold the DLBA, and each of their respective officers, employees, agents and affiliates, and the successors, assigns, heirs and legal representatives of each of the

foregoing (collectively, the **"DLBA Indemnified Parties"**) free and harmless from and against any and all claims, damages, liabilities, losses, costs and expenses (including reasonable attorneys' fees and court costs incurred in connection with the enforcement of this indemnity) related to, resulting from, or in any way arising out of the physical condition of the Property or the ownership or operation of the Property prior to, on and after the Closing Date. Purchaser's indemnification obligations set forth in this **Section 10** shall survive the Closing Date and shall not be merged with the Deed.

11. **No Additional Inspection by Purchaser.** By executing this Agreement, Purchaser acknowledges and confirms that it is satisfied with the condition of the Property. Purchaser further acknowledges and confirms that it is not relying on any information provided or to be provided on behalf of the DLBA or any statement, representation or other assertion made by the DLBA or its employees or agents with respect to the Property. Purchaser further acknowledges and confirms that it has in all respects had an adequate opportunity to inspect and investigate the Property and all matters pertaining to its condition, use and operation and has completed all investigation and testing and other due diligence activities relating to the purchase of the Property, including without limitation such market and feasibility studies or analyses as Purchaser deemed necessary or desirable in order to satisfy itself as to market conditions applicable to the Property and with respect to any pollutant or hazardous materials on or about the real property, including lead-based paint or lead-based paint hazards. All testing, inspections and investigations have been conducted at Purchaser's sole cost and expense and Purchaser hereby indemnifies the DLBA, and holds the DLBA harmless against any loss, costs, damage or expenses arising out of such testing, inspections and investigation performed by Purchaser, its agents, employees, independent contractors or assignees. The DLBA will provide the Purchaser with the Environmental Protection Agency pamphlet "Protect Your Family from Lead in Your Home" and the "Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards," which, if applicable, is attached as **Exhibit E**. At Closing, Purchaser will execute **Exhibit E**, if applicable.

12. **Inspection Report.** Purchaser may be required to obtain an inspection of the Property. The cost of such inspection shall be the sole responsibility of Purchaser and will be in addition to the Purchase Price, and paid at the Closing Date as a portion of the closing cost. Purchaser shall comply, at its sole cost and expense, with any repair or rehabilitation obligations required as a result of such inspection, in accordance with the terms of **Section 19** hereof.

13. **Representations and Warranties of Purchaser.** To induce the DLBA to enter into this Agreement, Purchaser makes the following representations and warranties, which shall be true and correct on the Closing Date, except where the DLBA has granted an explicit waiver:

a. Purchaser is authorized and permitted to enter into this Agreement and to perform all covenants and obligations of Purchaser hereunder and Purchaser's right to execute this Agreement is not limited by any other agreements. The execution and delivery of this Agreement, the consummation of the transaction described herein and compliance with the terms of this Agreement will not conflict with, or constitute a default under, any agreement to which Purchaser is a party or by which Purchaser is bound or violate any regulation, law, court order, judgment or decree applicable to Purchaser. This Agreement is legally binding on and enforceable as to the Purchaser in accordance with its terms.

b. There are no attachments, executions, assignments for the benefit of creditors or voluntary or involuntary proceedings under the Bankruptcy Code, 11 U.S.C. §101, et seq., or under any other debtor relief laws pending or threatened against Purchaser.

c. If Purchaser is a business entity, Purchaser has been duly organized, is validly existing and is in good standing in the state in which it was formed, and is qualified to do business in the State of Michigan. If purchaser is an individual, purchaser is a Michigan resident, or a non-Michigan resident planning to reside in the home for purchase or execute a lawful lease agreement in accordance with Michigan law and the applicable City of Detroit ordinances. This Agreement and all other documents executed by Purchaser and delivered to the DLBA at the Closing Date are, duly authorized, executed and delivered

by Purchaser.

d. If Purchaser is a non-profit, faith-based organization or community development corporation, Purchaser has been duly organized, is validly existing and is in good standing in the State of Michigan, and is qualified to conduct business in the State of Michigan.

e. No other action by Purchaser, no consent, approval, order or authorization of any person or entity that is not a party to this Agreement, and no permit, consent, approval, declaration or filing with any governmental authority is required for Purchaser to execute and deliver the Agreement or perform the transaction contemplated herein.

f. Purchaser and its Affiliates do not have unpaid delinquent property taxes, and have not lost any property to foreclosure due to non-payment of taxes in Wayne County during the three (3) years prior to the date of this Agreement except where the foreclosed property was the principal residence.

g. Neither Purchaser nor any Affiliates have material unresolved blight or building code violations under the Detroit City Code.

h. Neither Purchaser nor any Affiliates have been awarded another property by the Detroit Land Bank and then failed to (i) make the Deposit as required, (ii) close the purchase in the time required, or (iii) satisfy the obligations to rehabilitate and occupy the property.

i. Purchaser and its Affiliates were not in violation of the "Rules for Bidding on and Purchasing Properties" set forth on the BuildingDetroit.org website as of the date of the auction or bidding for this Property.

j. Survival Period. The representations and warranties of Purchaser set forth above and elsewhere in this Agreement shall survive the Closing Date for a period of three (3) years ("**Survival Period**"), provided that if Purchaser is granted any extension(s) of time, then the Survival Period shall also automatically be extended for the same period. If the DLBA determines during the Survival Period that Purchaser was in breach of any of the representations and warranties, the DLBA shall have the right to retain the proceeds from the sale of the Property as liquidated damages and to pursue any of the DLBA's remedies set forth in **Section 20**. Notwithstanding anything to the contrary, the Survival Period shall end immediately upon the DLBA's recording of the Release of Interest with the Register of Deeds.

14. **Post-Closing Property Inspection.** Purchaser shall permit the DLBA, its agents, investigators or law enforcement officials to inspect the Property, without notice, for the period of time provided for in **Section 13(j)** to complete Purchaser's obligations thereunder in order to verify compliance with such terms, provided that if Purchaser is granted any extension(s) of time, then the DLBA's right of inspection shall also automatically be extended for the same period.

15. **Quit Claim Deed.** The DLBA will convey its interest in the Property to Purchaser through a Quit Claim Deed (the "**Deed**"), in the form attached as **Exhibit B**. Purchaser waives all warranties pertaining to the Property's condition and takes the Property "AS IS, WHERE IS, WITH ALL FAULTS," as described in **Section 10** above.

16. **Evidence of Title; DLBA Authority.** Purchaser accepts title to the Property as the DLBA acquired it. The DLBA has full power and authority to enter into this Purchase Agreement and to perform all its obligations hereunder, and has taken all action required by law, its governing instruments, or otherwise to authorize the execution, delivery and performance of this Agreement and all the deeds, agreements, certificates and other documents contemplated herein.

17. **Purchaser's Reconveyance Deed.** Purchaser shall execute and deliver a Quit Claim Reconveyance Deed, at the time of Closing, that reconveys the Property to the DLBA (the "**Reconveyance Deed**"), in the form attached as **Exhibit D**. If Purchaser is in breach of any

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 74 of 236

of its obligations set forth in this Agreement during the Survival Period, the DLBA shall have the right to reconvey, the Property by recording the Reconveyance Deed at the Wayne County, Michigan Register of Deeds, as provided in **Section 20(b)**. If the Purchaser is a married man, the Purchaser's wife must also execute the Reconveyance Deed.

18. **Closing Procedures.** At the Closing Date the following will occur:

a. Purchaser will present a certified check payable to the "DETROIT LAND BANK AUTHORITY" or the title company retained to assist with Closing, for the balance of the Purchase Price, all Closing costs, and any other amounts required to be paid by Purchaser under the terms of this agreement;

b. The DLBA will deliver the Quit Claim Deed to Purchaser attached as **Exhibit B**;

c. The DLBA will execute the Release of Interest attached as **Exhibit C, and hold it in escrow until the Purchaser completely fulfills all the terms of this Agreement**

d. Purchaser will execute the Reconveyance Deed and deliver it to the DLBA attached as **Exhibit D**; If the Purchaser is a married man, the Purchaser's wife must also execute the Reconveyance Deed.

e. Purchaser will execute the "Disclosure of Information on Lead-Based Paint and Lead Based Paint Hazards," if applicable attached as **Exhibit E**; and

f. Purchaser will take immediate possession of the Property.

19. **Purchaser's Obligations, Requirements, and Restrictions.**

a. Purchaser must renovate and rehabilitate such Property within six (6) months after the Closing, or, if the Property is in a Historic District or has a historic designation (a "**Historic Home**"), within nine (9) months. The DLBA retains the right in its sole discretion to extend the time frames set forth to renovate, rehabilitate or demolish the Property. Purchaser will provide the DLBA good faith proof of progress on the renovation in accordance with the following:

   (1) Within **fifteen (15) days after Closing**, Purchaser shall provide proof that the Property is secured and the exterior is maintained by way of:

      (i) Photographs of all four (4) sides of the Property;
      (ii) Photographs showing all exterior debris has been removed; and
      (iii) Photographs showing the yard/ grass is maintained

   (2) Purchaser shall continue to maintain the Property and ensure it is secured throughout the entire renovation period.

   (3) Within **thirty (30) days after Closing Date, and at 30 day intervals** until the 120th day after Closing Date, Purchaser shall provide proof of substantial progress showing that the Property is being renovated, and the Property is on track to be renovated into a habitable condition, including:

      (i) Pictures of the outside and inside
      (ii) Executed contract with a contractor for work to be completed
      (iii) Receipts from contractors for work completed
      (iv) Receipts for materials and appliances
      (v) Utility bills
      (vi) Permits for work being done on the Property

   (4) The DLBA will evaluate the sufficiency of the updates provided by Purchaser, and in its sole discretion, determine whether Purchaser is making a good faith effort to rehabilitate the Property and whether it is on track to be completed and occupied.

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 75 of 236

(5) **Within 150 days after Closing Date**, Purchaser shall provide a date by which the Property will be completed and occupied, as well as any other proof of substantial progress.

(6) **Within 180 days** (six months) after Closing Date or, for Historic Homes, **within nine (9) months**, Purchaser shall provide proof that the Property is renovated and occupied, as follows:

(i) Photographs of the of the exterior of the property demonstrating that all four sides are free of blight, well maintained, all boarding has been removed and the Property meets all other requirements under the City of Detroit Municipal Code.

(ii) Proof of occupancy, including but not limited to one or more of the following:
   a. Identification showing Purchaser's address is same as the Property,
   b. Documentation of operational utilities and usage,
   c. Pictures of the inside of the Property showing occupancy,
   d. An executed lease agreement,
   e. Any other evidence that the DLBA deems appropriate.

(iii) Evidence that one or more permits were pulled with City of Detroit's building department.

b. Purchaser is restricted from transferring or encumbering the Property without prior written approval of the DLBA for the Survival Period. If Purchaser transfers or encumbers the Property without prior written approval of the DLBA, the Property shall automatically revert back to the DLBA (see **Exhibit B**).

c. Purchaser is prohibited from demolishing the Property if it is acquired through the DLBA's Auction program. If the Property is acquired through the DLBA's Own-It-Now Program, Purchaser may demolish the Property. If Purchaser decides to demolish the Property, Purchaser shall comply with **Section 19(a)(1)** and **Section 19(a)(2)**, and shall also provide the DLBA good faith proof of progress on the demolition **every 30 days**, such as: signed contracts, pulled permits, utility clearances, pictures, and final certificates. The demolition and completion of the Property shall be complete no later than **6 months** after Closing Date.

d. During the renovation process, Purchaser will ensure the Property complies with all applicable local, state, and federal requirements, including but not limited to City of Detroit property codes, state and federal codes related to hazardous materials, and requirements of the State Historic Preservation Office and the Detroit Historic Commission.

e. If the Property was acquired using federal funds and has requirements under the federal government's Nation Stabilization Program ("NSP"), Purchaser shall comply with all applicable requirements, including but not limited to: obtaining final certificates of habitability from the City of Detroit's building department, and providing final lead and asbestos clearance letters from state-certified contractors, and abiding by length of primary residency requirements.

f. If the DLBA determines that Purchaser has not complied with the terms of this Agreement, the DLBA will notify Purchaser in writing indicating in what respects Purchaser has failed to comply, and what measures and acts Purchaser must take or perform in to cure such noncompliance. Purchaser shall thereafter complete the work as required by this Agreement and any time period required under the written notice of noncompliance.

g. If Purchaser cannot timely complete the rehabilitation, but has made measurable progress, exercised diligence, and shown good faith in working to do so, the DLBA may, in its sole discretion, grant Purchaser up to a ninety (90) day extension to complete rehabilitation of the Property or any other extension of time as deemed necessary to complete the renovation, rehabilitation or demolition of the Property. The DLBA has complete discretion to grant, deny, or place conditions on the initial or any subsequent extensions.

h. If the Purchaser is a Homebuyer Counseling Discount Purchaser that receives the Twenty

Percent (20%) discount, the Purchaser will be bound by all rules and requirements stated in this purchase agreement in addition to a primary residence requirement of the Property. The Homebuyer Counseling Discount Purchaser must provide documentary evidence that the Property is actually occupied by the Purchaser. The Purchaser shall provide the DLBA with a copy of the stamped Principal Residence Exemption Form submitted to the City of Detroit Assessor's office, within **six (6) months** after the Closing Date, unless extensions have been granted to the Purchaser pursuant to **Section 19(g)** above.

i. If Purchaser has been pre-qualified as CED, and has received a fifty percent (50%) discount on the Property ("CEDP"), hereby agrees to own Property for a minimum of three (3) years from Closing.

   (1) If CEDP sells Property in less than three (3) years, Purchaser must pay the DLBA a percentage of the profits from that sale, as follows:

      (iv) If the sale occurs in the first 12 months after Closing, Purchaser must pay 75% of the profits from the sale;
      (v) If the sale occurs between 12 and 24 months after Closing, Purchaser must pay 50% of the profits of the profits from the sale, and;
      (vi) If the sale occurs between 24 and 36 months after Closing, Purchaser must pay 25% of the profits from the sale.

   (2) Profits will be defined as (1) the sales price at which the CEDP sold the Property, subtracting (2) the fifty percent (50%) discounted price paid to the DLBA for the original purchase of the Property, and subtracting (3) the documented expenses incurred in rehabilitating the Property.

20. **DLBA's Remedies upon Purchaser's Breach of Agreement.** If at any time Purchaser fails to timely comply with any condition, covenant or obligation it has under this agreement, including the obligations set forth in **Section 19**, or if Purchaser is found during the Survival Period to have been in breach of any representation or warranty contained herein as of the Closing Date, DLBA, in addition to any other remedies provided in this Agreement, may seek any and all of the following as its remedies:

a. The DLBA shall have the right to terminate this Agreement by providing written notice of termination to Purchaser and to retain the Purchase Price as liquidated damages. The DLBA and Purchaser agree that (i) it would be impractical and extremely difficult, if not impossible, to fix actual damages that would be suffered by the DLBA as a result of a breach of this Agreement by Purchaser, and (ii) the aforesaid liquidated damages are a fair and reasonable amount to be retained by the DLBA as agreed and liquidated damages in light of the DLBA's removal of the Property from the market and the costs incurred by the DLBA and shall not constitute a penalty or a forfeiture.

b. In the event of a breach of this Agreement by Purchaser, and in addition to the remedy provided in Subsection (a) above, the DLBA may in its sole discretion take any one or more of the following actions:

   (7) Post a warning notice on the Property.
   (8) Record the Reconveyance Deed at the Wayne County Register of Deeds Office, reconveying ownership of the Property back to the DLBA.
   (9) Take immediate possession of the Property.
   (10) Enter and secure the Property.
   (11) Remove all occupants and personal belongings from within the Property.
   (12) Take immediate ownership of all improvements and fixtures intended to be permanently attached to the Property.
   (13) Offer the Property for sale to other prospective purchasers, whether by auction or otherwise, or hold the Property.

c. Purchaser shall indemnify and hold the DLBA Indemnified Parties free and harmless from and against any and all claims, damages, liabilities, losses, costs and expenses (including reasonable attorneys' fees and court costs incurred in connection with the enforcement of

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 77 of 236

the indemnity) related to, resulting from, or in any way arising out of the DLBA exercising its remedial rights under the Reconveyance Deed and this Agreement.

21. **Limitation of Liability.** PURCHASER UNDERSTANDS AND ACKNOWLEDGES THAT THE DLBA HAS ACQUIRED THE PROPERTY THROUGH FORECLOSURE OR SIMILAR PROCESS, THE DLBA HAS NEVER OCCUPIED THE PROPERTY, AND THE DLBA HAS LITTLE OR NO DIRECT KNOWLEDGE CONCERNING THE PHYSICAL CONDITION OF THE PROPERTY. PURCHASER AGREES THAT PURCHASER IS BUYING THE PROPERTY "AS IS" (AS MORE FULLY SET FORTH IN **SECTION 10** OF THIS AGREEMENT). NOTWITHSTANDING ANY PROVISION TO THE CONTRARY IN THE AGREEMENT, THE DLBA'S LIABILITY AND PURCHASER'S SOLE AND EXCLUSIVE REMEDY IN ALL CIRCUMSTANCES AND FOR ALL CLAIMS ARISING OUT OF OR RELATING IN ANY WAY TO THE AGREEMENT OR THE SALE OF THE PROPERTY TO PURCHASER SHALL BE LIMITED TO NO MORE THAN THE PURCHASE PRICE. PURCHASER AGREES THAT THE DLBA SHALL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR ANY SPECIAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES WHATSOEVER, WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY), OR ANY OTHER LEGAL OR EQUITABLE PRINCIPLE, THEORY, OR CAUSE OF ACTION ARISING OUT OF OR RELATED IN ANY WAY TO ANY CLAIM RELATING TO THIS AGREEMENT OR THE TRANSFER OF THE PROPERTY TO PURCHASER INCLUDING THE CONDITION OF THE TITLE.

22. **Brokerage.** The DLBA and Purchaser represent that neither has employed a broker and/or real estate agent in connection with the transaction contemplated by this Agreement. Purchaser agrees to indemnify, defend and hold the DLBA other harmless from and against any claims for real estate broker's fees or any compensation sought in connection with this transaction.

23. **Governing Law.** This Agreement is governed by applicable Michigan law.

24. **Integration; Modification.** This Agreement contains both DLBA's and Purchaser's entire intentions and understandings in regards to the sale of the Property. This Agreement supersedes any prior agreements, whether written or oral. The DLBA and Purchaser may choose to modify this Agreement in a writing. The written modification must be signed by both parties. Any such modifications will become part of this Agreement by incorporation. This Agreement may not be modified orally.

25. **Severability.** If any one or more of the Agreement's provisions is/are held invalid or unenforceable in any respect, all other provisions will remain valid and enforceable as stated in the Agreement.

26. **Notice; Updates.** Except as otherwise expressly provided herein, all notices and communications hereunder shall be in writing and shall be deemed to have been given when either hand-delivered or sent by registered or certified mail, return receipt requested, postage prepaid, or by national overnight courier. Notice to Purchaser shall be sent to the address above set forth, or at such other address as Purchaser shall designate in writing to the DLBA including an electronic mail address. If certified, registered or hand delivery is unavailable or inefficient, the DLBA will use the last known address or an electronic mailing address.

a. Notice to the DLBA shall be provided to:

Detroit Land Bank Authority
500 Griswold Street, Suite 1200
Detroit, Michigan 48226

b. All documentation and updates regarding the renovation, rehabilitation or demolition of the Property shall be provided by Purchaser to the DLBA pursuant to **Section 19** shall be sent by electronic mail (with the Property address in the subject line) to documents@detroitlandbank.org. Alternatively, updates can be dropped off or sent by

first-class mail to:

Detroit Land Bank Authority
Attn: Compliance Team
500 Griswold Street, Suite 1200
Detroit, Michigan 48226
(313) 888-9050
documents@detroitlandbank.org

27. **Assignment; Notification upon Transfer of Property.** Until Purchaser has completed its obligations under **Section 19,** and the DLBA has confirmed and certified the completion of the obligations under **Section 19**, the Purchaser shall not assign, transfer or convey its rights and/or obligations under this Agreement and/or with respect to the Property without the prior written consent of the DLBA, which consent the DLBA may withhold in its sole, absolute and subjective discretion.

28. **Release of Interest**. The DLBA in its sole discretion will evaluate the sufficiency of the renovation and rehabilitation of the Property. Upon its determination that the renovation and rehabilitation has been successfully completed, the DLBA will execute the Release of Interest (**Exhibit C**) with the Wayne County Register of Deeds.

29. **Binding Effect.** This Agreement will be binding on the heirs, devisees, legal representatives, claimants, successors, and assignees of the parties.

30. **Effective Date.** This Agreement is effective on the date that all parties have executed this Agreement. Unless otherwise specified all terms and conditions are binding upon the parties on the effective date.

31. **Counterparts.** This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument.

32. **Waiver.** No waiver by either party of any of its rights or remedies hereunder or otherwise shall be considered a waiver of any other subsequent right or remedy. Except as expressly provided herein, no waiver by either party of any of its rights or remedies hereunder or otherwise shall be effective unless such waiver is evidenced in a written instrument executed by the waiving party.

33. **Dates.** If any date herein set forth for the performance of any obligations of the DLBA or Purchaser, or for the delivery of any instrument or notice as herein provided, should be on a Saturday, Sunday or legal holiday, the compliance with such obligations (or such delivery, as the case may be) shall be deemed acceptable on the next business day following such Saturday, Sunday or legal holiday.

**ACCORDINGLY, THE DLBA AND PURCHASER HAVING READ AND AGREED TO ALL THE TERMS INCLUDED IN THIS AGREEMENT HAVE CAUSED THIS AGREEMENT TO BE EXECUTED AND IN OPERATION AS OF THE EFFECTIVE DATE.**

**\*\*\*SIGNATURES COMMENCE ON FOLLOWING PAGE\*\*\***

**DETROIT LAND BANK AUTHORITY**

Dated: 10/10/17

By: _____

Its: _____

State of Michigan )

) ss.

Wayne County )

This Purchase Agreement was acknowledged before me on 10/10 _____, 2017, by Raymond B. Sull Director Disposition _____ of the Detroit Land Bank Authority, a public body corporate and politic.

_____
Signature of Notary

_____
Printed name of Notary
Notary Public, State of Michigan, County of: _____
My commission expires: _____
Acting in the County of: _____

TRACY KILGO
Notary Public, State of Michigan
County of Oakland
My Commission Expires Feb. 16, 2022
Acting in the County of _____

Remainder of Page left intentionally blank

**PURCHASER (S):**

Dated: October 4, 2017

Patricia Perry, a married woman
5920 Neff,
Detroit, MI 48224

IF THE PURCHASER IS A MARRIED MAN, ENSURE THE PURCHASER'S WIFE IS EXECUTING THIS AGREEMENT ALONG WITH THE RECONVEYANCE DEED. THE RECONVEYANCE DEED WILL BE HELD IN ESCROW AND IS A WAIVER AND RELEASE OF ANY DOWER RIGHTS SHE MIGHT HAVE.

State of Michigan )
 )ss.
Wayne County )

This Agreement was acknowledged before me on October 4, 2017, by Patricia Perry, a married woman.

_____
Signature of Notary

_____
Printed name of Notary
Notary Public, State of Michigan, County of: Wayne
My commission expires: 11-11-21
Acting in the County of: Wayne

DAVID A. BROWN
Notary Public, State of Michigan
County of Wayne
My Commission Expires Nov. 11, 2021
Acting in the County of Wayne

# Exhibit E
"Detroit Land Bank email communications (2017-2023)"

 

## Your Closing has been Scheduled -15826 Appoline

1 message

**Alese Jackson** <asmall@detroitlandbank.org>                                    Mon, Nov 6, 2017 at 11:22 AM
To: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>



Congratulations!

Your closing has been scheduled for 11/8/2017 at 2:00 pm. Your closing documents will be sent 48 hours prior to closing from Title Source Inc.

Please complete the closing survey below:

https://docs.google.com/forms/d/e/1FAIpQLSdPefKR4RbIrjlhTuhgZHCK OsAjFg0Dd--50fA2JpY4bmLGpw/viewform?entry.357370816=Patricia Perry&entry.488119400=jacquelineard25@gmail.com& entry.1403410019=15826 Appoline&entry.1849381757= a0Af100000Hm9wF

If you have any questions or concerns, feel free to reach out to your Closing Specialist below.

Best Regards,

DLBA Closing Team

Alese Jackson, Closing Specialist

By completing this survey you may qualify for additional assistance.

## Re: The Clear to Close - 15826 Appoline

**Jacqueline Ard** <jacquelineard25@gmail.com>                                    Mon, Nov 6, 2017 at 10:15 AM
To: Alese Jackson <ajackson@detroitlandbank.org>

Please call me at 313-770-7051
Wednesday in the afternoon would be great!

Sent from my iPhone

On Nov 6, 2017, at 9:59 AM, Alese Jackson <ajackson@detroitlandbank.org> wrote:

> Hello Ms. Ard, our next availability is Wednesday. Would you prefer mornings or afternoons? Also further instructions will follow once I have this information.
>
> Sent from my iPhone
>
> On Nov 3, 2017, at 4:58 PM, Jacqueline Ard <jacquelineard25@gmail.com> wrote:
>
>> Hi Mrs Jackson,
>>
>> I tried to reach you by phone but I was transferred to your voicemail and unable to leave a message because your mailbox is full. Please contact me by phone at 313-770-7051, I am prepared to close on Monday if that's possible.
>>
>> Thank you,
>> Patricia Perry
>>
>> Sent from my iPhone
>>
>> On Nov 2, 2017, at 2:07 PM, Alese Jackson <ajackson@detroitlandbank.org> wrote:
>>
>>> Can you please give me a call?

Detroit Land Bank Authority


<image001.jpg>

**Alese Jackson (formerly Small)**
Disposition Closing  Manager

Hours of Operation: Monday – Friday; 9:00 a.m. - 5:00 p.m.

500 Griswold, Suite 1200 | Detroit, MI 48226

Office: 313.261.9983, Fax: 313.447.2125

ajackson@detroitlandbank.org  | www.buildingdetroit.org

**From:** Jacqueline Ard [mailto:jacquelineard25@gmail.com]
**Sent:** Thursday, November 2, 2017 8:29 AM
**To:** Alese Jackson <ajackson@detroitlandbank.org>
**Subject:** Re:The Clear to Close - 15826 Appoline

Hi Alese,

This is Patricia Perry. I received your email about a clear to close. Can you please let me know where the closing will be and what I need to bring. Can you schedule a closing for Monday afternoon?

 **Gmail**

## 15826 Appoline
1 message

**Alese Jackson** <ajackson@detroitlandbank.org>  Mon, Nov 6, 2017 at 11:30 AM
To: "Beltz, Nicole" <NicoleBeltz@titlesource.com>
Cc: Jacqueline Ard <jacquelineard25@gmail.com>, Tracy Kilgo <tkilgo@detroitlandbank.org>

Buyer would like to close Wednesday, November 8th at 2:00

Patricia Perry (a married woman)

5920 Neff

Detroit, MI 48224

313-770-7051

**No discounts apply**

2017 Summer taxes due $1,010.03

Detroit Land Bank Authority



**Alese Jackson (formerly Small)**
Disposition Closing  Manager

Hours of Operation: Monday – Friday; 9:00 a.m. - 5:00 p.m.

500 Griswold, Suite 1200 | Detroit, MI 48226

Office: 313.261.9983, Fax: 313.447.2125

ajackson@detroitlandbank.org  | www.buildingdetroit.org

📄 **15826 Appoline.pdf**
968K


## 15826 Appoline (D2) - Update Due
1 message

**DLBA Compliance Team** <documents@detroitlandbank.org>                    Wed, Feb 7, 2018 at 10:29 AM
To: Jacqueline Ard <jacquelineard25@gmail.com>

Good Morning,

The 90 day update was due yesterday, 2/6/18, for this property. Please send over current proof of progress photos/documentation.

**Please check out **resources for your rehab** on our website at http://www.buildingdetroit.org/compliance/

Thank you,

**Alysse**



**DETROIT LAND BANK AUTHORITY**
Property Rehab Compliance

500 Griswold, Suite 1200 | Detroit, MI 48226
direct: 313.261.9959 | fax: 313.447.3050
documents@detroitlandbank.org | www.buildingdetroit.org

**Follow us**  FACEBOOK | TWITTER

WARNING: This communication (including any attachments) may include, in whole or in part, information protected by the attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, or by other privilege. This communication is confidential and intended solely for receipt by the individual or entity to whom it is addressed. If you are not the intended recipient, any use of the communication is neither allowed nor intended. If you receive this email in error, please securely delete the email (including any attachments) and notify the originator that you received the message in error.

**From:** DLBA Compliance Team
**Sent:** Friday, January 26, 2018 12:05 PM
**To:** 'Jacqueline Ard' <jacquelineard25@gmail.com>
**Subject:** RE: Alysse RE: 15826 Appoline

Ms. Perry,

Thank you for these photos. I am glad to see you got some of the big ticket items out of the way for the rehab. As we discussed, I have updated the property file and credited the 15 day (due 11/23/17), 30 day (due 12/8/17), and 60 day (1/7/18) updates. It is imperative that we receive updates showing proof of progress (photos/documentation) every 30 days. The next update, 90 day update, will be due on or before 2/6/18. Please let me know if you have any questions.

**Please check out **resources for your rehab** on our website at http://www.buildingdetroit.org/compliance/

Thank you,

**Alysse**



**DETROIT LAND BANK AUTHORITY**
Property Rehab Compliance

500 Griswold, Suite 1200 | Detroit, MI 48226
direct: 313.261.9959 | fax: 313.447.3050
documents@detroitlandbank.org | www.buildingdetroit.org

**Follow us**  FACEBOOK | TWITTER

WARNING: This communication (including any attachments) may include, in whole or in part, information protected by the attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, or by other privilege. This communication is confidential and intended solely for receipt by the individual or entity to whom it is addressed. If you are not the intended recipient, any use of the communication is neither allowed nor intended. If you receive this email in error, please securely delete the email (including any attachments) and notify the originator that you received the message in error.

**From:** Jacqueline Ard [mailto:jacquelineard25@gmail.com]
**Sent:** Thursday, January 25, 2018 3:44 PM
**To:** DLBA Compliance Team <documents@detroitlandbank.org>
**Subject:** Alysse RE: 15826 Appoline

Hi Alysse,
Here are the photos of the work that has been completed. I apologize that I had not sent the photos but I thought that I was in compliance because I was completing the work on a regular basis as agreed since the purchase of the property. I have vigorously worked to get the massive amount of repairs completed in this home, so I don't understand why it is in reconveyance. Please let me know the steps that are necessary to correct this problem.

Thank you,
Patricia Perry

























 
## 15826 Appoline Update
1 message

**Jacqueline Ard** <jacquelineard25@gmail.com>    Fri, Feb 9, 2018 at 8:40 PM
To: documents <documents@detroitlandbank.org>

Hi Alysse,
Here are the photos of the work that has been completed and a copy of the invoice for the door that has been ordered.  The special order takes 6-8 weeks. I will not be performing any other work until the door is received which is around March 6.  If you have any questions please contact me at 313-770-7051.

Thank you,
Patricia Perry

**6 attachments**



**IMG_1114.JPG**
140K



**IMG_1115.JPG**
137K



**IMG_1116.JPG**
142K



**IMG_1117.JPG**
140K


## 15826 Appoline
1 message

**Jacqueline Ard** <jacquelineard25@gmail.com>                                        Sat, Mar 14, 2020 at 3:02 PM
To: documents@detroitlandbank.org
Cc: My # <jacquelineard@comcast.net>

These are the photos and update that I have completed for 15826
Repaired and Replaced exterior doors. Cleaned and cleared all debris from home.

Here photos

Replaced rear door upper level

Repaired and replaced rear door lower level

Rear NO DEBRIS

Side NO DEBRIS

Front NO DEBRIS

---

**5 attachments**


**image0.jpeg**
94K


**image1.jpeg**
106K



**image2.jpeg**
115K



**image3.jpeg**
121K



**image4.jpeg**
107K







Sent from my iPhone


## 15826 Appoline - Closing Phase Requirements- One Requirement Due BY 5/27/22
1 message

**DLBA Compliance Team** <documents@detroitlandbank.org>                    Mon, May 9, 2022 at 7:46 AM
To: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>
Cc: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>



buildingdetroit.org

Dear Patricia Perry:

### COMPLETION OF PROPERTY

### Renovation Phase

For your property to achieve compliance, we need the items below that are missing received dates.

| Renovation Requirements | Date Received |
|---|---|
| **15-Day Blight Removal (Property boarded and secured, free from debris, and yard maintained)** | 2/8/2020 |
| **Proof of active water account with the Detroit Water and Sewerage Department (Due 60 Days after closing)** | 7/26/2021 |
| **B-SEED Inspection** (Preliminary Inspection Report for Own-It-Now Properties, Any Inspection for Auction Properties) **ALL 6 PAGES** | |
| **Photos of installed water heater** | 5/6/2022 |
| **Photos of installed furnace** | |
| **Photos of working bathroom (sink and toilet)** | 5/6/2022 |
| **Photos of working kitchen with sink, preparation surface, and cooking element (stove, microwave, etc.)** | |

### Closing Phase (Do not send until Renovation Phase is complete)

**The following items are time sensitive for your case to close out. Please send the requested items below, at the same time.**

| Closing Requirements | Date Received |
|---|---|
| **Current DTE bill with gas usage** *(must be less than 60 days old)* (Entire Page - Front and Back) | |
| **Current DTE bill with electricity usage** *(must be less than 60 days old)* (Entire Page - Front and Back) | |

| | |
|---|---|
| **Current Water bill usage *(must be less than 60 days old)* (Entire Page Front and Back)** | |
| **Exterior photos of all 4 sides of the property, showing no boards on windows and doors, lawn-maintained, porch and stairs in good condition. *(Must be less than 30 days old)*** | |
| **If property is for sale or rent, please provide a City of Detroit Rental Registration with Signed Lease agreement or a Sales Listing** | Rental Registration:<br><br>Lease Agreement/Sales Listing: |

Submit all updates using your **Update Reporting Link (URL).**

 **Click on or copy and paste:**

detroitlandbankfiles.force.com//TVA_CFB__RequestFile?aWQ9MjAyMC0wMy0xMiAxNDoxMToxMC8jYUY0M2EwMDAwMDAwMVpzQ0FJ

### Contact Compliance

If you have Compliance questions or concerns, call or text your Compliance Representative, **Angela Brown**, at **(313) 989-4601**. If you are unable to reach your Compliance Representative, call the main office at 1-313-974-6869.

***Thank you for improving Detroit's neighborhoods, one home at a time!***

Sincerely,

Angela Brown

**The Compliance Team**
Hours of Operation: Monday – Friday; 9:00 a.m. - 5:00 p.m.
500 Griswold, Suite 1200 | Detroit, MI 48226
Office:1-313-974-6869

**Interested in the DLBA Connects Compliance Newsletter? Subscribe here!**

 
## 15826 Appoline Final requirements
1 message

**Jacqueline Ard** <jacquelineard25@gmail.com>
To: documents@detroitlandbank.org

Fri, Sep 2, 2022 at 1:04 PM

Here are the final requirements for my property at 15826 Appoline

Sent from my iPhone

**7 attachments**


**image0.jpeg**
43K


**image1.jpeg**
33K


**image2.jpeg**
30K


**image3.jpeg**
28K



**image4.jpeg**
26K



**image5.jpeg**
29K



**image6.jpeg**
35K

 
## Re: 15826 Appoline

1 message

**Jacqueline Ard** <jacquelineard25@gmail.com>                                    Fri, Sep 2, 2022 at 2:19 PM
To: DLBA Compliance Team <documents@detroitlandbank.org>

Here are the final requirements








New toilet



Kitchen sink





Hot water tank and furnace

 

## 15826 Appoline - Please read highlighted below and there is no need to respond to this message

1 message

**DLBA Compliance Team** <documents@detroitlandbank.org>      Wed, Feb 22, 2023 at 8:49 AM
To: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>
Cc: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>



Hello Patricia Perry,

Your next step will be the final walk through. I am submitting your account to my supervisor for approval.  Once approved you will be contacted by phone or email regarding the scheduling. Please be aware that the walk-through person will be taking photos of the items highlighted in blue below. You should be available at the time of the walk through as the inside of the property will have to be made available for some photos. Please allow 10 to 15 business days to be contacted by phone or email regarding walk through photos to be scheduled. Please be aware that completing compliance will be based on these photos, so items should still be installed for the scheduled day.  If your case is not approved for walkthrough, you will be contacted within 3-4 business days and advised of any issues that may need to be corrected. Please be aware that after photos are taken to allow 10-15 business days to be advised of compliance achieved by email.

### Property Renovation Phase

For your property to achieve compliance, we need the items below that are missing received dates.

| Renovation Requirements | Date Received |
|---|---|
| **15-Day Blight Removal (Property boarded and secured, free from debris, and yard maintained)** | 3/14/2020 |
| **Proof of active water account with the Detroit Water and Sewerage Department (Due 60 Days after closing)** | 7/26/2021 |
| **B-SEED Inspection** (Preliminary Inspection Report for Own-It-Now Properties, Any Inspection for Auction Properties) | 12/19/2022 |
| **Photos of installed water heater** | 5/6/2022 |
| **Photos of installed furnace** | 9/2/2022 |
| **Photos of working bathroom (sink and toilet)** | 5/6/2022 |

| | |
|---|---|
| **Photos of working kitchen with sink, preparation surface, and cooking element (stove, microwave, etc.)** | 9/8/2022 |

## Closing Phase (Do not send until Renovation Phase is complete)

The following items are time sensitive for your case to close out. Please send the requested items below, at the same time.

| *Closing Requirements* | *Date Received* |
|---|---|
| **Current DTE bill with gas usage** *(must be less than 60 days old)* (Entire Page - Front and Back) | |
| **Current DTE bill with electricity usage** *(must be less than 60 days old)* (Entire Page - Front and Back) | |
| **Current Water bill usage** *(must be less than 60 days old)* (Entire Page Front and Back) | |
| **Exterior photos of all 4 sides of the property, showing no boards on windows and doors, lawn-maintained, porch and stairs in good condition.** *(Must be less than 30 days old)* also the door on second floor showing secured. | |
| **If property is for sale or rent, please provide a City of Detroit Rental Registration with Signed Lease agreement or a Sales Listing** | |

*Thank you for improving Detroit's neighborhoods, one home at a time!*

Sincerely,
Kevin Ford

**The Compliance Team**
Hours of Operation: Monday – Friday; 9:00 a.m. - 5:00 p.m.
500 Griswold, Suite 1200 | Detroit, MI 48226
Office:1-313-974-6869

Interested in the DLBA Connects Compliance Newsletter? **Subscribe here!**

# Exhibit F

"Detroit Land Bank Compliance Approval March 16, 2023"

 
## 15826 Appoline [District 2] - Your case is closed
1 message

**DLBA Compliance Team** <documents@detroitlandbank.org>
Thu, Mar 16, 2023 at 9:27 PM
To: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>
Cc: "bcaywood@detroitlandbank.org" <bcaywood@detroitlandbank.org>, "kshelton@detroitlandbank.org" <kshelton@detroitlandbank.org>,
"documents@detroitlandbank.org" <documents@detroitlandbank.org>



buildingdetroit.org

Dear Patricia Perry:

### Compliance Achieved

Congratulations! You have fulfilled the requirements of your Purchase Agreement with the Detroit Land Bank Authority. Your release of interest (ROI) will be recorded with the Wayne County Register of Deeds and mailed to you within 4-6 weeks.

If you do not receive this, please email LaToya Bond at Lbond@detroitlandbank.org or call at 313-989-4962.
?

**If a discount was applied to your purchase price, the ROI will not be recorded until the applicable time has elapsed.**

Please click the link below to complete an exit survey. Your responses help us improve; we appreciate your feedback.

https://docs.google.com/forms/d/e/1FAIpQLSc9UzCNfPdXSuGDyUasSUE7t47UL4y92Dr0PYPteTDAq-7d-g/viewform?vc=0&c=0&w=1

***Thank you for renovating your property and improving Detroit's neighborhoods one home at a time!***

Sincerely,

Compliance Team

**Compliance Team**

Hours of Operation: Monday – Friday; 9:00 a.m. - 5:00 p.m.
500 Griswold, Suite 1200 | Detroit, MI 48226
Office:1-313-974-6869

# Exhibit G

"Detroit Land Bank Release of Interest March 22, 2023"

 
## - Release of interest recorded

1 message

**DLBA Compliance Team** <documents@detroitlandbank.org>                    Wed, Mar 22, 2023 at 3:57 PM
To: "jacquelineard25@gmail.com" <jacquelineard25@gmail.com>



### Release of Interest Recorded

The Detroit Land Bank Authority has recorded the Release of Interest (ROI) on your deed with the Wayne County Register of Deeds. You should receive a copy in the mail in 3-6 weeks. If you do not receive the ROI, please email LaToya Bond at LBond@detroitlandbank.org or call at 313-989-4962.

If you have not done so already, please click the link below to complete an exit survey. Your responses help us improve and we appreciate your feedback.

https://docs.google.com/forms/d/e/1FAIpQLSfw8NZKQNNBQ4reQRLnnImC
0240JkbecEODZ8WomcneSqf3Hg/viewform?c=0&w=1

*Thank you for improving Detroit's neighborhoods, one home at a time!*

Sincerely,

Compliance Team

**Compliance Team**

Hours of Operation: Monday – Friday: 9:00 a.m. - 5:00 p.m.

# Exhibit H

"Property Tax Records and Proof of Payment"



Eric R. Sabree Wayne County Treasurer
400 Monroe, Detroit, MI 48226
(313) 224-5990
www.treasurer.waynecounty.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Date: | 05/31/2024 05:34 PM |
| Payment Confirm ID: | 16757611 |
| Payment Method: | Cash |
| Payment Auth No | 20047070234 |
| Location: | K2004 |

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Parcel ID {0}: | 22021100 |
| 2022 | $614.00 |
| Total Payment: | $614.00 |

Thank you for your payment

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



Eric R Sabree Wayne County Treasurer
400 Monroe, Detroit, MI 48 26
(313) 224-5990
www treasurer.waynecounty com

~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Date: | 05/31/2024 09:04 PM |
| Payment Confirm ID | 1675 722 |
| Payment Method | MasterCard t 42 |
| Payment Auth No. | 0317 03 |
| Location: | K2004 |

~~~~~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Parcel ID {0} | 22021109 |
| 2023 | $982 78 |
| Service Fee: | $24 47 |
| Total Payment. | $1,007 25 |

Thank you for your payment.

~~~~~~~~~~~~~~~~~~~~~~~~~



Jacqueline Ard
15826 Appoline
Detroit, MI 48227

**Web:**treasurer.waynecounty.com
**Email:**taxinfo@waynecounty.com

# D U P L I C A T E

# Tax Receipt

| | | |
|---|---|---|
| **Receipt Number:** | 010-2024-93081 | **Date:** 04/01/24 |
| **Bundle:** | 18415733 | **Interest Effective Date:** 03/29/24 |

## Receipt Details:

| Municipality - Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 01 - 22021109. | 2022 | $1,121.06 | $421.85 | $1,542.91 | $0.00 | $0.00 | $0.00 |
| 15826 APPOLINE | | | | | | | |
| | 2023 | $0.00 | $0.00 | $0.00 | $918.49 | $45.92 | $964.41 |
| | | | **Total:** | $1,542.91 | | **Through 03/31/24** | **$964.41** |
| | | | **Receipt Total:** | $1,542.91 | | | |

**Remarks:**
THE MOST RECENT YEAR TAXES SHOWN ON THIS RECEIPT ARE SUBJECT TO CHANGE

**Summary Information:**
| | |
|---|---|
| Date Created: 04/01/24 07:19:09 AM | Issued By: 1 |
| Date Printed: 05/31/24 08:05:55 PM | Type: Web |

Dear Fellow Taxpayer:
Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is greatly appreciated.

Sincerely,

ERIC R. SABREE
Wayne County Treasurer

Page 1 of 1

**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942
(313) 224-5990



Perry Patricia
5995 Hereford
Detroit, 48224

**Web:** treasurer.waynecounty.com
**Email:** taxinfo@waynecounty.com

# D U P L I C A T E

# Tax Receipt

| | | | Date: | 06/03/24 |
|---|---|---|---|---|
| **Receipt Number:** | 010-2024-143626 | | | |
| **Bundle:** | 18503505 | | **Interest Effective Date:** | 05/31/24 |

## Receipt Details:

| Municipality - Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 01 - 22021109. | 2022 | $435.95 | $178.05 | $614.00 | $0.00 | $0.00 | $0.00 |
| 15826 APPOLINE | | | | | | | |
| | | | **Total:** | $614.00 | | **Through 05/31/24** | **$0.00** |
| | | | **Receipt Total:** | $614.00 | | | |

| Summary Information: | |
|---|---|
| **Date Created:** 06/03/24 02:08:04 AM | **Issued By:** 1 |
| **Date Printed:** 02/27/25 08:06:40 PM | **Type:** K |

Dear Fellow Taxpayer:

Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is greatly appreciated.

Sincerely,

ERIC R. SABREE
Wayne County Treasurer

Page 1 of 1

# ERIC R. SABREE
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942
(313) 224-5990



Perry Patricia
5995 Hereford
Detroit, 48224

**Web:** treasurer.waynecounty.com
**Email:** taxinfo@waynecounty.com

# D U P L I C A T E

# Tax Receipt

| | | | |
|---|---|---|---|
| **Receipt Number:** | 010-2024-143626 | **Date:** | 06/03/24 |
| **Bundle:** | 18503505 | **Interest Effective Date:** | 05/31/24 |

## Receipt Details:

| Municipality - Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 01 - 22021109. | 2022 | $435.95 | $178.05 | $614.00 | $0.00 | $0.00 | $0.00 |
| 15826 APPOLINE | | | | | | | |
| | | | **Total:** | $614.00 | | **Through 05/31/24** | **$0.00** |
| | | | **Receipt Total:** | $614.00 | | | |

| Summary Information: | |
|---|---|
| **Date Created:** 06/03/24 02:08:04 AM | **Issued By:** 1 |
| **Date Printed:** 11/01/24 08:05:44 PM | **Type:** K |

Dear Fellow Taxpayer:

Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is greatly appreciated.

Sincerely,

ERIC R. SABREE
Wayne County Treasurer

Page 1 of 1

**ERIC R. SABREE**
WAYNE COUNTY TREASURER
400 Monroe - 5th Floor
Detroit MI 48226-2942
(313) 224-5990



Jacqueline Ard
15826 Appoline
Detroit, MI 48227

**Web:** treasurer.waynecounty.com
**Email:** taxinfo@waynecounty.com

# D U P L I C A T E

# Tax Receipt

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Receipt Number:** | 010-2024-93081 | | | | **Date:** | | 04/01/24 |
| **Bundle:** | 18415733 | | | | **Interest Effective Date:** | | 03/29/24 |

## Receipt Details:

| Municipality - Parcel ID | Tax Year | Paid Tax | Paid Int & Fees | Paid Total | Due Tax | Due Int & Fees | Due Total |
|---|---|---|---|---|---|---|---|
| 01 - 22021109. | 2022 | $1,121.06 | $421.85 | $1,542.91 | $0.00 | $0.00 | $0.00 |
| 15826 APPOLINE | | | | | | | |
| | 2023 | $0.00 | $0.00 | $0.00 | $918.49 | $45.92 | $964.41 |
| | | | Total: | $1,542.91 | | Through 03/31/24 | **$964.41** |
| | | | Receipt Total: | $1,542.91 | | | |

| **Remarks:** |
|---|
| THE MOST RECENT YEAR TAXES SHOWN ON THIS RECEIPT ARE SUBJECT TO CHANGE |

| **Summary Information:** | |
|---|---|
| **Date Created:** 04/01/24 07:19:09 AM | **Issued By:** 1 |
| **Date Printed:** 05/31/24 08:05:55 PM | **Type:** Web |

Dear Fellow Taxpayer:

Thank you for your payment of property taxes. This payment supports Wayne County, your local community, and other government agencies in providing essential government services. Your payment is greatly appreciated.

Sincerely,

ERIC R. SABREE
Wayne County Treasurer

Page 1 of 1

 

## You received money with Zelle(R)

1 message

**Wells Fargo** <alerts@notify.wellsfargo.com>                Mon, Jun 30, 2025 at 3:02 PM
To: jacquelineard25@gmail.com



**WELLS FARGO**

# GLOBAL MANAGEMENT GROUP, LLC sent you $1,060.45

Date: **06/30/2025**

Confirmation: **JPM99be0jads**

Memo: **Wayne County taxes for 15826 Appoline**

We deposited the money in your Wells Fargo account.

Go to accounts

Have any questions? Please contact us.



WellsFargo.com

# Exhibit I

"Utility Bills and Account Records in Defendants name"


## DTE - We received your payment

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>    Sat, Jan 31, 2026 at 4:54 PM
To: JACQUELINEARD25@gmail.com



DTE - Payment Received

Hello JACQUELINE,

**We have received your payment. Thank you!**

| | |
|---|---|
| Account Number: | ********2749 |
| Pay Account: | ****8092 |
| Scheduled Date: | 01/31/2026 |
| Payment Amount: | $613.13 |
| Confirmation#: | 100167152644 |
| Service Address: | 15826 APPOLINE ST DETROIT MI 48227-4012 |

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

To modify or cancel your payment, **click here.**

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

### Want to save some time?

Check out our quick and easy billing and payment options.

 
## DTE - We received your payment

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>                    Wed, Jul 24, 2024 at 11:47 AM
To: JACQUELINEARD25@gmail.com



**DTE - Payment Received**

Hello JACQUELINE,

 **We have received your payment. Thank you!**

| | |
|---|---|
| Account Number: | ********0305 |
| Pay Account: | ****0967 |
| Scheduled Date: | 07/24/2024 |
| Payment Amount: | $485.00 |
| Confirmation#: | 100123224827 |
| Service Address: | 15826 APPOLINE ST DETROIT MI 48227-4012 |

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

To modify or cancel your payment, **click here.**

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

### Want to save some time?

Check out our quick and easy billing and payment options.


# DTE – Your payment is due soon

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>          Sat, Jun 29, 2024 at 1:20 AM
To: JACQUELINEARD25@gmail.com



DTE - Payment Due Reminder

Hello JACQUELINE,

**Just a friendly reminder that your DTE Energy bill is due.**

Account Number:    ********0305

Amount Due:    $729.86                    **PAY NOW**

Due Date:    07/01/2024

Service Address:    15826 APPOLINE ST
DETROIT MI

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.



**Earth friendly billing**
eBill Paperless Billing can help reduce paper waste and allows convenient billing information delivered directly to your email inbox.

Enroll now ›



**Never miss a payment**
With AutoPay you'll never have to worry about remembering billing due dates.

Enroll now ›



**Understanding your DTE bill**
Compare upcoming billing costs and review billing history. Login to your DTE online account and select "Analyze My Bill."

Analyze my bill ›



## DTE – Your payment is due soon

1 message

**DTE** &lt;noreply-billingpayment@notify.dteenergy.com&gt;          Sat, Jun 28, 2025 at 1:47 AM
To: JACQUELINEARD25@gmail.com



DTE - Payment Due Reminder

Hello JACQUELINE,

**Just a friendly reminder that your DTE Energy bill is due.**

Account Number:          ********5800

Amount Due:          $214.61          PAY NOW

Due Date:          06/30/2025

Service Address:          15826 APPOLINE ST
DETROIT MI

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.



Earth friendly billing
eBill Paperless Billing can help reduce paper waste and allows convenient billing information delivered directly to your email inbox.

Enroll now ›



Never miss a payment
With AutoPay you'll never have to worry about remembering billing due dates.



Enroll now ›



Understanding your DTE bill
Compare upcoming billing costs and review billing history. Login to your DTE online account and select "Analyze My Bill."

Analyze my bill ›

 Gmail

## DTE - Your payment is past due!

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>     Tue, Mar 4, 2025 at 2:52 AM
To: JACQUELINEARD25@gmail.com



DTE – Payment Past Due!

Hello JACQUELINE,

**Your payment is past due.**

| Account Number: | ********8914 |
|---|---|
| Amount Due: | $930.66 |
| Due Date: | 02/28/2025 |
| Service Address: | 15826 APPOLINE ST DETROIT MI |



**PAY NOW**

To avoid the risk of service interruption, and any additional fees and security deposits, please make a payment in your **online account** or in the DTE Mobile app (available at the **App Store** or **Google Play**).

**Check out these help options:**

- Sign into your online account at **dteenergy.com/login** to check account status, see payment history, view your current bill and much more!

- Call **2-1-1**, a free United Way service that can connect you with information & resources (energy assistance and many other needs)

- Learn about our **payment assistance programs**

**IMPORTANT:** You can't use Pay Now or make an online payment if a DTE Energy field employee is already at your location to disconnect service. Field employees cannot take payments.

Thank you for being a valued DTE customer.


## DTE - Payment Received
1 message

**NOREPLY@notifications.dteenergy.com** <NOREPLY@notifications.dteenergy.com>      Mon, Mar 27, 2023 at 11:05 AM
Reply-To: NOREPLY@notifications.dteenergy.com
To: JACQUELINEARD25@gmail.com



**DTE - Payment Received**

Hello Jacqueline,

**We have received your payment. Thank you!**

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

| | |
|---|---|
| Account #: | ****04720305 |
| Pay Account: | ****2352 |
| Scheduled Date: | 03/27/23 |
| Payment Amount: | $364.66 |
| Confirmation #: | 100087550813 |
| Service Address: | 15826 APPOLINE ST |

To modify or cancel your payment, **click here**.

**Sign In/Up** at dteenergy.com to make or view payments, sign up for AutoPay, analyze your energy usage and much more!

Thanks,
Your DTE Energy Customer Service Team

**Want to save some time?**
Check out these quick and easy billing and payment options, available to DTE customers with an **online profile**.

| **Stay Warm and Save** | **AutoPay** | **DTE Mobile App** |
|---|---|---|
|  |  |  |
| Find out how to manage your energy use and keep your home comfortable this winter. | With AutoPay, your payment is automatically withdrawn each month when your bill is due. | On the go? Make payments, view bills, or report an outage with the mobile app. It's easy! |
| **Learn More** | **Enroll** | **App Store**  **Google Play** |



**Pay Now** ▸   **$259.21**

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Protect your property**
Have a utility pole on or near your property? Protect your home with an affordable and convenient automatic dusk-to-dawn utility light.

## Bill Summary

| | |
|---|---:|
| Account Balance as of Mar 07, 2024 | 650.90 |
| Payment Received Mar 27, 2024 Thank You! | −254.93 |
| Payment Received Mar 25, 2024 Thank You! | −200.00 |
| Payment Received Apr 03, 2024 Thank You! | −90.90 |
| Deposit Interest | −5.07 |
| Balance Prior to Current Charges | 100.00 |

Your account is past due. Please pay the past-due balance now. To pay by phone, call us at 800.477.4747. If paid, please disregard this notice.

| | |
|---|---:|
| Total Current Charges | 159.21 |
| Account Balance as of April 08, 2024 | 259.21 |
| Amount to be Withdrawn on April 30, 2024 | **$259.21** |

Current Bill ▸
View Previous Bills ▸
View This Month's Bill Inserts ▸

**Pay Now** ▸

See the full details of your bill attached. You will be asked to enter the last four digits of your Social Security Number.

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Mar 7, 2024 - Apr 5, 2024
Total usage for 30 Days Billed 419.312



## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information

Service Period Mar 7, 2024 - Apr 5, 2024
Total usage for 30 Days Billed 36 CCF



 

## DTE - Your payment is past due!

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>       Sat, Mar 7, 2026 at 2:08 AM
To: JACQUELINEARD25@gmail.com



**DTE – Payment Past Due**

Hello JACQUELINE,

**Your payment is past due.**

| | |
|---|---|
| Account Number: | ********2749 |
| Amount Due: | <$600.95 |
| Due Date: | 03/03/2026 |
| Service Address: | 15826 APPOLINE ST DETROIT MI |

**PAY NOW**

To avoid the risk of service interruption, and any additional fees and security deposits, please make a payment in your **online account** or in the DTE Mobile app (available at the **App Store** or **Google Play**).

**Check out these help options:**

- Sign into your online account at **dteenergy.com/login** to check account status, see payment history, view your current bill and much more!

- Call **2-1-1**, a free United Way service that can connect you with information & resources (energy assistance and many other needs)

- Learn about our **payment assistance programs**

**IMPORTANT:**      You can't use Pay Now or make an online payment if a DTE Energy field employee is already at your location to disconnect service. Field employees cannot take payments.

Thank you for being a valued DTE customer.

Sincerely,

Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.

*This is an automated email, so please don't reply.*
*Email sent by: DTE Energy, One Energy Plaza, Detroit, MI 48226-1279 USA*



## DTE - We received your payment
1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>          Thu, May 23, 2024 at 1:12 AM
To: JACQUELINEARD25@gmail.com



DTE - Payment Received


Hello JACQUELINE,

 **We have received your payment. Thank you!**

| | |
|---|---|
| Account Number: | ********0305 |
| Pay Account: | ****2417 |
| Scheduled Date: | 05/23/2024 |
| Payment Amount: | $259.21 |
| Confirmation#: | 100118632414 |
| Service Address: | 15826 APPOLINE ST DETROIT MI 48227-4012 |

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

To modify or cancel your payment, **click here.**

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team


### Want to save some time?

Check out our quick and easy billing and payment options.


## DTE - We received your payment

1 message

DTE <noreply-billingpayment@notify.dteenergy.com>          Wed, Nov 26, 2025 at 9:52 AM
To: JACQUELINEARD25@gmail.com



**DTE - Payment Received**

Hello JACQUELINE,

**We have received your payment. Thank you!**

| | |
|---|---|
| Account Number: | ********2749 |
| Pay Account: | ****9203 |
| Scheduled Date: | 11/26/2025 |
| Payment Amount: | $59.82 |
| Confirmation#: | 100161833051 |
| Service Address: | 15826 APPOLINE ST DETROIT MI 48227-4012 |

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

To modify or cancel your payment, **click here.**

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.



**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Level out your payments**
BudgetWise Billing® takes your annual energy bill and divides it
into similar monthly payments to make budgeting a breeze.

Current Bill ▶
View Previous Bills ▶
View This Month's Bill Inserts ▶

| Total Due | Due Date | Account Number |
|---|---|---|
| **Shutoff Notice** $576.99 | 10/29/2024 | XXXX04720305 |

## Bill Summary

If service is shutoff, you will be required to pay your total due,
an estimated deposit of $30.00 and applicable reconnect fees
to restore service.

| | |
|---|---|
| Account Balance as of Sep 06, 2024 | 462.13 |
| Deposit Interest | −5.07 |
| Balance Prior to Current Charges | 457.06 |

Your account remains in shut off status, due to non-payment.
Please pay 404.40 now. To pay by check or credit card, please
call us at 800.477. 4747.

| Current Charges | |
|---|---|
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 60.21 |
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 28.93 |
| Residential Gas Heating | 23.36 |
| Other Charges and Credit | 7.43 |
| Total Current Charges | 119.93 |
| | |
| Account Balance as of October 07, 2024 | **$576.99** |

Pay Now ▶

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Sep 6, 2024 - Oct 4, 2024
Total usage for 29 Days Billed 326.832

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information

Service Period Sep 6, 2024 - Oct 4, 2024
Total usage for 29 Days Billed 5 CCF

 **Gmail**

## DTE - Your payment is past due!

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>
To: JACQUELINEARD25@gmail.com

Sat, Oct 4, 2025 at 1:05 AM



DTE – Payment Past Due!

Hello JACQUELINE,

**Your payment is past due.**

| Account Number: | ********5800 |
|---|---|
| Amount Due: | $567.69 |
| Due Date: | 09/30/2025 |
| Service Address: | 15826 APPOLINE ST DETROIT MI |



To avoid the risk of service interruption, and any additional fees and security deposits, please make a payment in your **online account** or in the DTE Mobile app (available at the **App Store** or **Google Play**).

**Check out these help options:**

- Sign into your online account at **dteenergy.com/login** to check account status, see payment history, view your current bill and much more!

- Call **2-1-1**, a free United Way service that can connect you with information & resources (energy assistance and many other needs)

- Learn about our **payment assistance programs**

**IMPORTANT:** You can't use Pay Now or make an online payment if a DTE Energy field employee is already at your location to disconnect service. Field employees cannot take payments.

Thank you for being a valued DTE customer.



**Shutoff Notice**

| Total Due | Due Date | Account Number |
|---|---|---|
| **$462.13** | **09/30/2024** | **XXXX04720305** |

**AVOID SHUTOFF PAY $289.49 BEFORE 09/23/2024**

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Your DTE account on the go**
Access your DTE account and pay your bill from anywhere with the DTE Mobile App.

Current Bill ▸
View Previous Bills ▸
View This Month's Bill Inserts ▸

## Bill Summary

If service is shutoff, you will be required to pay your total due, an estimated deposit of $31.00 and applicable reconnect fees to restore service.

| | |
|---|---|
| Account Balance as of Aug 07, 2024 | 336.85 |
| Payment Received | 0.00 |
| Balance Prior to Current Charges | 336.85 |

Your account remains past due. Please pay 289.49 before 09/23/2024 to avoid SHUTOFF.

| | |
|---|---|
| Current Charges | |
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 69.81 |
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 32.22 |
| Residential Gas Heating | 17.95 |
| Other Charges and Credit | 5.30 |
| Total Current Charges | 125.28 |
| Account Balance as of September 06, 2024 | **$462.13** |

Pay Now ▸

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Aug 7, 2024 - Sep 5, 2024
Total usage for 30 Days Billed 388.985

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information

Service Period Aug 7, 2024 - Sep 5, 2024
Total usage for 30 Days Billed 4 CCF


## DTE – Your payment is due soon

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>    Sat, Sep 28, 2024 at 1:12 AM
To: JACQUELINEARD25@gmail.com



DTE - Payment Due Reminder

Hello JACQUELINE,

**Just a friendly reminder that your DTE Energy bill is due.**

Account Number:    ********0305

Amount Due:    $457.06    **PAY NOW**

Due Date:    09/30/2024

Service Address:    15826 APPOLINE ST
DETROIT MI

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.



Earth friendly billing
eBill Paperless Billing can help reduce paper waste and allows convenient billing information delivered directly to your email inbox.

Enroll now ›



Never miss a payment
With AutoPay you'll never have to worry about remembering billing due dates.

Enroll now ›



Understanding your DTE bill
Compare upcoming billing costs and review billing history. Login to your DTE online account and select "Analyze My Bill."

Analyze my bill ›


## DTE - Your payment is past due!

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>
To: JACQUELINEARD25@gmail.com

Mon, Sep 1, 2025 at 11:02 PM



DTE – Payment Past Due!

Hello JACQUELINE,

**Your payment is past due.**

| Account Number: | ********5800 |
|---|---|
| Amount Due: | $479.86 |
| Due Date: | 08/29/2025 |
| Service Address: | 15826 APPOLINE ST DETROIT MI |

**Check out these help options:**

- Sign into your online account at **dteenergy.com/login** to check account status, see payment history, view your current bill and much more!



PAY NOW

To avoid the risk of service interruption, and any additional fees and security deposits, please make a payment in your **online account** or in the DTE Mobile app (available at the **App Store** or **Google Play**).

- Call **2-1-1**, a free United Way service that can connect you with information & resources (energy assistance and many other needs)

- Learn about our **payment assistance programs**

**IMPORTANT:** You can't use Pay Now or make an online payment if a DTE Energy field employee is already at your location to disconnect service. Field employees cannot take payments.

Thank you for being a valued DTE customer.

 

**Jean Ard <jacquelineard25@gmail.com>**

## DTE - We received your payment

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>    Thu, May 23, 2024 at 1:12 AM
To: JACQUELINEARD25@gmail.com



**DTE - Payment Received**

Hello JACQUELINE,

**We have received your payment. Thank you!**

| | |
|---|---|
| Account Number: | ********0305 |
| Pay Account: | ****2417 |
| Scheduled Date: | 05/23/2024 |
| Payment Amount: | $259.21 |
| Confirmation#: | 100118632414 |
| Service Address: | 15826 APPOLINE ST DETROIT MI 48227-4012 |

This email serves as confirmation that your payment is being processed. We will contact you if there is an issue with your payment.

To modify or cancel your payment, **click here.**

Sign into your online account at **dteenergy.com/login** to view your current bill, make payments, manage account settings, analyze your energy usage and much more!

Thank you for being a valued DTE customer.

Sincerely,
Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.



**Earth friendly billing**

eBill Paperless Billing can help reduce paper waste and allows convenient billing information delivered directly to your email inbox.

Enroll now ›



**Never miss a payment**

With AutoPay you'll never have to worry about remembering billing due dates.

Enroll now ›



**Understanding your DTE bill**

Compare upcoming billing costs and review billing history. Login to your DTE online account and select "Analyze My Bill."

Analyze my bill ›

View Privacy Policy          Contact Us          Manage Notifications

*This is an automated email, so please don't reply.*
*Email sent by: DTE Energy, One Energy Plaza, Detroit, MI 48226-1279 USA*


## DTE Energy - Payment Received
1 message

**NOREPLY@notifications.dteenergy.com** <NOREPLY@notifications.dteenergy.com>
Reply-To: NOREPLY@notifications.dteenergy.com
To: JACQUELINEARD25@gmail.com

Fri, Mar 5, 2021 at 1:51 AM



DTE Energy - Payment Received

Hello Jacqueline,

**Thanks! We've posted the following payment to your DTE Energy account:**

Account Number:  ****04720305
Date Processed:  03/04/21
Payment Amount: $872.94
Service Address: 15826 APPOLINE ST DETROIT MI 48227-4012

Sign In/Up at dteenergy.com to make or view payments, analyze your energy usage, manage account settings and much more!

Thanks,
Your DTE Energy Customer Service Team

**Want to save some time?**
Check out these quick and easy billing and payment options, available to DTE customers with an **online profile**.

| **Stay Warm and Save** | **AutoPay** | **DTE Mobile App** |
|---|---|---|
|  |  |  |
| Manage your energy use to keep your costs down this winter | With AutoPay, your payment is automatically withdrawn each month when your bill is due | On the go? Make payments, view bills, or report an outage with the mobile app. It's easy! |
| **Learn More** | **Enroll** | **App Store**   **Google Play** |

View Privacy Policy          Contact Us          Manage Notifications

*This is an automated email, so please don't reply.*
*Email sent by: DTE Energy, One Energy Plaza, Detroit, MI 48226-1279 USA*

Shutoff Notice **$325.75**     01/03/2022     XXXX04720305

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Level out your energy costs with BudgetWise Billing®**
Our free budget program enables you to pay your annual energy bill in equal monthly payments, to avoid the spikes in your natural gas and electric costs during high-use energy months or seasonal temperature changes.

## Bill Summary

| | |
|---|---|
| Account Balance as of Nov 05, 2021 | 253.44 |
| Payment Received | 0.00 |
| Balance Prior to Current Charges | 253.44 |

Your account remains in shut off status, due to non-payment. Please pay 229.01 now. To pay by check or credit card, please call us at 800.477. 4747.

Current Charges

| | |
|---|---|
| Residential Electric Service | 21.20 |
| Residential Electric Service | 19.76 |
| Residential Gas Heating | 13.52 |
| Gas Residential Non Heating | 13.52 |
| Other Charges and Credit | 4.31 |
| Total Current Charges | 72.31 |

| | |
|---|---|
| Account Balance as of December 08, 2021 | **$325.75** |

Current Bill
View Previous Bills
View This Month's Bill Inserts

Pay Now

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Nov 5, 2021 - Dec 7, 2021
Total usage for 33 Days Billed 128 KWH

## Gas Usage Summary

**DTE Gas**
Current Billing Information

Service Period -
Total usage for Days Billed

**Shutoff Notice** **$642.03**     **01/04/2021**     **XXXX04720305**

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Give the environment a gift**
Matching your energy use to renewables reduces your carbon footprint and helps to protect the environment for future generations.

## Bill Summary

If service is shutoff, you will be required to pay your past due ($449.95), estimated deposit ($110.00) and applicable reconnect fees to restore service.

| | |
|---|---|
| Account Balance as of Nov 06, 2020 | 736.46 |
| Payment Received Nov 30, 2020 Thank You! | −241.27 |
| Balance Prior to Current Charges | 495.19 |

Your account remains past due. Please pay 449.95 before 12/28/2020 to avoid SHUTOFF.

| Current Charges | |
|---|---|
| Residential Electric Service | 29.03 |
| Residential Electric Service | 20.73 |
| Residential Gas Heating | 16.34 |
| Gas Residential Non Heating | 72.36 |
| Other Charges and Credit | 8.38 |
| Total Current Charges | 146.84 |

| | |
|---|---|
| Account Balance as of December 09, 2020 | **$642.03** |

Current Bill
View Previous Bills
View This Month's Bill Inserts

Pay Now

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**

**DTE Electric**

Current Billing Information

Service Period Nov 6, 2020 - Dec 8, 2020
Total usage for 33 Days Billed 179 KWH

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**

**DTE Gas**

Current Billing Information

Service Period Nov 6, 2020 - Dec 8, 2020
Total usage for 33 Days Billed 83 CCF

**DTE Energy Mobile App**

|  | Total Due | Due Date | Account Number |
|---|---|---|---|
| **Shutoff Notice** | **$836.75** | **02/01/2021** | XXXX04720305 |

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**New technology improves reliability**
We've invested in new technology and upgrades to ensure our
electric grid is ready to serve you this winter.

## Bill Summary

If service is shutoff, you will be required to pay your past due
($588.41), estimated deposit ($110.00) and applicable
reconnect fees to restore service.

| | |
|---|---|
| Account Balance as of Dec 09, 2020 | 642.03 |
| Payment Received | 0.00 |
| Transferred Balance From 15826 | 10.72 |
| APPOLINE ST , FL 2N , DETROIT , MI 48227 | |
| Balance Prior to Current Charges | 652.75 |

Your account remains in shut off status, due to non-payment.
Please pay 588.41 now. To pay by check or credit card, please
call us at 800.477. 4747.

| Current Charges | |
|---|---|
| Residential Electric Service | 32.40 |
| Residential Electric Service | 19.87 |
| Residential Gas Heating | 31.68 |
| Gas Residential Non Heating | 100.05 |
| Total Current Charges | 184.00 |
| Account Balance as of January 08, 2021 | **$836.75** |

Current Bill
View Previous Bills
View This Month's Bill Inserts

Pay Now

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information
Service Period Dec 9, 2020 - Jan 7, 2021
Total usage for 30 Days Billed 193 KWH

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information
Service Period Dec 9, 2020 - Jan 7, 2021
Total usage for 30 Days Billed 141 CCF

| | Total Due | Due Date | Account Number |
|---|---|---|---|
| Shutoff Notice | $952.94 | 03/01/2021 | XXXX04720305 |

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

**Create a sustainable future**
Enrolling in MIGreenPower helps reduce carbon emissions and protect the environment for future generations.

## Bill Summary

If service is shutoff, you will be required to pay your past due ($783.13), estimated deposit ($104.00) and applicable reconnect fees to restore service.

| | |
|---|---|
| Account Balance as of Jan 08, 2021 | 836.75 |
| Payment Received | 0.00 |
| Balance Prior to Current Charges | 836.75 |

Your account remains in shut off status, due to non-payment. Please pay 783.13 now. To pay by check or credit card, please call us at 800.477. 4747.

Current Charges

| | |
|---|---|
| Residential Electric Service | 24.09 |
| Residential Electric Service | 21.81 |
| Residential Gas Heating | 56.77 |
| Gas Residential Non Heating | 13.52 |
| Total Current Charges | 116.19 |

| | |
|---|---|
| Account Balance as of February 05, 2021 | **$952.94** |

Current Bill
View Previous Bills
View This Month's Bill Inserts

Pay Now

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Jan 8, 2021 - Feb 4, 2021
Total usage for 28 Days Billed 157

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information

Service Period Jan 8, 2021 - Feb 4, 2021
Total usage for 28 Days Billed 59 CCF

## Important Information

If service... call 180...747 to... requi... ...st-du...

Shutoff Notice **$191.54**

**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

Bill Summary

**Packing up for a move?**
Plan for your upcoming move by scheduling a start, stop or move of your DTE electric or natural gas service up to 90 days in advance.

| | |
|---|---|
| Account Balance as of Sep 07, 2021 | 128.81 |
| Payment Received | 0.00 |
| Balance Prior to Current Charges | 128.81 |

Your account remains past due. Please pay 109.64 before 10/22/2021 to avoid SHUTOFF.
Current Charges

| | |
|---|---|
| Residential Electric Service | 20.84 |
| Residential Electric Service | 15.29 |
| Residential Gas Heating | 12.27 |
| Gas Residential Non Heating | 12.27 |
| Other Charges and Credit | 2.06 |
| Total Current Charges | 62.73 |

| | |
|---|---|
| Account Balance as of October 07, 2021 | **$191.54** |

Current Bill
View Previous Bills
View This Month's Bill Inserts

Pay Now

Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Sep 4, 2021 - Oct 6, 2021
Total usage for 33 Days Billed 101 KWH

Gas Usage Summary

**DTE Gas**
Current Billing Information

Service Period -
Total usage for Days Billed



**JACQUELINE ARD**
**143 Boardman Canfield Rd Fl 225**
**Boardman, OH 44512-4804**

| | Total Due | Due Date | Account Number |
|---|---|---|---|
| **Shutoff Notice** | **$576.99** | **10/29/2024** | **XXXX04720305** |

**Level out your payments**
BudgetWise Billing® takes your annual energy bill and divides it into similar monthly payments to make budgeting a breeze.

## Bill Summary

If service is shutoff, you will be required to pay your total due, an estimated deposit of $30.00 and applicable reconnect fees to restore service.

| | |
|---|---|
| Account Balance as of Sep 06, 2024 | 462.13 |
| Deposit Interest | −5.07 |
| Balance Prior to Current Charges | 457.06 |

Your account remains in shut off status, due to non-payment. Please pay 404.40 now. To pay by check or credit card, please call us at 800.477. 4747.

Current Charges

| | |
|---|---|
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 60.21 |
| Residential Electric Service Time of Day 3 p.m. - 7 p.m. | 28.93 |
| Residential Gas Heating | 23.36 |
| Other Charges and Credit | 7.43 |
| Total Current Charges | 119.93 |
| | |
| **Account Balance as of October 07, 2024** | **$576.99** |

Current Bill ▶
View Previous Bills ▶
View This Month's Bill Inserts ▶

Pay Now ▶

## Electric Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Electric**
Current Billing Information

Service Period Sep 6, 2024 - Oct 4, 2024
Total usage for 29 Days Billed 326.832

## Gas Usage Summary

**15826 Appoline St, Detroit, MI**
**DTE Gas**
Current Billing Information

Service Period Sep 6, 2024 - Oct 4, 2024
Total usage for 29 Days Billed 5 CCF

# Summary History

**Account**    170-4330.301
**Customer**    JACQUELINE ARD
**Address**    15826  APPOLINE ST
                DETROIT MI, 48227-4012

| Tran. | Date | Amount | Balance |
|---|---|---|---|
| BILL | 01/14/2023 | $43.61 | $1,544.83 |
| PEN | 01/11/2023 | $2.99 | $1,501.22 |
| BILL | 12/14/2022 | $59.70 | $1,498.23 |
| PEN | 12/08/2022 | $6.97 | $1,438.53 |
| TRAN | 11/15/2022 | $71.01 | $1,431.56 |
| TRAN | 11/15/2022 | $71.01 | $1,360.55 |
| TRAN | 11/15/2022 | -$3.55 | $1,289.54 |
| TRAN | 11/15/2022 | -$3.55 | $1,293.09 |
| TRAN | 11/15/2022 | -$1.34 | $1,296.64 |
| TRAN | 11/15/2022 | -$6.73 | $1,297.98 |
| TRAN | 11/15/2022 | -$6.45 | $1,304.71 |
| TRAN | 11/15/2022 | -$5.88 | $1,311.16 |
| TRAN | 11/15/2022 | -$6.73 | $1,317.04 |
| TRAN | 11/15/2022 | -$88.40 | $1,323.77 |
| TRAN | 11/15/2022 | -$4.93 | $1,412.17 |
| TRAN | 11/15/2022 | $35.47 | $1,417.10 |
| TRAN | 11/15/2022 | $35.47 | $1,381.63 |
| TRAN | 11/15/2022 | -$1.77 | $1,346.16 |
| TRAN | 11/15/2022 | -$1.77 | $1,347.93 |
| TRAN | 11/15/2022 | -$.98 | $1,349.70 |
| TRAN | 11/15/2022 | -$3.38 | $1,350.68 |
| TRAN | 11/15/2022 | -$3.24 | $1,354.06 |
| TRAN | 11/15/2022 | -$2.98 | $1,357.30 |
| TRAN | 11/15/2022 | -$3.38 | $1,360.28 |
| TRAN | 11/15/2022 | -$64.87 | $1,363.66 |
| TRAN | 11/15/2022 | -$3.03 | $1,428.53 |
| BILL | 11/15/2022 | -$73.68 | $1,431.56 |
| PEN | 11/09/2022 | $5.32 | $1,505.24 |
| BILL | 10/16/2022 | $106.48 | $1,499.92 |

| | | | |
|---|---|---|---|
| PEN | 10/12/2022 | $5.32 | $1,393.44 |
| BILL | 09/19/2022 | $106.48 | $1,388.12 |
| PEN | 09/14/2022 | $2.32 | $1,281.64 |
| BILL | 08/11/2022 | $86.51 | $1,279.32 |
| PEN | 08/05/2022 | $10.11 | $1,192.81 |
| BILL | 07/14/2022 | $202.17 | $1,182.70 |
| PEN | 07/06/2022 | $9.69 | $980.53 |
| BILL | 06/14/2022 | $193.80 | $970.84 |
| PEN | 06/13/2022 | $8.86 | $777.04 |
| BILL | 05/16/2022 | $177.07 | $768.18 |
| PEN | 05/09/2022 | $10.11 | $591.11 |
| BILL | 04/14/2022 | $202.17 | $581.00 |
| PYMT | 03/31/2022 | -$378.83 | $378.83 |
| BILL | 03/15/2022 | $177.07 | $757.66 |
| PEN | 03/09/2022 | $9.69 | $580.59 |
| BILL | 02/15/2022 | $193.80 | $570.90 |
| PEN | 02/09/2022 | $2.58 | $377.10 |
| BILL | 01/18/2022 | $51.58 | $374.52 |
| PYMT | 12/31/2021 | -$139.00 | $322.94 |
| BILL | 12/14/2021 | $25.39 | $461.94 |
| PEN | 12/08/2021 | $1.27 | $436.55 |
| BILL | 11/16/2021 | $25.39 | $435.28 |
| PEN | 11/03/2021 | $1.27 | $409.89 |
| BILL | 10/12/2021 | $25.39 | $408.62 |
| PEN | 10/06/2021 | $1.27 | $383.23 |
| BILL | 09/14/2021 | $25.39 | $381.96 |
| PEN | 09/07/2021 | $1.27 | $356.57 |
| BILL | 08/13/2021 | $65.39 | $355.30 |
| PEN | 08/05/2021 | $1.17 | $289.91 |
| BILL | 07/14/2021 | $23.47 | $288.74 |
| PYMT | 07/12/2021 | -$29.47 | $265.27 |
| PEN | 07/07/2021 | $1.17 | $294.74 |
| BILL | 06/15/2021 | $23.47 | $293.57 |
| PEN | 06/04/2021 | $1.17 | $270.10 |
| BILL | 05/13/2021 | $23.47 | $268.93 |
| PEN | 05/07/2021 | $1.17 | $245.46 |
| BILL | 04/15/2021 | $23.47 | $244.29 |
| PEN | 04/06/2021 | $1.17 | $220.82 |

| | | | |
|---|---|---|---|
| BILL | 03/12/2021 | $23.47 | $219.65 |
| PEN | 03/05/2021 | $1.17 | $196.18 |
| BILL | 02/11/2021 | $23.47 | $195.01 |
| PEN | 02/05/2021 | $1.17 | $171.54 |
| BILL | 01/14/2021 | $23.47 | $170.37 |
| PEN | 01/05/2021 | $1.17 | $146.90 |
| BILL | 12/14/2020 | $23.47 | $145.73 |
| PEN | 12/08/2020 | $1.17 | $122.26 |
| BILL | 11/13/2020 | $23.47 | $121.09 |
| PEN | 11/05/2020 | $1.17 | $97.62 |
| BILL | 10/14/2020 | $23.47 | $96.45 |
| PEN | 10/12/2020 | $1.17 | $72.98 |
| BILL | 09/17/2020 | $23.47 | $71.81 |
| PEN | 09/11/2020 | $1.17 | $48.34 |
| BILL | 08/14/2020 | $23.47 | $47.17 |
| PEN | 08/10/2020 | $1.13 | $23.70 |
| BILL | 07/16/2020 | $22.57 | $22.57 |
| ADJ | 06/30/2020 | -$234.74 | |
| BILL | 06/11/2020 | $22.57 | $234.74 |
| PEN | 06/08/2020 | $1.13 | $212.17 |
| BILL | 05/15/2020 | $22.57 | $211.04 |
| PEN | 05/11/2020 | $1.13 | $188.47 |
| BILL | 04/15/2020 | $22.57 | $187.34 |
| PEN | 04/13/2020 | $1.13 | $164.77 |
| BILL | 03/19/2020 | $22.57 | $163.64 |
| PEN | 03/09/2020 | $1.13 | $141.07 |
| BILL | 02/12/2020 | $22.57 | $139.94 |
| PEN | 02/10/2020 | $1.13 | $117.37 |
| BILL | 01/15/2020 | $22.57 | $116.24 |
| PEN | 01/07/2020 | $1.13 | $93.67 |
| BILL | 12/16/2019 | $22.57 | $92.54 |
| PEN | 12/12/2019 | $1.13 | $69.97 |
| BILL | 11/18/2019 | $22.57 | $68.84 |
| BILL | 10/14/2019 | $22.57 | $46.27 |
| PEN | 10/09/2019 | $1.13 | $23.70 |
| BILL | 09/16/2019 | $22.57 | $22.57 |
| PYMT | 08/26/2019 | -$67.35 | |
| BILL | 08/15/2019 | $22.57 | $67.35 |

| | | | |
|---|---|---|---|
| PEN | 08/09/2019 | $1.07 | $44.78 |
| BILL | 07/15/2019 | $21.32 | $43.71 |
| PEN | 07/11/2019 | $1.07 | $22.39 |
| BILL | 06/14/2019 | $21.32 | $21.32 |
| DEPE | 05/08/2019 | $150.00 | |

# Exhibit J

"Repair Ledger / Renovation Cost Summary
totaling approx. $94,893.66"

## List of Repairs Completed

| | | |
|---|---|---|
| Purchase price | $ | 2,250.28 |
| Demo | $ | 2,500.00 |
| Roof | $ | 8,000.00 |
| Windows | $ | 4,000.00 |
| Furnace Installation | $ | 3,000.00 |
| Hot Water Tank | $ | 2,400.00 |
| Outside Electrical | $ | 1,800.00 |
| Inside Electrical | $ | 6,500.00 |
| Plumbing | $ | 5,600.00 |
| Doors | $ | 2,800.00 |
| Cameras | $ | 1,700.00 |
| Furnace Connection | $ | 200.00 |
| Furnace materials | $ | 2,200.00 |
| Door Install | $ | 500.00 |
| Truck rental | $ | 276.00 |
| Flood lights | $ | 1,440.00 |
| Tree removal | $ | 300.00 |
| Home Depot Materials 2017 | $ | 9,034.79 |
| Home Depot Materials 2018 | $ | 33,777.99 |
| Home Depot Materals 2019 | $ | 5,064.88 |
| **Total** | $ | 93,343.94 |

# Exhibit K

"Contractor Invoice – Plumbing Work"

# INVOICE



**Ginasis Construction and design company**

28537 RegentCt
Southfield, Michigan  48076

Phone: (248) 308-4254
Email: acampbell3416@msn.com
Web: ginasisconstruction.com

**Jackie Ard**
15826 Appoline
Detroit, Michigan 48227

(313) 770-7051

| | |
|---|---|
| Payment Terms | Due upon receipt |
| Invoice # | 000373 |
| Date | 03/19/2018 |
| Business / Tax # | 248 451 1406 |

| Description | Total |
|---|---|
| Plumbing | $6,000.00 |
| Install plumbing to include all necessary drain, water supply lines, traps, stops, supports, main stack to accommodate 2 family apartment building with<br>3 full baths<br>2 laundry areas<br>2- 40 gallon gas hot water tanks<br>1 out side spigot<br>2 kitchens<br>Gas lines for furnices and dryers | |

| | |
|---|---|
| **Subtotal** | $6,000.00 |
| **Discount** | $400.00 |
| **Total** | **$5,600.00** |

**Notes:**

$2800.00 DUE AT ACCEPTANCE (subtract materials)
$2000.00 DUE ( after rough )
$  800 due when toilets, sinks, tubs and hot water tanks are installed)
Labor and materials 2 - 40 gallon tanks included

Thank you for your business.

## AC & Associates



📍 southfield, MI

✉ [Acampbell823@yahoo.com](mailto:Acampbell823@yahoo.com)

**Payment activity**

Date  3/23/21  Total paid  $900.00

⤓ **Download invoice**                Invoice #0001

**AC & Associates**                        **$0.00**
Acampbell823@yahoo.com
28537 Regent Ct                      Issued: Mar 23, 2021
southfield, MI 48076
                                              Paid

**Bill to**
ja*************@gmail.com

**Items**

| | |
|---|---|
| **South Caroliona** | **$900.00** |
| 1 x $900.00 | |
| Flooring and Backsplash | |

| | |
|---|---|
| **Subtotal** | **$900.00** |
| Shipping | $0.00 |
| **Total** | **$900.00** |

Powered by  **PayPal**

Copyright 1999-2026 PayPal. All rights reserved. **PayPal Privacy**

Help us improve this experience **Share feedback**

# Exhibit L
"Additional Contractor Invoices- Electrical etc."



**EDWARDS PLUMBING & HEATING, INC. LLC**
**Invoice for service due**

**Estimate** 206720276
**Job** 206709948
**Estimate Date** 12/7/2022
**Customer PO**

**Billing Address**
Jacueline Ard
15826 Appoline Street
Detroit, MI 48227 USA

**Job Address**
Jacueline Ard
15826 Appoline Street
Detroit, MI 48227 USA

## Estimate Details

Break floor replace house trap and storm trap.: Demo concrete flooring to expose house trap and storm trap.
Cut and remove both traps.
Install new storm trap and cleanout.
Eliminate sanitary trap and install cleanout.
Patch flooring where demoed.
Camera and attempt to clean main sewer line after trap removal
5 yr warranty on pvc.

| Task # | Description | Quantity | Your Price | Your Total |
|---|---|---|---|---|
| Floor break in basement | Sewer Replacement: Beak up 4x4 area of concrete to access the damage to the burst pipe. $4300<br>(includes dust containment, jack hammer to open up the floor and hand excavate to the burst pipe and back fill with concrete to a rough grade) does not include the cost to remove flooring materials installed over the area of the floor break or the clean up of sewage, which will be handled by our mitigation company<br><br>Parts and labor for the 4x4 floor break comes to $645 for removal and replacement of burst pipe.<br><br>If we can not find good pipe to tie onto for a proper fix the cost will be an additional $265 per lft. | 1.00 | $4,300.00 | $4,300.00 |
| High pressure drain cleaning | 500 gal, 300' of hose, high pressure capable of cutting roots. This covers first 2 hours of jetting service anything past is an additional fee. | 1.00 | $1,177.96 | $1,177.96 |

| | | |
|---|---|---|
| | **Sub-Total** | $5,477.96 |
| | **Tax** | $0.00 |
| | **Total** | $5,477.96 |

Please remit to 25003 Michigan Ave. Dearborn, MI 48124

I agree that initial price quoted prior to start of work does not include any additional or unforseen tasks, nor materials which may be found to be necessary to complete repairs or replacements. I also agree to hold Edwards Plumbing and Heating, Inc. or its assigns harmless for parts deemed, corroded, unusable for completion of stated work to be done. I hereby authorize Edwards Plumbing and Heating, Inc. to perform proposed work and agree to all agreement terms and conditions and further acknowledge that this invoice is due upon receipt. A monthly service charge of 1.5% per month will be added after 30 days.

Credit Card Payment Authorization

Please pay total due amount. Thank you.

Print Name below as it appears on credit card

| Payment Type | | Credit Card # | | | | EXP | | CVC | |

| Name on card | | | Signature | |

Remit to:

Amount Due: $5,477.96

EDWARDS PLUMBING & HEATING, INC. LLC
Invoice for service due




**Clean Cut Dumpster Rental, LLC.**
12775 Plymouth Road
Detroit, Michigan 48227-3741
United States
dumpster@cleancutco.com
Phone: 1-313-933-3CUT(288)

**Bill to:**

**Terry Nicola**
15826 Appoline
Detroit, Michigan 48227

**Additional Customer Info:**
jacquelineard25@gmail.com
Phone: +1 3137707051

# 30 yard dumpster rental for delivery to 15826 Appoline, Detroit 48227 for dates 12/23/23 through 12/27/23 (8 am)

| Product or Service | Price | Quantity | Line Total |
| --- | --- | --- | --- |
| **30-Yard Dumpster**<br>30-yard dumpster for 4 days. | $395.00 | 1 | $395.00 |
| **Refundable Deposit – Construction**<br>Deposit is refundable if not over weight limit of 2.5 tons. | $125.00 | 1 | $125.00 |

| | |
|---|---|
| **Subtotal** | **$520.00** |
| Discount (5%) | $26.00 |

**Tax breakdown**

| | |
|---|---|
| Credit/Debit Card Processing fee (2%) | $7.50 |
| Tax total | $7.50 |

| | |
|---|---|
| Invoice Total | $501.50 |
| Amount Paid | $501.50 |
| Balance Due | **$0.00** |

Thank you for choosing Clean Cut Dumpster Rental!  Any and all **alterations** to term and conditions must be completed online or reply to the email you received from CCDR.  If there is a little loose debris, please put on tarp to a avoid $25.00 charge.

Payment is due upon receipt. Deposit can be forfeited if term and conditions are not met.



Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit



2757 53 88822 12/02/2022 2132

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    11    365    12/02/2023

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DID WE NAIL IT?**

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H8D 180690 177986
PASSWORD: 22602 177933

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.

5951 MERCURY DRIVE
DEARBORN, MI 48126 (313)593-4644

2757  00053  88822    12/02/22  06:31 PM
SALE CASHIER ARIYOHN

046677567170 PLCWIFIST19 <A,S>
   PLC 5.5W(60W) ST19 WIFI TUNWHT 1PK
   3@10.98                        32.94
638060921579 13.8 OZ. SUP <A,U>   13.28
   13.8 OZ. SUPER 77 MULTIPURPOSE SPRAY
188781000997 10 CUP RP <A>
   10 CUP READY POUR
   4@9.03                         36.12
847658001764 UC LIGHITNG <A>      42.97
   24 IN LED DIRECT WIRE UNDER CABINET
 RSN: 5      NEW AMT 38.00 MKDN    -4.97
   MAX REFUND VALUE $38.00
4719867349486 27X64 WHITE <A>
   27X64 PVC MB CORDLESS-WHITE
   4@10.98                        43.92
009800000555 BUENO <A>             2.27N
   KINDER BUENO CRISPY CREAMY CHOC BAR
047871310425 SMTSMKCMKX <A,S>     69.88
   SMART HRDW COMBO ALARM W/ WIFI
047871075881 CNTR4PKAC/DC <A>     54.97
   FIREX HRDW ION SMOKE ALARM 4PK
078477706862 GFCI <A>             16.46
   15A TAMPER GFCI, LIGHT ALMOND
017801181814 60WST19SPIRL <A>
   FEIT 60W ST19 WW SPRL-FIL AMBER LED
   3@8.97                         26.91

               SUBTOTAL        334.75
               SALES TAX        19.95
               TOTAL          $354.70
XXXXXXXXXXXXX6084 HOME DEPOT
                       USD$ 300.00
AUTH CODE 002580/1531672            TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR


XXXXXXXXXXXXX5671 VISA
                       USD$ 54.70
AUTH CODE 08993D/1531673            TA
Chip Read
AID A0000000031010            CHASE VISA

<U> - NON-DISCOUNTABLE ITEM

        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 12/01:    $35,136.77
INCLUDES:
2022 PROXTRA SAVINGS 12/01:    $5,385.09
Pro Xtra Paint 2022 Savings     $253.22

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra  register, & use your Pro Xtra



More saving.
More doing.®℠

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00022  29102    03/09/18  12:16 PM
CASHIER HAROLD

028400417723 HONEYBBQ <A>          1.69N
    FRITOS  HONEY BBQ
089301748002 HEATER <A>           93.75
    DOUBLE CAMPING HEATER
0000-600-419 TANK W/GAS <A>       49.97
    AMERIGAS FUEL & TANK PURCH NO EXCHNG

              SUBTOTAL      145.41
              SALES TAX       7.63
              TOTAL       $153.04
XXXXXXXXXXXXX6719 MASTERCARD      153.04
AUTH CODE 302594/0220521            TA


      PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:     $145.41

2018 PRO XTRA SPEND 03/08:    $4,065.68

As of 03/09/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 22 29102 03/09/2018 3033

************************************
   PROPANE KIOSK REDEMPTION CODE:
              222910
************************************

      RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A      1       90        06/07/2018
   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
                DETAILS.

      BUY ONLINE PICK-UP IN STORE
   AVAILABLE NOW ON HOMEDEPOT.COM.
   CONVENIENT, EASY AND MOST ORDERS
   ARE READY IN LESS THAN 2 HOURS!
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

**User ID:**
**WTS 61274 58515**

**Password:**
**18159 58493**

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.



More saving.
More doing.℠

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00005  81470   01/20/20  01:48 PM
CASHIER KEISHA

050134990968 PROJECT PK <A>        32.97
    DEFIANT BRANDYWINE PROJECT PACK PB
018714100374 KEY CAPS <A>
    KEY CAPS
    8@3.23                         25.84
6911334136225 HDXBAT60PACK <A>     11.88
    HDX AA ALKALINE BATTERY (60-PACK)
6911334136232 HDXBAT60AAA <A>      11.88
    HDX AAA ALKALINE BATTERY (60-PACK)
662909349675 MENS M GLOVE <A>       9.88
    MENS MED PERFORMANCE BLACK GLOVE
731919634122 FG4PRSOCKS <A>
    BTP 4 PAIRS CREW SOCKS
    2@8.88                         17.76
037000982081 CASAPFR43 <A>         10.97
    CASC AP COMP FRESH SC 43CT
    NLP Savings   $1.00
775788212876 50#CALCHLPEL <A>      19.97
    50LB ICE MELT CALCIUM PELLET BAG

                SUBTOTAL        141.15
                SALES TAX         8.47
                TOTAL         $149.62
XXXXXXXXXXXX3002 MASTERCARD
                           USD$ 149.62
AUTH CODE 02039Z/8052666             TA
AID A0000000041010         Mastercard


        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:      $141.15

2020 PRO XTRA SPEND 01/19:        $0.00

As of 01/20/2020 your Paint Rewards
level is Member; Spend 2000.00 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.



2781 05 81470 01/20/2020 1552

POLICY ID    DAYS    POLICY EXPIRES ON

---

A     1     90        04/19/2020

**************************************
**DID WE NAIL IT?**

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: HTJ 166010 163234
PASSWORD: 20070 163229

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.



More saving.
® More doing.℠

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00005  06451   01/28/20  09:43 AM
SALE CASHIER AHJOHNAY

733254532286 30X80 PREHNG <A>    189.00
   30X80 LH PREM 6 PANEL IS BM
   MAX REFUND VALUE $180.94
774544040562 2X4-96 KD-HT <A>
   2X4-96" PRIME KD-HT WHITEWOOD STUD
   3@2.65                          7.95
   MAX REFUND VALUE $7.62/3
0000-787-792 1/2 OSB <A>
   1/2 4X8 OSB
   4@9.35                         37.40
   MAX REFUND VALUE $35.79/4
------$10 off $100 Storewide purch------
234.35 $10 off $100 Storewide Pu -10.00
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------

                  SUBTOTAL       224.35
                  SALES TAX       13.46
                  TOTAL         $237.81
XXXXXXXXXXXX6084 HOME DEPOT
                         USD$ 237.81
AUTH CODE 028397/0053052         TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR
C

         PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:      $224.35

2020 PRO XTRA SPEND 01/27:      $141.15

As of 01/28/2020 your Paint Rewards
level is Member; Spend 2000.00 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.



2781 05 06451 01/28/2020 6274

         RETURN POLICY DEFINITIONS
POLICY DAYS     DOC    POLICY EXPIRES
A      11       365         01/27/2021

****************************************
**DID WE NAIL IT?**

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: HTK 15972 13196
PASSWORD: 20078 13191

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.



**More saving.**
**More doing.**℠ ®

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00052  48216    01/28/20  02:12 PM
SALE SELF CHECKOUT

--------Detroit Land Bank Promo---------
773315633415 DISPENSER <A>
    TRIO SOAP/LOTION DISPENSER-SAT NKL
    2@29.98                     59.96
    MAX REFUND VALUE $50.97/2
    Get 15% off                -15.93
067153947538 SANITIZER2OZ <A>
    HDX HAND SANITIZER VIT E+ALOE 2OZ
    2@1.00                       2.00
    MAX REFUND VALUE $1.94/2
    Get 3% off                 -15.93
052427600127 GORILLA TAPE <A>     4.97
    GORILLA 12 YD HEAVY DUTY DUCT TAPE
    MAX REFUND VALUE $4.72
    Get 5% off                 -15.93
4719867349615 23X64 ALAB <A>
    23X64 PVC MB CORDLESS-ALAB
    3@6.47                      19.41
    MAX REFUND VALUE $18.64/3
4719867349622 27X64 ALAB <A>
    27X64 PVC MB CORDLESS-ALAB
    21@6.97                    146.37
    MAX REFUND VALUE $140.51/21
    Get 4% off                 -15.93

                 SUBTOTAL      216.78
                 SALES TAX      13.01
                 TOTAL        $229.79
XXXXXXXXXXXX6084 HOME DEPOT
                    USD$     229.79
AUTH CODE 028426/0521246          TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR



        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE WINDOW


PRO XTRA SPEND THIS VISIT:     $216.78

2020 PRO XTRA SPEND 01/27:     $747.80

As of 01/28/2020 your Paint Rewards
level is Member; Spend 2000.00 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.



2781 52 48216 01/28/2020 7054

    RETURN POLICY DEFINITIONS
  POLICY ID    DAYS    POLICY EXPIRES ON
A    11        365        01/27/2021

*****************************************
        **DID WE NAIL IT?**

Take a short survey for a chance TO WIN
  A $5,000 HOME DEPOT GIFT CARD

        Opine en español

    www.homedepot.com/survey

    User ID: H8B 99502 96773
    PASSWORD: 20078 96721

Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
  website. No purchase necessary.



How doers
get more done.

(248)423-0040 SOUTHFIELD MI 48076
WE INSTALL & REPAIR HVAC-FREE ESTIMATES!

2711  00054  77849    01/29/22  06:06 PM
SALE CASHIER TARA

XXXXXXXXXXXXXXXX7878           50.00N
    SONY $50 <A,U>
XXXXXXXXXXXXXXXX6511           50.00N
    UBER VAR <A,U>
0000-999-864 BEV DEP 0.10 <B,U>
    BEVERAGE BOTTLE DEP 0.10
    4@0.10                      0.40N
611269113570 RB YLW 12OZ <B> <M>
    RED BULL YELLOW EDITION 12 OZ
    4@3.18                     12.72N
    MAX REFUND VALUE $11.45/4
-------10% off Military Discount--------
12.72 10% off Military Discount   -1.27
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------

                SUBTOTAL      111.85
                SALES TAX       0.00
                TOTAL        $111.85
XXXXXXXXXXXXX6084 HOME DEPOT
                         USD$ 111.85
AUTH CODE 029719/8542970          TA
Chip Read
AID A0000000049999D8400304   THD PLCC CR

C

<U> - NON-DISCOUNTABLE ITEM

        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 01/28:    $1,659.95
INCLUDES:
2022 PROXTRA SAVINGS 01/28:     $258.56

As of 01/29/2022 your Paint Rewards
level is Bronze; Spend 3219.83 more in
qualifying paint purchases to earn
Silver (15.0% off) on select paint
items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit


      <M> = Military Appreciation

    2711 01/29/22 06:06 PM



2711 54 77849  01/29/2022 5020

---

        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
  A     2        -          NO REFUNDS
  B     11      365        01/29/2023

  ************************************
         **DID WE NAIL IT?**

  Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

         Opine en español

    www.homedepot.com/survey

  User ID: H8B 158698 156041
   PASSWORD: 22079 155987

 Entries must be completed within 14 days
   of purchase. Entrants must be 18 or
   older to enter. See complete rules on
    website. No purchase necessary.



## More saving.
## More doing.℠
® 

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00002  50332    03/09/18  06:29 PM
CASHIER HAROLD

049206633810 SCOOPPLY <A>
   AMES D-HANDLE POLY SCOOP
   2@25.98                      51.96
049206634091 WOOD SHOVEL <A>      14.97
   AMES WOOD TRANSFER SHOVEL
049206633803 AMES SCOOP <A>       32.97
   AMES D-HANDLE ALUMINUM SCOOP
071798902661 DECK BRUSH <A>       16.97
   QUICKIE HEAVY DUTY DECK SCRUB
030400217661 PAPERTOWELS <A>       6.97
   SPARKLE 6 BIG ROLL PAPER TOWELS 2PLY

           SUBTOTAL      123.84
           SALES TAX        7.43
           TOTAL        $131.27
XXXXXXXXXXXXX6084 HOME DEPOT
              USD$ 131.27
AUTH CODE 009924/0020872          TA
Chip Read
AID A0000000049999D8400304     THD PLCC CR

TVR 8080008000
IAD 01106010012200000000000000000000000000FF
TSI 6800
ARC 00


      PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:      $123.84

2018 PRO XTRA SPEND 03/08:    $4,065.68

As of 03/09/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 02 50332 03/09/2018 4540

   RETURN POLICY DEFINITIONS
  POLICY ID    DAYS    POLICY EXPIRES ON
A     11      365        03/09/2019
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE

---

RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*************************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

## PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

## User ID:
## HXZ 103734 100955

## Password:
## 18159 100953

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.

 **More saving.**
**® More doing.**℠

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00006  97375    03/10/18  04:37 PM
CASHIER MATTHEW

028400435031 JUMBOPUFFS <A>       1.69N
    JUMBO PUFFS
051141355696 RESPIRATOR <A>      14.97
    3M N95 VALVED RESPIRATOR 5PK
082269117507 HDX COMM BRM <A>    14.98
    HDX EX LARGE HEAVY DUTY CORN BROO
743184502839 EC 2.6OZ <A>         2.97
    ECHO 2-STRK 2.6OZ ENGN OIL W/STBILZR
743184502945 EC BARCN QT <A>      5.99
    ECHO BAR/CHAIN OIL: QUART
887853000018 1 GAL GAS CA <A>    12.97
    1 GAL GAS CAN
028400420556 SALTVING <A>         1.69N
    LAYS SALT & VINEGAR
028400431439 RUFFLES <A>          1.69N
    CSC RUFFLES
046561191658 BYPSS LOPPER <A>    19.97
    29" BYPASS LOPPER
046396015198 RYOBI 14" CH <B>   109.00
    RYOBI 14" 37CC CHAIN SAW

                   SUBTOTAL      185.92
                   SALES TAX      10.85
                   TOTAL        $196.77
XXXXXXXXXXXX6084 HOME DEPOT
                        USD$ 196.77
AUTH CODE 010084/9061603          TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR

TVR 8080008000
IAD 0110601001220000000000000000000000FF
TSI 6800
ARC 00


        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:      $185.92

2018 PRO XTRA SPEND 03/09:    $4,065.68

As of 03/10/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 06 97375 03/10/2018 4020

        RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A      11       365        03/10/2019
B       7        30        04/09/2018
    THE HOME DEPOT RESERVES THE RIGHT TO
    LIMIT / DENY RETURNS. PLEASE SEE THE
    RETURN POLICY SIGN IN STORES FOR
                DETAILS.

    BUY ONLINE PICK-UP IN STORE
  AVAILABLE NOW ON HOMEDEPOT.COM.
  CONVENIENT, EASY AND MOST ORDERS
    READY IN LESS THAN 2 HOURS!
****************************************

        **ENTER FOR A CHANCE
        TO WIN A $5,000
      HOME DEPOT GIFT CARD!**

    Tell us about your store visit!
    Complete our short survey and
    enter for a chance to win at:

        www.homedepot.com/survey

        **PARTICIPE EN UNA
      OPORTUNIDAD DE GANAR
        UNA TARJETA DE
        REGALO DE THD
        DE $5,000!**

    Comparta Su Opinion! Complete la breve
    encuesta sobre su visita a la tienda y
    tenga la oportunidad de ganar en:

        www.homedepot.com/survey

        **User ID:
      H8B 197820 195045**

        **Password:
      18160 195039**

    Entries must be completed within 14 days
    of purchase. Entrants must be 18 or
    older to enter. See complete rules on
      website. No purchase necessary.

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 161 of 236



More saving.
More doing.®℠

660 WEST 12 MILE ROAD
MADISON HEIGHTS, MI 48071 (248)591-7520

2731  00006  68541    03/20/18  12:47 PM
CASHIER KRYSTEL

085267771955 WI-FI STAT <A>
    2@99.98                          199.96
645439258143 DVR-8X4CAM <A>         379.00
    Q-SEE 8 CHAN 4 CAM 1080P DVR
852239005536 RING FLD CAM <A>
    RING FLD CAM - BLACK
    2@249.00                        498.00
    Total INSTANT VOL SAVINGS       -49.80
    MAX REFUND VALUE $448.20/2

                     SUBTOTAL    1,027.16
                     SALES TAX       61.63
                     TOTAL      $1,088.79
XXXXXXXXXXXXX6084 HOME DEPOT
                          USD$ 1,088.79
AUTH CODE 020043/9064588            TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR
C
TVR 8080008000
IAD 0110601001220000000000000000000000FF
TSI 6800
ARC 00


          INSTANT VOL SAVINGS  $49.80

          PRO XTRA MEMBER STATEMENT

 PRO XTRA ###-###-7051 SUMMARY
 THIS RECEIPT PO/JOB NAME: APPOLINE ELECTR
ICAL

 PRO XTRA SPEND THIS VISIT:     $1,027.16

 2018 PRO XTRA SPEND 03/19:     $5,044.77

 As of 03/20/2018 your Paint Rewards
 level is Pro Xtra Paint Rewards; Spend
 2000.00 more in qualifying paint
 purchases to earn Bronze (10.0% off) on
 select paint items.

 homedepot.com/financeoptions.
 DISCOUNTS and 60 DAYS TO PAY on The Home
 Depot Commercial Credit Card. Ask an
 Associate to learn more or go to



2731 06 68541 03/20/2018 1367

       RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
 A    26-04106-mar   Doc 4   03/20/2018
    THE HOME DEPOT RESERVES THE RIGHT TO

LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
**************************************

**ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT CARD!**

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

**PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!**

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

**User ID:
H8B 140102 137377**

**Password:
18170 137371**

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.



**DID WE NAIL IT?**

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H89 180759 178079
PASSWORD: 22223 178017

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.

```
        LIVONIA, MI 48150 (734)458-4956
          RECEIPT REQUIRED FOR REFUND

2742  00062  88864    04/23/22  04:36 PM
SALE CASHIER ARDYTH

049000009774 20 OZ. WATER <A>      2.08N
   20OZ DASANI WATER
734647997163 WAVESOFGRY <A>
   12X12 WAVES OF GREY MOSAIC 8MM-EA
   10@19.99                      199.90
077089701128 8PC TRAY SET <A>     12.97
   BETTER 9 IN TRAY SET - 8 PIECE
611269113570 RB YLW 12OZ <A>
   RED BULL YELLOW EDITION 12 OZ
   4@3.18                         12.72N
0000-999-864 BEV DEP 0.10 <A,U>
   BEVERAGE BOTTLE DEP 0.10
   4@0.10                          0.40N

              SUBTOTAL       228.07
              SALES TAX       12.77
              TOTAL         $240.84
XXXXXXXXXXXXX7266 MASTERCARD
                        USD$ 240.84
AUTH CODE 07059P/4620779           TA
Chip Read
AID A0000000041010         MASTERCARD

<U> - NON-DISCOUNTABLE ITEM

        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 04/22:    $9,173.38
INCLUDES:
2022 PROXTRA SAVINGS 04/22:   $1,812.08

As of 04/23/2022 your Paint Rewards
level is Bronze; Spend 1940.00 more in
qualifying paint purchases to earn
Silver (15.0% off) on select paint
items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit
```



```
2742 04/23/22 04:36 PM

2742 62 88864 04/23/2022 3863

      RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
A      1         90        07/22/2022
    ******************************************
```



How doers get more done.

20 GATEWAY VILLAGE ROAD
BLUFFTON,SC 29910    (843)815-7000

1115  00002  66239   08/12/21  11:25 AM
SALE CASHIER CYNTHIA

084691822844 PGP9030SLSS <A>     383.00
    PGP9030SLSS-GAS COOKTOP
077089400120 METAL TRAY <A> <M>
    9IN. METAL ROLLER TRAY
    6@3.34                        20.04
    MAX REFUND VALUE $18.06/6
077089363012 PAINT MIT <A> <M>    3.97
    BETTER PAINT AND CLEANING MITT
    MAX REFUND VALUE $3.57
047034046222 SUPERTUFF PO <A> <M>  9.97
    SUPERTUFF DISPOSABLE SHOE COVER 12PK
    MAX REFUND VALUE $8.97
077089118124 9"ADHVCOVER <A> <M>
    BETTER 9 IN ADHESIVE AND EPOXY ROLLE
    2@4.97                         9.94
    MAX REFUND VALUE $8.94/2
077089187120 FAUXSPONGE <A> <M>
    LINZ SPONGE FAUX FINISH ROLLER
    2@9.97                        19.94
    MAX REFUND VALUE $17.94/2
077089119121 GOOP LOOP <A> <M>
    BETTER 9 IN LOOP TEXTURE ROLL COVER
    2@6.97                        13.94
    MAX REFUND VALUE $12.54/2
022078444388 LIQ NAIL 4OZ <A> <M>  2.96
    LN SMALL PROJECTS & REPAIR VOC 4 OZ
    MAX REFUND VALUE $2.66
857018005103 PAINT STICK <A> <M>   0.98
    1 QUART PAINT STICK
    MAX REFUND VALUE $0.88
020066469078 SPGLTRSLVRQT <A> <M> 23.28
    SPECIALTY GLITTER SILVER QT
    MAX REFUND VALUE $20.95
9780696238505 HI 1-2-3 #3 <A> <M> 14.97
    NEW HOME IMPROVEMENT 1-2-3, 3RD ED
    MAX REFUND VALUE $13.47
6953781013070 1.5 SLVR ANG <A> <M> 7.97
    BETTER 1.5 ANGLE SASH OIL PAINT BRUS
    MAX REFUND VALUE $7.18
020066427818 S&PGLSHPCOK4 <A> <M>  8.97
    VARA STAIN&POLY GLS CLAS OAK HP 450V
    MAX REFUND VALUE $8.07
051141395494 PGP DA CRS <A> <M>    4.97
    3M PGP SPONGE DANGLE XCRSE 36G/60E
    MAX REFUND VALUE $4.48
022384969070 SL FLT SPCS <A> <M>   4.47
    SL FLAT SPACES PAINTER
    MAX REFUND VALUE $4.02
-------10% off Military Discount--------
146.37 10% off Military Discount -14.64
MUST RETURN ALL ITEMS FOR A FULL REFUND
-----------------------------------------

            SUBTOTAL       514.73
            SALES TAX       36.03
            TOTAL         $550.76
XXXXXXXX2473  STORE CREDIT   42.71
CARD BALANCE            0.00

                                   TA
XXXXXXXX7745    ProXtraDollar    70.00
CARD BALANCE        0.00
                                   TA
XXXXXXXXXXXX7266 MASTERCARD
                    USD$ 438.05
AUTH CODE 03060Y/8024182          TA
Chip Read
AID A0000000041010          MASTERCARD

      PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

2021 PRO XTRA SPEND 08/11:   $26,278.78
INCLUDES:
2021 PROXTRA SAVINGS 08/11:   $3,320.71

As of 08/12/2021 your Paint Rewards
level is Bronze; Spend 2095.61 more in
qualifying paint purchases to earn
Silver (15.0% off) on select paint
items.

Get the CREDIT LINE your business needs
with The Home Depot Commercial Credit.
Apply and SAVE UP TO $100
on your first purchase.
Learn more: homedepot.com/credit


    <M> = Military Appreciation



    1115 08/12/21 11:25 AM

    1115 02 66239 08/12/2021 2644

      RETURN POLICY DEFINITIONS
    POLICY ID   DAYS   POLICY EXPIRES ON
A     1        90        11/10/2021

 *************************************
        **DID WE NAIL IT?**

 Take a short survey for a chance TO WIN
   A $5,000 HOME DEPOT GIFT CARD

        Opine en español

     www.homedepot.com/survey

   User ID: HTM 133882 132769
     PASSWORD: 21412 132767

 Entries must be completed within 14 days
   of purchase. Entrants must be 18 or
   older to enter. See complete rules on
    website. No purchase necessary.



## How doers get more done.

LIVONIA, MI 48150 (734)458-4956
RECEIPT REQUIRED FOR REFUND

2742  00062  31294    10/07/22  09:48 PM
SALE CASHIER NATHAN

```
099167223087 2X4 HARDBD <A>         7.37
   1/8 2X4 TEMPERED HARDBOARD
099167244112 2X4 CHLK/MRK <A>       8.22
   3/16" 2X4 RVRSBLE CHALK/MARKER BOARD
0000-999-864 BEV DEP 0.10 <A,U>
   BEVERAGE BOTTLE DEP 0.10
   2@0.10                           0.20N
   NLP Savings   $0.00
046677802905 WHITE AMBIAN <A> <M>
   WHITE AMBIANCE 5-6 IN. DIMMABLE SMAR
   3@30.06                         90.18
   MAX REFUND VALUE $81.15/3
026613966151 SUPPLY LINE <A> <M>    6.97
   3/8"ODX1/2"IPX16" BRAID FCT SUP LINE
   MAX REFUND VALUE $6.27
842470110748 AQUA JOE 1/2 <A> <M>  24.98
   1/2"X50' AQUA JOE FIBERJACKET HOSE
   MAX REFUND VALUE $22.48
046677555597 PLCDWNWIFITN <A> <M>  15.06
   PLC 8.3W(65W) 6" DWNLGHT WIFI TUNWHT
   MAX REFUND VALUE $13.55
046677555597 PLCDWNWIFITN <A> <M>  15.06
   PLC 8.3W(65W) 6" DWNLGHT WIFI TUNWHT
 RSN: 4      10% MKDN              -1.51
   MAX REFUND VALUE $12.20
028400329125 JUMBOPUFFS <A> <M>     2.29N
   FL CHEETOS JUMBO PUFFS 3.00 OZ
   MAX REFUND VALUE $2.06
611269163452 RB YLW 8OZ <A> <M>
   RED BULL YELLOW EDITION 8OZ
   2@2.48                           4.96N
   MAX REFUND VALUE $4.46/2
887480017793 BRASS FTG <A> <M>      5.04
   3/4" MHT X 1/2" MIP ADAPTER BRASS
   MAX REFUND VALUE $4.54
731919242068 PVC GL L/XL <A> <M>    8.98
   GMPC PVC COATED GLOVES L/XL
   MAX REFUND VALUE $8.08
098945070318 CEDAR SHIMS <A> <M>    6.46
   PROFESSIONAL BUILDER SHIM PK
   MAX REFUND VALUE $5.81
734647966404 3X6 TILE-CA <A> <M>
   3X6 WALL GRIS RUSTICO-CA-5.38SF
   2@26.84                         53.68
   MAX REFUND VALUE $48.32/2
010306011334 1/8 IN. TRAD <A> <M>   4.36
   1/8 IN. TRADITIONAL FLEXIBLE TILE SP
   MAX REFUND VALUE $3.92
010306011327 1/16 IN. TRA <A> <M>   4.47
   1/16 IN. TRADITIONAL FLEXIBLE TILE S
   MAX REFUND VALUE $4.02
042206670007 7 PATTERN RE <A> <M>   5.98
   MELNOR REAR-TRIGGER 7-PATTERN NOZZLE
   MAX REFUND VALUE $5.38
810016110101 CLR 12X100BB <A> <M>  19.98
   3/16"X12"X 100' CLEAR BUBBLE CUSHION
   NLP Savings   $2.00
   MAX REFUND VALUE $17.99
```

```
058219914762 4SQULTASLIM <A> <M>
   4IN. LED SQ ULTRA SLIM WHITE CCT
   2@29.97                         59.94
   MAX REFUND VALUE $53.96/2
042854932007 SPRAY BOTTLE <A> <M>   6.98
   SPRAYMASTER SPRAY BOTTLE 32OZ
   MAX REFUND VALUE $6.28
021709022483 ZEP48OZSPRAY <A> <M>   6.98
   ZEP INDUST SPRAY BOTTLE 48OZ
   MAX REFUND VALUE $6.28
044600324296 CLXGERBLC121 <A> <M>   8.48
   CLX GERMICIDAL BLEACH 121OZ
   MAX REFUND VALUE $7.63
051131642041 PACK TAPE <A> <M>      3.98
   SCOTCH HVYDUTY 22YDS RD 1PK
   MAX REFUND VALUE $3.58
019736996341 20PK TWLS <A> <M>     15.98
   HDX TERRY TOWELS 20PK
   MAX REFUND VALUE $14.39
-------10% off Military Discount--------
369.28 10% off Military Discount -36.93
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------

              SUBTOTAL       348.14
              SALES TAX       20.49
              TOTAL         $368.63
XXXXXXXXXXXXX6084 HOME DEPOT
                       USD$ 368.63
AUTH CODE 007691/7620344          TA
Chip Read
AID A0000000049999D8400304   THD PLCC CR
```

```
<U> - NON-DISCOUNTABLE ITEM

     PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/06:   $22,519.66
INCLUDES:
Pro Xtra Paint 2022 Savings      $184.83

As of 10/07/2022 your Paint Rewards
level is Silver; Spend 1007.67 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit


     <M> = Military Appreciation
```



2742 62 31294 10/07/2022 8009

```
     RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
 A     11      365       10/07/2023

 *********************************
        DID WE NAIL IT?

 Take a short survey for a chance TO WIN
   A $5,000 HOME DEPOT GIFT CARD

        Opine en español

     www.homedepot.com/survey

 PASSWORD: 22507 62877
```

Entries must be completed within 14 days of purchase. Entrants must be 18 or older to enter. See complete rules on website. No purchase necessary.



********************************
**DID WE NAIL IT?**

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: HXZ 118552 115773
PASSWORD: 22510 115771

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00002  57741    10/10/22  05:19 PM
SALE CASHIER PEARL

010186421841 VERSABOND <A>
    VERSABOND MORTAR WHITE 50LB
    2@16.21                      32.42
092097234062 CBS 9X1-1/4 <A>
    BACKER-ON SCREW 9X1-1/4" 750PK
    2@32.87                      65.74
774544041163 92-5/8 STUD <A>
    2X4-92 5/8"  PRIME WHITEWOOD STUD
    6@3.74                       22.44
7330034410425 1X6X8 NO.2 <A>
    1X6-8FT COMMON BOARD
    4@8.23                       32.92
083900005757 GOLDPEAKSWT <A>      2.38N
    18.5OZ GOLD PEAK SWEET TEA
081099033865 1/2 8' MT UL <A>
    1/2"X4'X8' USG MOLDTOUGH UL DRYWALL
    10@15.36                     153.60

                SUBTOTAL       309.50
                SALES TAX       18.43
                TOTAL         $327.93
XXXXXXXXXXXXX6084 HOME DEPOT
                         USD$ 327.93
AUTH CODE 010885/4022810          TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR

       PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/09:   $22,890.95
INCLUDES:
Pro Xtra Paint 2022 Savings      $184.83

As of 10/10/2022 your Paint Rewards
level is Silver; Spend 1007.67 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

**2781 10/10/22 05:19 PM**



2781 02 57741 10/10/2022 7741

RETURN POLICY DEFINITIONS
POLICY ID  DAYS  POLICY EXPIRES ON
A      11    365      10/10/2023



How doers get more done.

(248)423-0040 SOUTHFIELD MI 48076
WE INSTALL & REPAIR HVAC-FREE ESTIMATES!

2711  00054  18389    10/14/22  01:52 PM
SALE CASHIER MURRAY

887480025392 NIPPLE <A>            3.65
   1/2" MIP X 1.5"  NIPPLE BRASS
--------TILE+SET CONDITIONAL CMS--------
734647979336 12X11 MOSAIC <A>
   12.25X11.37 THUNDERHEAD-6MM-EA
   30@2.50                       75.00
   MAX REFUND VALUE $71.25/30
010186830322 POLYBLEND PL <A>
   POLYBLEND PLUS #386 OYSTER GRAY 25 L
   2@21.37                       42.74
   MAX REFUND VALUE $40.60/2
010186421841 VERSABOND <A>
   VERSABOND MORTAR WHITE 50LB
   2@19.70                       39.40
   MAX REFUND VALUE $37.43/2
010306011143 TILE TROWEL <A>       6.67
   ANVIL 1/4X1/4X1/4 SQ NCH ECON TROWEL
   MAX REFUND VALUE $6.34
010306011242 FLOORING <A>         19.98
   QEP 1/4"X1/4"X1/4" SQ NCH CRK TROWEL
   MAX REFUND VALUE $18.98
010306000802 SPONGE3PK <A>         5.57
   QEP ALL PURPOSE SPONGE (3PK)- WINGST
   MAX REFUND VALUE $5.29
747583039187 12X12MOSAIC <A>
   12X12 DIAMANTE BRICK 8MM-EA
   18@7.20                      129.60
   MAX REFUND VALUE $123.12/18
0000-458-956 GLS MOSAIC <A>
   12X12 CRYSTAL COVE BLEND-EA
   50@4.00                      200.00
   MAX REFUND VALUE $190.00/50
1006-232-681 12X12MOSAIC <A>
   12X12 ALLURE GREEN MOSAIC -EA
   50@2.80                      140.00
   MAX REFUND VALUE $133.00/50
   5% Off Tile + Set            -32.95

           SUBTOTAL           629.66
           SALES TAX           37.78
           TOTAL             $667.44
XXXXXXXXXXXXX6084 HOME DEPOT
                        USD$ 667.44
AUTH CODE 014177/0543441          TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR


        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/13:   $23,942.34
INCLUDES:
2022 PROXTRA SAVINGS 10/13:   $4,278.44
Pro Xtra Paint 2022 Savings     $184.83

---

As of 10/14/2022 your Paint Rewards
level is Silver; Spend 1007.67 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit



2711 10/14/22 01:52 PM

2711 54 18389 10/14/2022 2339

        RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
A       11       365        10/14/2023

  ************************************
          **DID WE NAIL IT?**

  Take a short survey for a chance TO WIN
     A $5,000 HOME DEPOT GIFT CARD

           Opine en español

       www.homedepot.com/survey

       User ID: H8B 39778 37121
        PASSWORD: 22514 37067

  Entries must be completed within 14 days
   of purchase. Entrants must be 18 or
   older to enter. See complete rules on
     website. No purchase necessary.



(248)423-0040 SOUTHFIELD MI 48076
WE INSTALL & REPAIR HVAC-FREE ESTIMATES!

2711  00054  53303     10/30/22   04:32 PM
SALE CASHIER KISSIMMEE

078000082401 20OZ DR PEPP <A>
    20OZ DR PEPPER
    2@2.38                        4.76N
0000-999-864 BEV DEP 0.10 <A,U>
    BEVERAGE BOTTLE DEP 0.10
    2@0.10                        0.20N
083900005757 GOLDPEAKSWT <A>
    18.5OZ GOLD PEAK SWEET TEA
    2@2.38                        4.76N
076308729974 3M QL RESP <A>       47.98
    3M OV/P95 QUICKLATCH RESPIRATOR M
763583601254 50CT NITRL <A>       12.98
    HDX BLUE NITRILE DISP GLOVE 50 PK
051131918047 RESPIRATOR <A>       24.98
    3M P95 OV/P95 DISPOSE PAINT RESP M
638060137383 3M P100 2PK <A>      14.98
    3M ORGANIC VAPOR REPLACE CARTRIDGE

              SUBTOTAL      110.64
              SALES TAX       6.06
              TOTAL        $116.70
XXXXXXXXXXXXX6084 HOME DEPOT
                          USD$ 116.70
AUTH CODE 030639/4545410           TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR

<U> - NON-DISCOUNTABLE ITEM

         PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/29:   $27,403.47
INCLUDES:
Pro Xtra Paint 2022 Savings      $184.83

As of 10/30/2022 your Paint Rewards
level is Silver; Spend 828.27 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

2711 10/30/22 04:32 PM



2711 54 53303 10/30/2022 3178
RETURN POLICY DEFINITIONS

      POLICY ID   DAYS   POLICY EXPIRES ON
A       11      365        10/30/2023

**************************************
                **DID WE NAIL IT?**

Take a short survey for a chance TO WIN
   A $5,000 HOME DEPOT GIFT CARD

            Opine en español

      www.homedepot.com/survey

   User ID: H8B 109606 106949
    PASSWORD: 22530 106895

Entries must be completed within 14 days
 of purchase. Entrants must be 18 or
 older to enter. See complete rules on
    website. No purchase necessary.

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 169 of 236

Page 1 of 1



How doers get more done.



5951 MERCURY DRIVE
DEARBORN, MI 48126 (313)593-4644

2757  00052  90127    11/01/22  10:01 PM
SALE SELF CHECKOUT

081099203602 5GAL CMPOUND <A>     17.95
   62LB PAIL ALL-PURPOSE COMPOUND
731919955586 FG5PKNTGLV <A,S>      4.97
   FIRM GRIP 5 PK NITRILE DIPPED GLOVE
773315771544 DISP WH <A>          19.98
   CLEVER SINGLE SOAP DISPENSER WHITE
773315772541 DISP WH <A>          29.98
   CLEVER DOUBLE SOAP DISPENSER WHITE
846184011469 TM CAMDEN LA <A>
   TM CAMDEN LAKE OAK 7MM THICK X 8.03I
   10@23.67                      236.70
079567490050 WD40 S STRAW <A>      7.98
   WD-40 12OZ MP LUBE & PENETRANT
075378000051 HARMONY100 <A>       69.00
   AIRGUARD 5-IN-1 PREM UNDRLYMNT 100SF
022332023366 A/PROFORM <A>        21.37
   NATL AP PROFORM JOINT COMP 5 GAL
049000019162 FANTA ORANGE <A>      2.38N
   20OZ FANTA ORANGE
0000-999-864 BEV DEP 0.10 <A,U>    0.10N
   BEVERAGE BOTTLE DEP 0.10

                SUBTOTAL        410.41
                SALES TAX        24.48
                TOTAL          $434.89
XXXXXXXXXXXX6084 HOME DEPOT
                       USD$ 434.89
AUTH CODE 001961/2521389           TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR

C

<U> - NON-DISCOUNTABLE ITEM

        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/31:    $29,778.31
INCLUDES:
Pro Xtra Paint 2022 Savings     $246.02

As of 11/01/2022 your Paint Rewards
level is Silver; Spend 231.31 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit

      2757 11/01/22 10:01 PM

RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
A     11      365       11/01/2023

****************************************
        DID WE NAIL IT?

Take a short survey for a chance TO WIN
  A $5,000 HOME DEPOT GIFT CARD

        Opine en español

   www.homedepot.com/survey

  User ID: H8B 183300 180595
  PASSWORD: 22551 180543

Entries must be completed within 14 days
 of purchase. Entrants must be 18 or
older to enter. See complete rules on
  website. No purchase necessary.



How doers
get more done.

37000 VAN DYKE AVENUE
STERLING HEIGHTS MI 48312 (586)264-7866

2740  00008  33913    10/14/22  09:50 PM
SALE CASHIER JANET

026366265860 SIL TILE TRM <A>
    SATIN SILVER 3/8 ALUM L-SHAPE
    6@12.97                         77.82
    MAX REFUND VALUE $74.40/6
043374314908 TAP DOWN <A>          13.27
    1-3/8"X144" PEWTER CARPET GRIPPER
    MAX REFUND VALUE $12.68
1004-352-138 10X20 TILE <A>         6.03
    10X20 NAVYBLUES TILE-EA
 RSN: 5     NEW AMT 4.49 MKDN      -1.54
    MAX REFUND VALUE $4.29
1005-578-060 10X20RETREAT <A>       5.36
    10X20 RETREAT CERAMTILE-EA-1.345 SF
    MAX REFUND VALUE $5.12
733258234933 30LH2PLMLD <A>       144.00
    30"X80"4-9/16"HC 2PNL SQRTOP FLTPH L
 RSN: 4     30% MKDN             -43.20
    MAX REFUND VALUE $96.34
733258370105 30RH2PLMLD <A>       144.00
    30"X80"4-9/16"HC 2PNL SQRTOP FLTPH R
    MAX REFUND VALUE $137.62
0000-326-238 CARPET <A>
    12' VIKING STONEYBROOK CARPET
    13.33@5.85                      77.98
    REDUCED TAG SAVINGS OF $29.33
        9821274001912501
    MAX REFUND VALUE $74.53/13.33
0000-488-268 CARPET <A>
    12' VIKING TAPESTRY CARPET
    10.67@5.85                      62.42
    REDUCED TAG SAVINGS OF $23.47
        9821274001912801
    MAX REFUND VALUE $59.65/10.67
0000-488-268 CARPET <A>
    12' VIKING TAPESTRY CARPET
    12@5.85                         70.20
    REDUCED TAG SAVINGS OF $26.40
        9821274001912701
    MAX REFUND VALUE $67.09/12
0000-488-268 CARPET <A>
    12' VIKING TAPESTRY CARPET
    5.33@5.85                       31.18
    REDUCED TAG SAVINGS OF $11.73
        9821274001912601
    MAX REFUND VALUE $29.80/5.33
-----------Cust. Satisfaction-----------
587.52 Amount Off                 -26.00
MUST RETURN ALL ITEMS FOR A FULL REFUND
-----------------------------------------

                    SUBTOTAL        561.52
                    SALES TAX        33.69
                    TOTAL          $595.21
XXXXXXXXX5913    ProXtraDollar      100.00
CARD BALANCE            0.00
XXXXXXXXXXXXX3020  AMEX        TA
                            USD$ 295.21

AUTH CODE 807077/0081940              TA
Chip Read
AID A000000025010801    AMERICAN EXPRESS

XXXXXXXXXXXXX6084 HOME DEPOT
                            USD$ 200.00
AUTH CODE 014170/0081941              TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR
C

        PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 10/13:    $24,572.00
INCLUDES:
Pro Xtra Paint 2022 Savings       $184.83

As of 10/14/2022 your Paint Rewards
level is Silver; Spend 1007.67 more in
qualifying paint purchases to earn Gold
(20.0% off) on select paint items.

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit



**2740 10/14/22 09:50 PM**

2740 08 33913 10/14/2022 6723

        RETURN POLICY DEFINITIONS
    POLICY ID    DAYS    POLICY EXPIRES ON
A      11        365        10/14/2023

*************************************
        **DID WE NAIL IT?**

Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

        Opine en español

    www.homedepot.com/survey

    User ID: H8D 70855 68123
    PASSWORD: 22514 68115

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
    website. No purchase necessary.



LIVONIA, MI 48150 (734)458-4956
RECEIPT REQUIRED FOR REFUND

2742  00003  02042    11/28/22  09:36 PM
SALE CASHIER LAKEESHA

050134988811 BRANDYPRIV6P <A>      47.97
   DEFIANT BRANDYWINE PRIV CONT PK SS
070798182196 D ULTRA 10.1 <A>
   DYNAFLEX ULTRA 10.1 OZ GRAY ADVANCED
   3@8.78                          26.34
733258722225 30X80 PRHNG <A>     131.00
   30X80HC LH 6-PNL MLD FLAT JAMB PH
192968014493 ES60A19DL4PK <A,S>    5.98
   ECS (60W) A19 SMT DL 4PK DIM
192968014486 ES60A19BW4PK <A,S>
   ECS (60W) A19 SMT BW 4PK DIM
   4@5.49                          21.96
611269113570 RB YLW 12OZ <A>
   RED BULL YELLOW EDITION 12 OZ
   4@3.48                         13.92N
0000-999-864 BEV DEP 0.10 <A,U>
   BEVERAGE BOTTLE DEP 0.10
   4@0.10                          0.40N
073149017437 4DRWUNIT <A>         85.98
   4 DRAWER HEAVY DUTY STORAGE UNIT
051596000783 32GAL TC HDX <A>
   HDX 32GAL WHEEL TRASH CAN BLACK
   2@24.98                         49.96

              SUBTOTAL       383.51
              SALES TAX       22.15
              TOTAL        $405.66
XXXXXXXXXXXXX6084 HOME DEPOT
                   USD$ 405.66
AUTH CODE 028287/5032686          TA
Chip Read
AID A0000000049999D8400304    THD PLCC CR


<U> - NON-DISCOUNTABLE ITEM

       PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: appoline

2022 PRO XTRA SPEND 11/27:    $33,600.75
INCLUDES:
2022 PROXTRA SAVINGS 11/27:    $5,352.73
Pro Xtra Paint 2022 Savings     $253.22

Get the CREDIT LINE your business needs
PLUS earn Perks 4X FASTER when you join
Pro Xtra, register, & use your Pro Xtra
Credit Card. Apply and SAVE UP TO $100.
Learn more at homedepot.com/credit


2742 11/28/22 09:36 PM



2742 03 02042 11/28/2022 5128

---

         RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
  A      11      365        11/28/2023

  ************************************
          **DID WE NAIL IT?**

  Take a short survey for a chance TO WIN
    A $5,000 HOME DEPOT GIFT CARD

         Opine en español

    www.homedepot.com/survey

     User ID: H8B 7115 4376
     PASSWORD: 22578 4373

  Entries must be completed within 14 days
  of purchase. Entrants must be 18 or
  older to enter. See complete rules on
  website. No purchase necessary.

 

**Jean Ard <jacquelineard25@gmail.com>**

## Your Electronic Receipt
1 message

**HomeDepotReceipt@homedepot.com** <HomeDepotReceipt@homedepot.com>                                    Mon, Mar 12, 2018 at 3:28 PM
To: JACQUELINEARD25@gmail.com

**Please keep this email for your records.**
Please add HomeDepotReceipt@homedepot.com to your address book. **Learn how**

Thank you for your recent transaction at The Home Depot. We have provided a digital copy of your receipt below for your convenience.

We look forward to seeing you at The Home Depot again soon.

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00005  58460   03/12/18  03:26 PM
CASHIER CHRISTIAN

034000002412 CANDY <A>          1.28N
  HERSHEY CHOCOLATE WITH ALMONDS
078371912529 CHEMSPLGOGLS <A>
  3M CHEMICAL SPLASH GOGGLE
  6@3.27          19.62
731919955586 FG5PKNTGLV <A>
  FIRM GRIP 5 PK NITRILE DIPPED GLOVE
  2@5.00          10.00
051141904832 RESPIRATOR <A>     20.97
  3M N95 RESPIRATOR 20PK

        SUBTOTAL      51.87
        SALES TAX      3.04
        TOTAL        $54.91
XXXXXXXXXXXX6084 HOME DEPOT
        USD$ 54.91
  AUTH CODE 012734/7051248          TA
  Chip Read
  AID A0000000049999D8400304    THD PLCC CR
C
  TVR 8080008000

IAD 011060100122000000000000000000000000FF
TSI 6800
ARC 00

PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:       $51.87

2018 PRO XTRA SPEND 03/11:    $4,816.64

As of 03/12/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 05 58460 03/12/2018 5346

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     11     365      03/12/2019
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
****************************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

## PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/survey

## User ID:
## HTK 119990 117214

## Password:
## 18162 117209

 
## Your Electronic Receipt
1 message

**HomeDepotReceipt@homedepot.com** &lt;HomeDepotReceipt@homedepot.com&gt;          Tue, Mar 20, 2018 at 10:24 AM
To: JACQUELINEARD25@gmail.com

**Please keep this email for your records.**
Please add HomeDepotReceipt@homedepot.com to your address book. **Learn how**

Your e-Receipt

APPLIANCES   BATH   LIGHTING   FANS   FLOORING   OUTDOORS   TOOLS & HARDWARE

Thank you for your recent transaction at The Home Depot. We have
provided a digital copy of your receipt below for your convenience.

We look forward to seeing you at The Home Depot again soon.

DO YOU WANT TO SEE YOUR
IN-STORE TRANSACTIONS?   SIGN UP NOW!

More saving.
More doing.®

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00007  26513   03/20/18  10:22 AM
CASHIER NAUTICA

051141904832 RESPIRATOR &lt;A&gt;      20.97
 3M N95 RESPIRATOR 20PK
078371912529 CHEMSPLGOGLS &lt;A&gt;
 3M CHEMICAL SPLASH GOGGLE
 2@3.27          6.54
030699731916 BRAID ROPE &lt;A&gt;      19.96
 7/16"X100'SOLID BRAID PRO-GRADE ROPE
024964234974 FURNO300HG &lt;A&gt;      19.98
 WAGNER FURNO 300 HEAT GUN
 NLP Savings   $2.98
6940989321069 HDX CLAW HMR &lt;A&gt;     6.97
 16 OZ. FIBERGLASS CLAW HAMMER
 RSN: 5    NEW AMT 5.98 MKDN   -0.99
 MAX REFUND VALUE $5.98
028400433181 CRUNCHCHEETO &lt;A&gt;      1.69N
 CRUNCHY CHEETOS
034000004805 CANDY &lt;A&gt;          1.98N
 REESE'S PEANUT BUTTER CUPS KING SIZE

SUBTOTAL      77.10
SALES TAX      4.41

```
        TOTAL        $81.51
XXXXXXXXXXXX6084 HOME DEPOT
              USD$ 81.51
    AUTH CODE 020114/9072361          TA
    Chip Read
    AID A0000000049999D8400304    THD PLCC CR
C
    TVR 8080008000
    IAD 01106010012200000000000000000000000FF
    TSI 6800
    ARC 00


        NEW LOWER PRICE (NLP)SAVINGS $2.98

            PRO XTRA MEMBER STATEMENT

    PRO XTRA ###-###-7051 SUMMARY
    THIS RECEIPT PO/JOB NAME: APPOLINE DEMO

    PRO XTRA SPEND THIS VISIT:     $77.10

    2018 PRO XTRA SPEND 03/19:    $5,044.77
```

As of 03/20/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 07 26513 03/20/2018 6253

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    11    365      03/20/2019
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
****************************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

## PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

 **Gmail**

Jean Ard &lt;jacquelineard25@gmail.com&gt;

## Your Electronic Receipt
1 message

**HomeDepotReceipt@homedepot.com** &lt;HomeDepotReceipt@homedepot.com&gt;          Fri, Apr 6, 2018 at 4:25 PM
To: JACQUELINEARD25@gmail.com

**Please keep this email for your records.**
Please add HomeDepotReceipt@homedepot.com to your address book. **Learn how**

Your e-Receipt

| APPLIANCES | BATH | LIGHTING | FANS | FLOORING | OUTDOORS | TOOLS & HARDWARE |

Thank you for your recent transaction at The Home Depot. We have provided a digital copy of your receipt below for your convenience.

We look forward to seeing you at The Home Depot again soon.

**DO YOU WANT TO SEE YOUR IN-STORE TRANSACTIONS?**     **SIGN UP NOW!**

**More saving. More doing.**℠

```
        DETROIT MI 48235 (313)341-7750
          RECEIPT REQUIRED FOR REFUND

 2781  00059  07258   04/06/18  04:12 PM
 SELF CHECK OUT

 048243995394 WIRE <A>           19.24
   18/5 50' THERMOSTAT WIRE
 028400417723 HONEYBBQ <A>        1.69N
   FRITOS  HONEY BBQ
 786162150004 20OZ VWXXX <A>      1.87N
   20OZ VITAMINWATER XXX(AC,BB,PM)
 051751035520 6' FG STEP <A,S>   69.96
   6' FG STEP LADDER TIA 300LB
 047563700480 R13KF15X32 <A>      13.13
   R13 KF 15"X32' ROLL INSUL 40SF
 719931210555 1X3 POP R/L <A>
   1X3-R/L POPLAR BOARD
   19@1.32               25.08
  RSN: 5    50% MKDN         -12.54
   MAX REFUND VALUE $12.54/19
 050134061507 COMBO DBL <A>
   COMBO ENTRANCE + DBL DEADBOLT P/B
   3@19.97               59.91

        SUBTOTAL     178.34
        SALES TAX     10.49
```

```
        TOTAL      $188.83
XXXXXXXXXXXX6084 HOME DEPOT
          USD$ 188.83
  AUTH CODE 006021/2591054         TA
  Chip Read
  AID A0000000049999D8400304    THD PLCC CR
C
  TVR 8080008000
  IAD 0110601001220000000000000000000000FF
  TSI 6800
  ARC 00
```

PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE FURNAC
E

PRO XTRA SPEND THIS VISIT:     $178.34

2018 PRO XTRA SPEND 04/05:    $8,266.09

As of 04/06/2018 your Paint Rewards
level is Pro Xtra Paint Rewards; Spend
2000.00 more in qualifying paint
purchases to earn Bronze (10.0% off) on
select paint items.

homedepot.com/financeoptions.
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to



2781 59 07258 04/06/2018 2276

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
  A    11     365      04/06/2019
   THE HOME DEPOT RESERVES THE RIGHT TO
   LIMIT / DENY RETURNS. PLEASE SEE THE
   RETURN POLICY SIGN IN STORES FOR
              DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
****************************************

## ENTER FOR A CHANCE
## TO WIN A $5,000
## HOME DEPOT GIFT CARD!

Tell us about your store visit!
Complete our short survey and
enter for a chance to win at:

www.homedepot.com/survey

## PARTICIPE EN UNA
## OPORTUNIDAD DE GANAR
## UNA TARJETA DE
## REGALO DE THD
## DE $5,000!

Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:


**Jean Ard <jacquelineard25@gmail.com>**

## Your Electronic Receipt
1 message

**HomeDepotReceipt@homedepot.com** <HomeDepotReceipt@homedepot.com>
To: JACQUELINEARD25@gmail.com

Sat, Apr 21, 2018 at 6:09 PM

**Please keep this email for your records.**
Please add HomeDepotReceipt@homedepot.com to your address book. **Learn how**

More saving. More doing.

Your e-Receipt

| APPLIANCES | BATH | LIGHTING | FANS | FLOORING | OUTDOORS | TOOLS & HARDWARE |

Thank you for your recent transaction at The Home Depot. We have provided a digital copy of your receipt below for your convenience.

We look forward to seeing you at The Home Depot again soon.

DO YOU WANT TO SEE YOUR IN-STORE TRANSACTIONS? **SIGN UP NOW!**

More saving.
More doing.®

DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00005  29479   04/21/18  06:08 PM
CASHIER MATTHEW

```
0000-999-864 BEV DEP 0.10 <A,U>    0.10N
   BEVERAGE BOTTLE DEP 0.10
0000-999-864 BEV DEP 0.10 <A,U>    0.10N
   BEVERAGE BOTTLE DEP 0.10
010306226509 650XT SAW <A>        99.00
   7" QEP 650XT TABLETOP TILE SAW
   MAX REFUND VALUE $90.34
693690564145 ES60A19DL4PK <A,S>    5.48
   ECS 8.5W(60W) A19 DL DIM ES LED 4PK
   MAX REFUND VALUE $5.00
611269174526 RB RED 12 OZ <A>      3.18
   RED BULL RED EDITION 12 OZ
   MAX REFUND VALUE $2.90
733258722225 30X80 PRHNG <A>      65.33
   30X80HC LH 6-PNL MLD FLAT JAMB PH
   MAX REFUND VALUE $59.62
764666710122 GRN SCREW 5# <A>     23.48
   DECKMATE II, GREEN, 2-1/2 IN, 5 LB
   MAX REFUND VALUE $21.43
769887036815 2X8-8 GDF <A>
   2X8-8FT #2/BTR PRIME DOUG FIR
```

```
     2@9.48              18.96
  MAX REFUND VALUE $17.30/2
750298153253 2X4-96 STUD <A>
  2X4-96" PRIME KD WHITEWOOD STUD
     2@3.59               7.18
  MAX REFUND VALUE $6.55/2
761542002609 2X4-96 STUD <A>      3.59
  2X4-96" PRIME KD WHITEWOOD STUD
  MAX REFUND VALUE $3.28
070847012474 MONSTR ULTRA <A>    2.48N
  MONSTER 16 OZ ULTRA ZERO
  MAX REFUND VALUE $2.26
------$20 off $200 Storewide Purch------
228.68 $20 off $200 Storewide pu -20.00
MUST RETURN ALL ITEMS FOR A FULL REFUND
--------------------------------------

        SUBTOTAL      208.88
        SALES TAX      12.39
        TOTAL        $221.27
  XXXXXXXXXXXX6084 HOME DEPOT
            USD$ 221.27
  AUTH CODE 021037/7050156        TA
  Chip Read
  AID A0000000049999D8400304    THD PLCC CR
C
  TVR 8080008000
  IAD 0110601001220000000000000000000000FF
  TSI 6800
  ARC 00


  <U> - NON-DISCOUNTABLE ITEM

          PRO XTRA MEMBER STATEMENT

  PRO XTRA ###-###-7051 SUMMARY
  THIS RECEIPT PO/JOB NAME: APPOLINE DOORWA

  PRO XTRA SPEND THIS VISIT:      $208.68

  2018 PRO XTRA SPEND 04/20:   $10,444.51

  As of 04/21/2018 your Paint Rewards
  level is Pro Xtra Paint Rewards; Spend
  1892.00 more in qualifying paint
  purchases to earn Bronze (10.0% off) on
  select paint items.

  homedepot.com/financeoptions.
  DISCOUNTS and 60 DAYS TO PAY on The Home
  Depot Commercial Credit Card. Ask an
  Associate to learn more or go to
```

```
      2781 05 29479 04/21/2018 1464

          RETURN POLICY DEFINITIONS
   POLICY ID   DAYS   POLICY EXPIRES ON
     A    11    365      04/21/2019
        THE HOME DEPOT RESERVES THE RIGHT TO
          LIMIT / DENY RETURNS. PLEASE SEE THE
           RETURN POLICY SIGN IN STORES FOR
                   DETAILS.

          BUY ONLINE PICK-UP IN STORE
       AVAILABLE NOW ON HOMEDEPOT.COM.
       CONVENIENT, EASY AND MOST ORDERS
           READY IN LESS THAN 2 HOURS!
     ****************************************
```

**ENTER FOR A CHANCE**
**TO WIN A $5,000**

 Gmail

**Jean Ard <jacquelineard25@gmail.com>**

## Your Electronic Receipt

1 message

**HomeDepotReceipt@homedepot.com** <HomeDepotReceipt@homedepot.com>     Sat, Apr 27, 2019 at 7:58 PM
To: JACQUELINEARD25@gmail.com

**Please keep this email for your records.**
Please add HomeDepotReceipt@homedepot.com to your address book. **Learn how**



Thank you for your recent transaction at The Home Depot. We have provided a digital copy of your receipt below for your convenience.

We look forward to seeing you at The Home Depot again soon.



DETROIT MI 48235 (313)341-7750
RECEIPT REQUIRED FOR REFUND

2781  00054  44633   04/27/19  07:56 PM
SELF CHECK OUT

--------Detroit Land Bank Promo---------
081099032967 UL FC X 4'X8 <A>
   5/8"X4'X8' USG ULTRALIGHT FC TYPE X
   5@10.47                52.35
   MAX REFUND VALUE $49.74/5
081099027970 4X10ULTRALIT <A>
   1/2"X4'X10 USG ULTRALIGHT DRYWALL
   8@10.18                81.44
   MAX REFUND VALUE $77.36/8

Get 5% off              -6.69

            SUBTOTAL       127.10
            SALES TAX        7.63
            TOTAL         $134.73
XXXXXXXXXXXX6084 HOME DEPOT
            USD$ 134.73
AUTH CODE 027455/6541403        TA
AID A0000000049999D8400304    THD PLCC CR
C


PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:      $127.10

2019 PRO XTRA SPEND 04/26:    $1,634.13

As of 04/27/2019 your Paint Rewards
level is Member; Spend 1700.61 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.



2781 54 44633 04/27/2019 7159

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    11    365      04/26/2020

*************************************
## DID WE NAIL IT?

Take a short survey for a chance TO WIN
A $5,000 HOME DEPOT GIFT CARD

Opine en español

www.homedepot.com/survey

User ID: H8B 92336 89609
PASSWORD: 19227 89555

Entries must be completed within 14 days
of purchase. Entrants must be 18 or
older to enter. See complete rules on
website. No purchase necessary.



(248)423-0040 SOUTHFIELD MI 48076
WE INSTALL & REPAIR HVAC-FREE ESTIMATES!

2711  00004  52847     07/30/20  03:05 PM
SALE CASHIER LISA

--------Detroit Land Bank Promo---------
852944007429 5HL1/2RDBXBZ <A>
    BOX ROUND 5 HOLE 1/2" BRONZE
    2@5.32                         10.64
    MAX REFUND VALUE $9.04/2
    Get 15% Off                   -38.33
852239005536 RING FLD CAM <A>    249.99
    RING FLD CAM - BLACK
    MAX REFUND VALUE $239.99
    Get 4% Off                    -38.33
842861105216 RINGSL FLW B <A>     69.99
    RING SMART LIGHTING FLDLIGHT BLK WIR
    MAX REFUND VALUE $66.49
    Get 5% Off                    -38.33
048243263042 14-2 NM 100' <A>     30.56
    14-2 NM W/G 100 FT
    MAX REFUND VALUE $29.64
    Get 3% Off                    -38.33
715195750554 OLY MAX STN <A>     142.20
    OLY MAX EXT STAIN+SLNT CAN BRWN 5G
 RSN: 5      NEW AMT 106.65 MKDN  -35.55
    MAX REFUND VALUE $85.32
    Get 20% Off                   -38.33
008925128571 6IN8TPI <A>
    DIABLO 6" 8TPI CARB THK MTL 1PK
    3@10.97                        32.91
    MAX REFUND VALUE $32.25/3
008925139140 CMMRECIP9IN <A>      15.97
    DIABLO 9" 10TPI CARB MED MTL 1PK
    MAX REFUND VALUE $15.65
    Get 2% Off                    -38.33

                 SUBTOTAL         478.38
                 SALES TAX         28.70
                 TOTAL           $507.08
XXXXXXXXXXXXX6084 HOME DEPOT
                      USD$ 507.08
AUTH CODE 030655/6044764             TA
Chip Read
AID A0000000049999D8400304   THD PLCC CR


         PRO XTRA MEMBER STATEMENT

PRO XTRA ###-###-7051 SUMMARY
THIS RECEIPT PO/JOB NAME: APPOLINE

PRO XTRA SPEND THIS VISIT:       $478.38

2020 PRO XTRA SPEND 07/29:     $4,956.91

As of 07/30/2020 your Paint Rewards
level is Member; Spend 1567.22 more in
qualifying paint purchases to earn
Bronze (10.0% off) on select paint
items.

This purchase qualifies for FUEL
DISCOUNTS and 60 DAYS TO PAY on The Home
Depot Commercial Credit Card. Ask an
Associate to learn more or go to
homedepot.com/financeoptions.

2711 04 52847 07/30/2020 7120

         RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
   A     11      365        07/30/2021

    Due to COVID-19, we have extended our
       returns policy for most items.
     Please see homedepot.com for details.
   *************************************
              **DID WE NAIL IT?**

    Take a short survey for a chance TO WIN
       A $5,000 HOME DEPOT GIFT CARD

            Opine en español

         www.homedepot.com/survey

       User ID: H8B 108694 105987
        PASSWORD: 20380 105983

    Entries must be completed within 14 days
     of purchase. Entrants must be 18 or
      older to enter. See complete rules on
       website. No purchase necessary.

 
## Your Lowe's Purchase Receipt
1 message

**Lowe's Home Improvement** <do-not-reply@receipt.lowes.com>
To: jacquelineard25@gmail.com

Tue, Dec 6, 2022 at 12:16 PM



# Your Lowe's Receipt

Thanks for shopping at Lowe's. Use this just like you would a paper receipt for proof of purchase, record keeping, returns and more.

**LOWE'S HOME CENTERS, LLC**
**23111 OUTER DRIVE**
**ALLEN PARK , MI 48101**
**(313) 633-2961**

Transaction # : 9346919
Order Date : 12/06/22 12:15:19

**Thank You For Your Military Service**



| Item | Price |
|------|-------|
| LAVAL 3-IN X 96-IN FILL STRIP F2 | $ 16.22 |
| Item #: 2597343 | |
| 17.07 Discount Ea -0.85 | |
| 1 @ 16.22 | |
| 9.0-FL OZ LIQUID NAILS FUZE-IT | $ 25.59 |
| Item #: 818865 | |

9.48 Discount Ea -0.95

3 @ 8.53

RED BULL YELLOW EDITION 12-FL OZ    $ 6.26

Item #: 668705

3.48 Discount Ea -0.35

2 @ 3.13

MI BOTTLE DEPOSIT FEE    0.20

MNWX QT SATIN 1 COAT POLYURETHANE    $ 22.48

Item #: 740144

24.98 Discount Ea -2.50

1 @ 22.48

MNWX QT S/G 1 COAT POLYURETHANE    $ 22.48

Item #: 740145

24.98 Discount Ea -2.50

1 @ 22.48

VAL QT LTX BONDING PRIMER    $ 12.58

Item #: 876240

13.98 Discount Ea -1.40

1 @ 12.58

116-FL OZ 2000 SG BSC    $ 26.08

Item #: 33854

28.98 Discount Ea -2.90

1 @ 26.08

LAVAL 35-IN DISHWSHR END PNL DEP    $ 108.51

Item #: 2597340

38.07 Discount Ea -1.90

3 @ 36.17

PROMOTIONAL DISCOUNT APPLIED    $ 0.00

Item #: 155670

1 @ 0.00

**Invoice 9744 Subtotal**    $ 240.40

| | |
|---|---|
| **Invoice 9744 Subtotal** | $ 240.40 |
| **Subtotal** | $ 240.40 |
| **Total Tax** | $ 14.04 |
| **Total** | $ 254.44 |
| **Total Discount: $19.40** | |

**Total # of items purchased: 13**
Excludes fees, services and special order items

| | |
|---|---|
| **Payment: LAMEX ending in 3020** | $ 254.44 |
| **AuthTime** | 12/06/22 12:12:33 |
| **AuthCD** | 882422 |
| **REFID** | 185909090870 |
| **APL** | AMERICAN EXPRESS |
| **TSI** | E800 |
| **AID** | A000000025010801 |
| **TVR** | 0000008000 |
| **Customer Code** | Appoline |
| **Order Date** | 12/06/22 12:15:19 |
| **Store #** | 1859 |
| **Terminal #** | 9 |
| **MyLowe's Card Number** | 489001128373501 |
| **Store Manager** | AMON QUICKLEY |

Tell us how we did! Enter for a chance to win!

START SURVEY

```
****************************************************
* SHARE YOUR FEEDBACK!
* ENTER FOR A CHANCE TO BE *
* ONE OF FIVE $500 WINNERS DRAWN MONTHLY! *
* ¡ENTRE EN EL SORTEO MENSUAL
* PARA SER UNO DE LOS CINCO GANADORES DE $500!
*
* ENTER BY COMPLETING A SHORT SURVEY
* WITHIN ONE WEEK AT: www.lowes.com/survey *
* Y O U R I D #097447 185943 405957
*
* NO PURCHASE NECESSARY TO ENTER OR WIN.
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey
****************************************************
```


---

**Pivotal Home Solutions: Reminder about your appointment with Hartmann and Sons Water and Sewer**
1 message

---

**Dispatch** <notifications@dispatch.me>                                    Mon, Nov 27, 2023 at 1:05 PM
To: jacquelineard25@gmail.com

## Pivotal Home Solutions®

Reminder!

# You have an upcoming appointment with Hartmann and Sons Water and Sewer.

Hi JACQUELINE,

You have an upcoming Pivotal Home Solutions appointment scheduled for November 28th, 2023.

Hartmann and Sons Water and Sewer will arrive at 15826 APPOLINE ST between 10:00am - 1:00pm EST.

Need to get a message to your service provider? Call Hartmann and Sons Water and Sewer at (734) 664-7626.
To learn more about what you can expect throughout the appointment scheduling process, please visit
www.YourHomeSolutions.com/appointments

1 Water St, Camden, NJ, 08102, U.S.A.

© 2021 Pivotal Home Solutions. All rights reserved. |

To Unsubscribe please call your service provider to end appointment notifications.

For job related concerns please call Hartmann and Sons Water and Sewer

(734) 664-7626

# Exhibit M
"Home Improvement Material Receipts
(including Home Depot receipts)"

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H1115-223518**

Store 1115 HILTON HEAD
20 GATEWAY VILLAGE RD
BLUFFTON, SC 29910

Phone: (843) 815-7000
Salesperson: YA39NG
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | ARD    JACQUELINE | Home Phone |
| Address | 15826 APPOLINE ST  DETROIT  MI 48227 | Work Phone |
| | | Company Name |
| City | DETROIT | Job Description  home |
| State | MI | Zip 48228 | County WAYNE |

**2021-03-09 16:46**

## CUSTOMER PICKUP #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W03     SKU # 0000-515-664     Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-702-935 | 1.00 | EA | VILLAGER WHT CAST IRON TUB LH 60X30 / | A | Y | $190.04 | $190.04* |
| R02 | 0000-351-020 | 1.00 | EA | 60X32 EVERCLEAN WHRLPL TUB REV-WH / | A | Y | $199.54 | $199.54* |

| SCHEDULED PICKUP DATE: 03/16/2021 | MERCHANDISE TOTAL: | $389.58 |
|---|---|---|
| | END OF CUSTOMER PICKUP - REF #W03 | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| ORDER TOTAL | $389.58 |
| SALES TAX | $27.27 |
| TOTAL | $416.85 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H1115-223518**

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA

(Pro Customers, Proceed To The Pro Desk)

Page 1 of 1   **No. H1115-223518**

*Indicates Item Markdown*
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2701 PONTIAC
545 S TELEGRAPH
PONTIAC, MI 48341

Phone: (248) 253-8900
Salesperson: TAG033
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name **ARD    JACQUELINE** | | Phone 1 **(313) 770-7051** | |
| Address  21215 DARTMOUTH | Phone 2  (313) 770-7051 | | |
| | Company Name  HELPING HANDS WORLDWIDE | | |
| City  SOUTHFIELD | Job Description  15826 appoline | | |
| State  MI | Zip  48076 | County  OAKLAND | |

**2018-03-28 08:35**

| CARRY OUT MERCHANDISE | MERCHANDISE AND SERVICE SUMMARY |
|---|---|

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W48   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-687-960 | 2.00 | EA | 2X1-1/2" COUPLING CI,PL,CU,LEAD / | A | Y | $4.98 | $9.96 |
| R02 | 0000-687-944 | 9.00 | EA | 1-1/2" COUPLING FOR CI,PL,CU / | A | Y | $3.90 | $35.10 |
| R03 | 0000-187-119 | 1.00 | EA | 16OZ PVC CEMENT REGULAR CLEAR / | A | Y | $4.94 | $4.94 |
| R04 | 0000-193-844 | 3.00 | EA | 1-1/2" X 10' PVC40-DWV PE PIPE / | A | Y | $5.12 | $15.36 |
| R05 | 0000-193-852 | 1.00 | EA | 2" X 10' PVC40-DWV PE PIPE / | A | Y | $7.12 | $7.12 |
| R06 | 0000-295-096 | 1.00 | EA | 3"X 10' PVC40-DWV FOAMCORE PE / | A | Y | $9.52 | $9.52 |
| R07 | 0000-724-165 | 1.00 | EA | 16OZ PURPLE PRIMER NSF/UPC / | A | Y | $9.92 | $9.92 |
| R08 | 0000-189-480 | 3.00 | EA | 3" DWV EL 90DEG HXH / | A | Y | $2.66 | $7.98 |
| R09 | 0000-148-490 | 1.00 | EA | 1/2INX10FT RDG TYPE M RED COPPER / | A | Y | $9.38 | $9.38 |
| R10 | 0000-148-520 | 2.00 | EA | 3/4INX10FT RDG TYPE M RED COPPER / | A | Y | $15.28 | $30.56 |
| R11 | 0000-687-995 | 2.00 | EA | 4"X3" COUPLING FOR CI,PL,CU,LEAD / | A | Y | $8.92 | $17.84 |
| R12 | 0000-688-193 | 1.00 | EA | 4" COUPLING CLAY X CI,PL / | A | Y | $7.98 | $7.98 |
| R13 | 0000-638-146 | 4.00 | EA | 3/4" COPPER CRIMP RING (25-PACK) / | A | Y | $8.37 | $33.48 |
| R14 | 0000-267-120 | 1.00 | EA | 3/4" X 1/2" X 3/4" PEX TEE / | A | Y | $3.99 | $3.99 |
| R15 | 0000-116-261 | 7.00 | BG | 1/2"&3/4" TWIN TALON DRV HOOK W/NAIL / | A | Y | $2.16 | $15.12 |
| R17 | 0000-804-433 | 3.00 | EA | 3"X4" DWV FLANGE TKO HUBXINSIDE FIT / | A | Y | $3.14 | $9.42 |

**\*\*\* CONTINUED ON NEXT PAGE \*\*\***

**Check your current order status online at**
**www.homedepot.com/orderstatus**



| CARRY OUT MERCHANDISE #1 (Continued) | REF #W48 | |
|---|---|---|
| | **MERCHANDISE TOTAL:** | $908.20 |
| | **END OF CARRY OUT MERCHANDISE - REF #W48** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

A: 90 DAYS DEFAULT POLICY;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| **ORDER TOTAL** | $908.20 |
| **SALES TAX** | $54.49 |
| **TOTAL** | $962.69 |
| **BALANCE DUE** | $0.00 |

**END OF ORDER No. H2701-70557**

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 191 of 236

Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 1115 HILTON HEAD
20 GATEWAY VILLAGE RD
BLUFFTON, SC 29910

Phone: (843) 815-7000
Salesperson: YA39NG
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | Home Phone | |
| **ARD       JACQUELINE** | | |
| Address  15826 APPOLINE ST  DETROIT  MI 48227 | Work Phone | |
| | Company Name | |
| City  DETROIT | Job Description  home | |
| State  MI | Zip  48228 | County  WAYNE |

**2021-03-09 16:46**

| CUSTOMER PICKUP #1 | MERCHANDISE AND SERVICE SUMMARY | We reserve the right to limit the quantities of merchandise sold to customers |
|---|---|---|

**REF # W03       SKU # 0000-515-664       Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-702-935 | 1.00 | EA | VILLAGER WHT CAST IRON TUB LH 60X30 / | A | Y | $190.04 | $190.04* |
| R02 | 0000-351-020 | 1.00 | EA | 60X32 EVERCLEAN WHRLPL TUB REV-WH / | A | Y | $199.54 | $199.54* |

| SCHEDULED PICKUP DATE: 03/16/2021 | MERCHANDISE TOTAL: | $389.58 |
|---|---|---|
| | END OF CUSTOMER PICKUP - REF #W03 | |

# TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| ORDER TOTAL | $389.58 |
| SALES TAX | $27.27 |
| TOTAL | $416.85 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H1115-223518**

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2701 PONTIAC
545 S TELEGRAPH
PONTIAC, MI 48341

Phone: (248) 253-8900
Salesperson: TAG033
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | **ARD    JACQUELINE** | Phone 1 **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2  (313) 770-7051 |
| | | Company Name  HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description  15826 appoline |
| State | MI    Zip  48076 | County  OAKLAND |

**2018-03-28 08:35**

| CARRY OUT MERCHANDISE | MERCHANDISE AND SERVICE SUMMARY | We reserve the right to limit the quantities of merchandise sold to customers |
|---|---|---|

REF # W48   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-687-960 | 2.00 | EA | 2X1-1/2" COUPLING CI,PL,CU,LEAD / | A | Y | $4.98 | $9.96 |
| R02 | 0000-687-944 | 9.00 | EA | 1-1/2" COUPLING FOR CI,PL,CU / | A | Y | $3.90 | $35.10 |
| R03 | 0000-187-119 | 1.00 | EA | 16OZ PVC CEMENT REGULAR CLEAR / | A | Y | $4.94 | $4.94 |
| R04 | 0000-193-844 | 3.00 | EA | 1-1/2" X 10' PVC40-DWV PE PIPE / | A | Y | $5.12 | $15.36 |
| R05 | 0000-193-852 | 1.00 | EA | 2" X 10' PVC40-DWV PE PIPE / | A | Y | $7.12 | $7.12 |
| R06 | 0000-295-096 | 1.00 | EA | 3"X 10' PVC40-DWV FOAMCORE PE / | A | Y | $9.52 | $9.52 |
| R07 | 0000-724-165 | 1.00 | EA | 16OZ PURPLE PRIMER NSF/UPC / | A | Y | $9.92 | $9.92 |
| R08 | 0000-189-480 | 3.00 | EA | 3" DWV EL 90DEG HXH / | A | Y | $2.66 | $7.98 |
| R09 | 0000-148-490 | 1.00 | EA | 1/2INX10FT RGD TYPE M RED COPPER / | A | Y | $9.38 | $9.38 |
| R10 | 0000-148-520 | 2.00 | EA | 3/4INX10FT RGD TYPE M RED COPPER / | A | Y | $15.28 | $30.56 |
| R11 | 0000-687-995 | 2.00 | EA | 4"X3" COUPLING FOR CI,PL,CU,LEAD / | A | Y | $8.92 | $17.84 |
| R12 | 0000-688-193 | 1.00 | EA | 4" COUPLING CLAY X CI,PL / | A | Y | $7.98 | $7.98 |
| R13 | 0000-638-146 | 4.00 | EA | 3/4" COPPER CRIMP RING (25-PACK) / | A | Y | $8.37 | $33.48 |
| R14 | 0000-267-120 | 1.00 | EA | 3/4" X 1/2" X 3/4" PEX TEE / | A | Y | $3.99 | $3.99 |
| R15 | 0000-116-261 | 7.00 | BG | 1/2"&3/4" TWIN TALON DRV HOOK W/NAIL / | A | Y | $2.16 | $15.12 |
| R17 | 0000-804-433 | 3.00 | EA | 3"X4" DWV FLANGE TKO HUBXINSIDE FIT / | A | Y | $3.14 | $9.42 |
| | | | | | | | *** CONTINUED ON NEXT PAGE *** | |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **CARRY OUT MERCHANDISE #1** (Continued) | | | | REF #W48 | | | | | |
| R16 | 0000-687-952 | 2.00 | EA | 2"COUPLING FOR CI,PL,CU,LEAD / | A | Y | | $4.44 | $8.88 |
| R19 | 0000-267-120 | 1.00 | EA | 3/4" X 1/2" X 3/4" PEX TEE / | A | Y | | $3.99 | $3.99 |
| R18 | 0000-267-317 | 2.00 | EA | 3/4" X 3/4" X 1/2" PEX REDUCER TEE / | A | Y | | $3.99 | $7.98 |
| R21 | 0000-264-654 | 1.00 | EA | 3/4" PEX X 3/4" MALE ADAPTER / | A | Y | | $4.90 | $4.90 |
| R20 | 0000-189-855 | 10.00 | EA | 1-1/2" DWV TRAP ADAPTER HXSJ / | A | Y | | $1.28 | $12.80 |
| R23 | 0000-189-812 | 1.00 | EA | 1-1/2" DWV P-TRAP W/UNION HXH / | A | Y | | $3.28 | $3.28 |
| R22 | 1000-044-284 | 4.00 | EA | DIELECTIC UNION 3/4" FIP X SWEAT / | A | Y | | $7.98 | $31.92 |
| R25 | 1000-050-138 | 8.00 | EA | 1-1/2 P-TRAP PLASTIC / | A | Y | | $3.46 | $27.68 |
| R24 | 1000-053-311 | 4.00 | EA | 1.5IN X 16IN DOUBLE ENDED EXTENSION / | A | Y | | $3.97 | $15.88 |
| R27 | 1000-526-877 | 1.00 | EA | DIABLO STEEL DEMON 9" 8TPI CARBIDE / | A | Y | | $14.97 | $14.97 |
| R26 | 1001-298-317 | 1.00 | EA | 1-1/2" PVC DWV 90D EL HUB X HUB-10PK / | A | Y | | $5.44 | $5.44 |
| R29 | 0000-868-383 | 3.00 | EA | 3/4" GATE VALVE SWEAT NL / | A | Y | | $9.30 | $27.90 |
| R28 | 1002-149-289 | 1.00 | EA | QUADTRO TURN 1/2 PEX WMOB / | A | Y | | $39.98 | $39.98 |
| R31 | 0000-273-365 | 3.00 | EA | 3/4" PEX X 3/4" FEMALE SWEAT ADAPTER / | A | Y | | $2.94 | $8.82 |
| R30 | 0000-274-098 | 2.00 | EA | 1/2" PEX X 1/2" FEMALE SWEAT ADAPTER / | A | Y | | $2.52 | $5.04 |
| R34 | 0000-269-871 | 8.00 | EA | 1/2" X 1/2" PEX BALL VALVE / | A | Y | | $8.34 | $66.72 |
| R35 | 1000-543-325 | 1.00 | EA | 1/2" COPPER CRIMP RING (100-PACK) / | A | Y | | $24.97 | $24.97 |
| R32 | 1001-404-697 | 1.00 | EA | 3/4" PEX PLS COUPLING (5-PACK) / | A | Y | | $4.67 | $4.67 |
| R33 | 0000-260-458 | 2.00 | EA | 3/4" X 1/2" PEX REDUCER COUPLING LF / | A | Y | | $1.87 | $3.74 |
| R38 | 0000-265-814 | 3.00 | EA | 1/2" PEX X 1/2" FEMALE DROPEAR ELBOW / | A | Y | | $5.94 | $17.82 |
| R39 | 1001-404-698 | 2.00 | EA | 1/2" PEX PLS 90-DEG ELB (5-PACK) / | A | Y | | $4.27 | $8.54 |
| R36 | 1001-404-707 | 2.00 | EA | 3/4" PEX PLS 90-DEG ELB (5-PACK) / | A | Y | | $5.87 | $11.74 |
| R37 | 0000-760-633 | 1.00 | EA | 3/4IN PEX TALON CLAMP 10 PACK / | A | Y | | $2.67 | $2.67 |
| R42 | 0000-353-392 | 2.00 | EA | 1/2IN X 100FT BLUE PEX PIPE / | A | Y | | $28.52 | $57.04 |
| R43 | 0000-353-498 | 2.00 | EA | 1/2IN X 100FT RED PEX PIPE / | A | Y | | $28.52 | $57.04 |
| R40 | 0000-334-065 | 1.00 | EA | 3/4IN X 100FT BLUE PEX PIPE / | A | Y | | $48.69 | $48.69 |
| R41 | 0000-550-054 | 1.00 | EA | 3/4IN X 100FT WHITE PEX PIPE / | A | Y | | $48.69 | $48.69 |
| R46 | 0000-275-301 | 13.00 | EA | 1/2" PEX X 3/8" COMP OD ANGLE STOP / | A | Y | | $6.48 | $84.24 |
| R47 | 1001-404-710 | 1.00 | EA | 3/4" PEX PLASTIC TEE (5-PACK) / | A | Y | | $7.97 | $7.97 |
| R44 | 1001-404-708 | 2.00 | EA | 1/2" PEX PLASTIC TEE (5-PACK) / | A | Y | | $6.27 | $12.54 |
| R45 | 0000-248-980 | 1.00 | EA | 3/4" X 1/2" X 1/2" PEX TEE / | A | Y | | $3.99 | $3.99 |
| | | | | | | | | **\*\*\* CONTINUED ON NEXT PAGE \*\*\*** | |

# SPECIAL SERVICES CUSTOMER INVOICE

**THE HOME DEPOT**

Store 2718 HARPER WOODS
20300 KELLY RD
HARPER WOODS, MI 48225

Phone: (313) 245-9216
Salesperson: LLG5005
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | ARD JACQUELINE | Home Phone **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Work Phone (313) 770-7051 |
| | | Company Name HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description Appoline |
| State | MI | Zip 48076 County OAKLAND |

**2017-12-07 09:30**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W07   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-526-203 | 2.00 | EA | 24"X50' ALUM TRIM COIL-WHITE/BROWN / | A | Y | $79.00 | $158.00 |
| R02 | 0000-353-697 | 12.00 | EA | DYNAFLEX 230 BROWN 10.1 OZ / | A | Y | $4.12 | $49.44 |
| R03 | 0000-449-032 | 1.00 | EA | SMOOTH ROD CAULK GUN 10 OZ / | A | Y | $2.77 | $2.77 |
| R04 | 1002-313-963 | 1.00 | EA | WCPG PERFORMANCE PIG GRAIN XL / | A | Y | $9.97 | $9.97 |
| R05 | 0000-164-277 | 1.00 | EA | STANLEY LARGE HOOK BLADES 5PK / | A | Y | $3.97 | $3.97 |
| R06 | 0000-523-941 | 1.00 | EA | 2-5/8"X12' ALUM DRIP EDGE-BROWN / | A | Y | $5.80 | $5.80 |

**MERCHANDISE TOTAL:** $229.95

**END OF CARRY OUT MERCHANDISE - REF #W07**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| **ORDER TOTAL** | $229.95 |
| **SALES TAX** | $13.80 |
| **TOTAL** | $243.75 |
| **BALANCE DUE** | $0.00 |

**END OF ORDER No. H2718-66254**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

Page 1 of 1   **No. H2718-66254**

Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2718 HARPER WOODS
20300 KELLY RD
HARPER WOODS, MI 48225

Phone: (313) 245-9216
Salesperson: LLG5005
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | ARD    JACQUELINE | Home Phone **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Work Phone (313) 770-7051 |
| | | Company Name HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description Appoline |
| State | MI    Zip 48076 | County OAKLAND |

**2017-12-07 09:30**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W07    SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-526-203 | 2.00 | EA | 24"X50' ALUM TRIM COIL-WHITE/BROWN / | A | Y | $79.00 | $158.00 |
| R02 | 0000-353-697 | 12.00 | EA | DYNAFLEX 230 BROWN 10.1 OZ / | A | Y | $4.12 | $49.44 |
| R03 | 0000-449-032 | 1.00 | EA | SMOOTH ROD CAULK GUN 10 OZ / | A | Y | $2.77 | $2.77 |
| R04 | 1002-313-963 | 1.00 | EA | WCPG PERFORMANCE PIG GRAIN XL / | A | Y | $9.97 | $9.97 |
| R05 | 0000-164-277 | 1.00 | EA | STANLEY LARGE HOOK BLADES 5PK / | A | Y | $3.97 | $3.97 |
| R06 | 0000-523-941 | 1.00 | EA | 2-5/8"X12' ALUM DRIP EDGE-BROWN / | A | Y | $5.80 | $5.80 |

| | MERCHANDISE TOTAL: | $229.95 |
|---|---|---|
| | **END OF CARRY OUT MERCHANDISE - REF #W07** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $229.95 |
| **SALES TAX** | $13.80 |
| **TOTAL** | $243.75 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2718-66254**

Check your current order status online at
www.homedepot.com/orderstatus

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2732 MT PLEASANT
5650 E PICKARD ST
MOUNT PLEASANT, MI 48858

Phone: (989) 779-1501
Salesperson: JRL3625
Reviewer: sv995

**REPRINT**

**SOLD TO**

| Name | ARD    JACQUELINE | Home Phone | |
|------|-------------------|------------|---|
| Address | 15826 APPOLINE ST  DETROIT  MI 48227 | Work Phone | |
| | | Company Name | |
| City | DETROIT | Job Description | Tile |
| State | MI | Zip 48228 | County WAYNE |

2021-02-10 11:26

---

## CUSTOMER PICKUP #1    MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W02       SKU # 0000-515-664       Customer Pickup / Will Call**

STOCK MERCHANDISE TO BE PICKED UP:

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|-------|-----|-----|----|-------------|----|----|-----------|-----------|
| R01 | 1005-331-600 | 24.00 | CA | 6X36 REGENT WOOD - CA - 14.5SF / | A | Y | $2.93 | $70.32* |

**SCHEDULED PICKUP DATE: 02/12/2021** | **MERCHANDISE TOTAL:** $70.32
**END OF CUSTOMER PICKUP - REF #W02**

---

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $70.32 |
| **SALES TAX** | $4.22 |
| **TOTAL** | $74.54 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2732-92882**

---

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 197 of 236

*Indicates Item markdown*

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2742-79661**

Store 2742 LIVONIA
13500 MIDDLEBELT
LIVONIA, MI 48150

Phone: (734) 458-4956
Salesperson: NRD2304
Reviewer: sv995

**REPRINT**

**SOLD TO**

| | | |
|---|---|---|
| Name | ARD    JACQUELINE | Home Phone **(313) 770-7051** |
| Address | 143 BOARDMAN CANFIELD | Work Phone (313) 770-7051 |
| | | Company Name HELPING HANDS WORLDWIDE |
| City | YOUNGSTOWN | Job Description appoline windows |
| State | OH    Zip 44512    County WAYNE | |

2018-04-10 10:55

| CARRY OUT MERCHANDISE | MERCHANDISE AND SERVICE SUMMARY | We reserve the right to limit the quantities of merchandise sold to customers |
|---|---|---|

REF # W08   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-758-461 | 1.00 | EA | #15 x 2 in. Steel Ha / | | Y | $5.64 | $5.64 |
| R02 | 0000-479-859 | 2.00 | EA | #8 x 3 in. Philips B / | | Y | $4.47 | $8.94 |
| R03 | 0000-928-660 | 8.00 | EA | 3/8 in. x 10 ft. Bla / | | Y | $4.28 | $34.24 |
| R04 | 0000-791-091 | 1.00 | EA | Catalina Canyon Noce / | | Y | $0.99 | $0.99 |
| R05 | 0000-984-590 | 8.00 | EA | Alex Plus 11.2 fl. o / | | Y | $2.38 | $19.04 |
| R06 | 1000-009-234 | 1.00 | EA | Amalfi Cafe Interloc / | | Y | $7.98 | $7.98 |
| R07 | 1001-869-291 | 8.00 | EA | 16 oz. Window and Do / | | Y | $5.98 | $47.84 |

| | MERCHANDISE TOTAL: | $124.67 |
|---|---|---|
| | **END OF CARRY OUT MERCHANDISE - REF #W08** | |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| ORDER TOTAL | $124.67 |
| SALES TAX | $7.48 |
| TOTAL | $132.15 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2742-79661**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2757 DEARBORN
5951 MERCURY DRIVE
DEARBORN, MI 48126

Phone: (313) 593-4644
Salesperson: LSD0618
Reviewer: sv995

**REPRINT**

**SOLD TO**

| | |
|---|---|
| Name | Home Phone |
| **ARD     JACQUELINE** | **(313) 770-7051** |
| Address   21215 DARTMOUTH | Work Phone   (313) 770-7051 |
| | Company Name   HELPING HANDS WORLDWIDE |
| City   SOUTHFIELD | Job Description   appoline |
| State   MI     Zip   48076 | County   OAKLAND |

**2018-01-02 14:35**

| CARRY OUT MERCHANDISE | **MERCHANDISE AND SERVICE SUMMARY** | We reserve the right to limit the quantities of merchandise sold to customers |
|---|---|---|

**REF # W04   SKU # 0000-515-664     The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-379-082 | 1.00 | EA | 50 SH 28X58 SS REPL / | A | Y | $119.00 | $119.00 |
| R02 | 0000-237-073 | 3.00 | EA | HINGE, DR_4"_1/4RD_SB / | A | Y | $3.48 | $10.44 |
| R03 | 0000-357-373 | 1.00 | EA | NICHOLSON 3PC WOODCHUCK TOOL SET / | A | Y | $19.97 | $19.97 |

| | |
|---|---|
| **MERCHANDISE TOTAL:** | $149.41 |
| **END OF CARRY OUT MERCHANDISE - REF #W04** | |

# TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $149.41 |
| **SALES TAX** | $8.96 |
| **TOTAL** | $158.37 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2757-54625**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: MDR3593
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | **ARD     JACQUELINE** | Phone 1 | **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2 | (313) 770-7051 |
| | | Company Name | HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description | Appoline |
| State | MI | Zip 48076 | County OAKLAND |

**2017-11-18 10:45**

## CUSTOMER PICKUP #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W08      SKU # 0000-515-664      Customer Pickup / Will Call

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-386-081 | 12.00 | EA | 7/16 4X8 OSB / | A | Y | $15.25 | $183.00 |
| R02 | 0000-602-752 | 6.00 | EA | BROWN ALUM ROOF VENT / | A | Y | $7.47 | $44.82 |
| R03 | 0000-270-581 | 4.00 | EA | DEWITT'S 611 WET-STICK 10.1 OZ / | A | Y | $2.87 | $11.48 |
| R04 | 0000-399-035 | 1.00 | EA | 10INX10FT WHT/BRN TRIM COIL / | A | Y | $10.47 | $10.47 |
| R05 | 1000-019-852 | 1.00 | EA | FIRM GRIP HEAVY DUTY WORK GLOVES- XX / | A | Y | $19.99 | $19.99 |
| R06 | 0000-520-814 | 4.00 | EA | 3"-4" PLA BASE PIPE BOOT FLASHING / | A | Y | $5.27 | $21.08 |
| R07 | 0000-258-881 | 2.00 | RL | #30 ROOF FELT ASTM D-4869 2 SQ / | A | Y | $15.95 | $31.90 |

| SCHEDULED PICKUP DATE: 11/19/2017 | MERCHANDISE TOTAL: | $322.74 |
|---|---|---|
| | END OF CUSTOMER PICKUP - REF #W08 | |

NOT VALID FOR MERCHANDISE CARRY OUT

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 201 of 236
Customer Copy

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

| | |
|---|---|
| **ORDER TOTAL** | $322.74 |
| **SALES TAX** | $19.36 |
| **TOTAL** | $342.10 |
| **BALANCE DUE** | $0.00 |

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-80236**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: TXG2602
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name **ARD        JACQUELINE** | | Phone 1 **(313) 770-7051** | |
| Address  21215 DARTMOUTH | | Phone 2  (313) 770-7051 | |
| | | Company Name  HELPING HANDS WORLDWIDE | |
| City  SOUTHFIELD | | Job Description  appoline | |
| State  MI | Zip  48076 | County  OAKLAND | |

**2017-11-21 12:32**

| CARRY OUT MERCHANDISE | **MERCHANDISE AND SERVICE SUMMARY** | We reserve the right to limit the quantities of merchandise sold to customers |
|---|---|---|

REF # W04   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-406-853 | 3.00 | EA | 24 in. x 46 in. 50 S / | | Y | $98.98 | $296.94 |
| R02 | 0000-379-082 | 18.00 | EA | 28 in. x 58 in. 50 S / | | Y | $98.94 | $1,780.92 |
| R03 | 1001-869-291 | 3.00 | EA | 16 oz. Window and Do / | | Y | $6.65 | $19.95 |
| | | | | | | | **MERCHANDISE TOTAL:** | $2,097.81 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W04** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

:  ;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| **ORDER TOTAL** | $2,097.81 |
| **SALES TAX** | $125.87 |
| **TOTAL** | $2,223.68 |
| **BALANCE DUE** | $0.00 |

**END OF ORDER No. H2781-80665**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: FTJ6679
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | **ARD      JACQUELINE** | Phone 1 **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2  (313) 770-7051 |
| | | Company Name  HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description  appoline |
| State  MI | Zip  48076 | County  OAKLAND |

**2017-11-25 10:05**

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**CARRY OUT MERCHANDISE**

REF # W19   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R17 | 0000-518-830 | 3.00 | EA | SEAMERMATE GUTTER SEAL 10 OZ / | A | Y | $6.78 | $20.34 |
| R16 | 0000-268-488 | 2.00 | EA | 5IN BRN ALUM-RIGHT END CAP / | A | Y | $1.37 | $2.74 |
| R18 | 0000-268-585 | 5.00 | EA | 3IN BRN ALUM-DOWNSPOUT BAND / | A | Y | $1.08 | $5.40 |
| R11 | 0000-112-525 | 1.00 | EA | COIL ROOF NAIL 1 1/4IN 7-2M GALV / | A | Y | $22.97 | $22.97 |
| R12 | 0000-317-757 | 1.00 | PK | DIABLO DEMO DEMON 9" 8/14 TPI 5PK / | A | Y | $18.97 | $18.97 |
| R13 | 0000-104-971 | 3.00 | EA | 8 X 1/2 PAN HEAD PHILLIPS BRWN / | A | Y | $2.57 | $7.71 |
| R14 | 0000-268-410 | 4.00 | EA | 5IN BRN ALUM-OUTSIDE MITRE / | A | Y | $8.47 | $33.88 |
| R15 | 0000-268-526 | 2.00 | EA | 5IN BRN ALUM-LEFT END CAP / | A | Y | $1.37 | $2.74 |

| | MERCHANDISE TOTAL: | $114.75 |
|---|---|---|
| | **END OF CARRY OUT MERCHANDISE - REF #W19** | |

## CUSTOMER PICKUP #1

REF # W10      SKU # 0000-515-664     **Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-268-283 | 10.00 | EA | 10 ft. Aluminum Gutt / | A | Y | $6.67 | $66.70 |

| | *** CONTINUED ON NEXT PAGE *** |
|---|---|

**WILL-CALL MERCHANDISE PICK-UP**

Will-Call items will be held in the store for 7 days only.

Check your current order status online at
www.homedepot.com/orderstatus

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 204 of 236

Customer Copy

## CUSTOMER PICKUP #1
(Continued)

REF #W10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| R02 | 0000-268-348 | 12.00 | EA | 2 in. x 3 in. Alumin / | | A | Y | $2.98 | $35.76 |
| R03 | 0000-268-313 | 8.00 | EA | 2 in. x 3 in. Brown / | | A | Y | $8.87 | $70.96 |
| R04 | 0000-489-211 | 1.00 | EA | 1-1/2 in. Wire 7.2M / | | A | Y | $46.91 | $46.91 |
| R05 | 0000-144-088 | 36.00 | BD | Timberline HD Barkwo / | | A | Y | $20.80 | $748.80* |
| R06 | 0000-526-203 | 4.00 | EA | 24 in. x 50 ft. Roya / | | A | Y | $78.38 | $313.52* |
| R07 | 0000-346-955 | 4.00 | EA | 1-1/4 in. Brown Alum / | | A | Y | $3.81 | $15.24* |
| R08 | 0000-797-905 | 12.00 | BD | Timbertex Barkwood C / | | A | Y | $39.55 | $474.60* |
| R09 | 0000-258-830 | 3.00 | RL | #15 ROOF FELT ASTM D-4869 4 SQ / | | A | Y | $15.95 | $47.85 |

| SCHEDULED PICKUP DATE: 11/25/2017 | MERCHANDISE TOTAL: | $1,820.34 |
|---|---|---|
| | END OF CUSTOMER PICKUP - REF #W10 | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| ORDER TOTAL | $1,935.09 |
| SALES TAX | $116.11 |
| TOTAL | $2,051.20 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-81141**

26-04106-mar     Doc 4     Filed 05/05/26     Entered 05/05/26 08:22:38     Page 205 of 236
*Indicates Item markdown*
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: ESW1861
Reviewer: sv995

**REPRINT**

**SOLD TO**

| | | |
|---|---|---|
| Name | ARD  JACQUELINE | Phone 1  **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2  (313) 770-7051 |
| | | Company Name  HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description  appoline |
| State | MI | Zip 48076  County OAKLAND |

**2017-12-16 11:55**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W08   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-432-416 | 1.00 | EA | Blu-Tip 12 in. x 24 / | | Y | $5.80 | $5.80 |
| R02 | 0000-112-367 | 2.00 | EA | 50 lb. Glass Block M / | | Y | $12.45 | $24.90 |
| R03 | 0000-267-000 | 1.00 | EA | 42 Gal. Contractor B / | | Y | $25.97 | $25.97 |
| R04 | 1001-965-245 | 6.00 | EA | 31 in. x 13.5 in. x / | | Y | $59.84 | $359.04 |
| R05 | 1002-164-371 | 4.00 | EA | 10.3 fl. oz. Glass B / | | Y | $6.25 | $25.00 |
| R06 | 1002-286-095 | 1.00 | EA | 5-1/2 in. Pointing T / | | Y | $4.97 | $4.97 |
| R07 | 1002-164-370 | 1.00 | EA | 2-3/8 in. x 4 in. Gl / | | Y | $8.98 | $8.98 |
| | | | | | | | **MERCHANDISE TOTAL:** | $454.66 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W08** | |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| ORDER TOTAL | $454.66 |
| SALES TAX | $27.28 |
| TOTAL | $481.94 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-84393**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: WSN4363
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | ARD  JACQUELINE | Phone 1  **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2  (313) 770-7051 |
| | | Company Name  HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description  appoline |
| State | MI | Zip  48076  County  OAKLAND |

**2017-12-20 09:10**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W09   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-131-227 | 2.00 | EA | 5 Gal. Homer Bucket / | | Y | $3.25 | $6.50 |
| R02 | 0000-112-367 | 1.00 | EA | 50 lb. Glass Block M / | | Y | $12.45 | $12.45 |
| R03 | 0000-526-203 | 1.00 | EA | 24 in. x 50 ft. Roya / | | Y | $79.00 | $79.00 |
| R04 | 0000-924-311 | 1.00 | EA | XX-Large General Pur / | | Y | $9.99 | $9.99 |
| R05 | 0000-346-955 | 1.00 | EA | 1-1/4 in. Brown Alum / | | Y | $4.98 | $4.98 |
| R06 | 1001-965-227 | 8.00 | EA | 31 in. x 13.5 in. x / | | Y | $74.92 | $599.36 |
| R07 | 1002-164-371 | 2.00 | EA | 10.3 fl. oz. Glass B / | | Y | $6.25 | $12.50 |
| R08 | 0000-879-282 | 3.00 | BD | 7.5 in. Cedar Shim / | | Y | $1.92 | $5.76 |
| | | | | | | **MERCHANDISE TOTAL:** | | $730.54 |
| | | | | | **END OF CARRY OUT MERCHANDISE - REF #W09** | | | |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| ORDER TOTAL | $730.54 |
| SALES TAX | $43.83 |
| TOTAL | $774.37 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-84882**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: FTJ6679
Reviewer: sv995

**REPRINT**

| | | | |
|---|---|---|---|
| **SOLD TO** | Name **ARD    JACQUELINE** | Phone 1 **(313) 770-7051** | |
| | Address **21215 DARTMOUTH** | Phone 2 **(313) 770-7051** | |
| | | Company Name **HELPING HANDS WORLDWIDE** | |
| | City **SOUTHFIELD** | Job Description **appoline** | |
| | State **MI**    Zip **48076** | County **OAKLAND** | |

**2017-12-27 14:25**

## CUSTOMER PICKUP #1    MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W06      SKU # 0000-515-664      Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-826-257 | 1.00 | EA | 30X80 RH PREM 6 PANEL IS BM / | A | Y | $164.00 | $164.00 |
| R02 | 0000-834-168 | 1.00 | EA | 32X80 RH PREM FAN LITE IS BM / | A | Y | $214.00 | $214.00 |
| R03 | 0000-452-645 | 1.00 | EA | PROJ PK PB 2 ENRY/2 SGL CYL DBLTS / | A | Y | $29.94 | $29.94 |
| R04 | 0000-650-488 | 1.00 | EA | COMBO ENTRANCE + DBL DEADBOLT P/B / | A | Y | $19.97 | $19.97 |
| R05 | 0000-605-093 | 1.00 | EA | 30"X80" 1-3/4" SC FLUSH HDWD SLB / | A | Y | $65.00 | $65.00 |

**SCHEDULED PICKUP DATE: 12/27/2017**      **MERCHANDISE TOTAL:** $492.91

**END OF CUSTOMER PICKUP - REF #W06**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $492.91 |
| **SALES TAX** | $29.57 |
| **TOTAL** | $522.48 |
| **BALANCE DUE** | $0.00 |

'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'

**END OF ORDER No. H2781-85727**

NOT VALID FOR MERCHANDISE CARRY-OUT

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA

(Pro Customers, Proceed To The Pro Desk)

26-04106-mar    Doc 4    Filed 05/05/26    Entered 05/05/26 08:22:38    Page 210 of 236
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: MDR3593
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name: **ARD JACQUELINE** | Home Phone: **(313) 770-7051** | |
| Address: 21215 DARTMOUTH | Work Phone: (313) 770-7051 | |
| | Company Name: HELPING HANDS WORLDWIDE | |
| City: SOUTHFIELD | Job Description: Appoline Electrical Outside | |
| State: MI | Zip: 48076 | County: OAKLAND |

**2018-02-10 12:05**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W28   SKU # 0000-515-664   **The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-641-988 | 15.00 | EA | 2-2-2 3E AL SEU 1' / | | Y | $1.38 | $20.70 |
| R02 | 0000-268-550 | 1.00 | EA | 250 ft. 14/2 Solid R / | | Y | $44.77 | $44.77 |
| R03 | 0000-767-751 | 3.00 | EA | #4 ACC Steel Conduit / | | Y | $1.13 | $3.39 |
| R04 | 0000-576-379 | 10.00 | EA | Homeline 15 Amp Sing / | | Y | $3.55 | $35.50* |
| R05 | 0000-321-653 | 4.00 | EA | 1-1/4 in. Non-Metall / | | Y | $1.99 | $7.96 |
| R06 | 0000-593-567 | 2.00 | EA | 1 lb. Plug Duct Seal / | | Y | $2.98 | $5.96 |
| R07 | 0000-174-595 | 1.00 | EA | 1/2 in. Electrical M / | | Y | $3.97 | $3.97 |
| R08 | 0000-587-799 | 2.00 | EA | 4 in. Square Drawn B / | | Y | $1.28 | $2.56 |
| R09 | 0000-174-625 | 1.00 | BG | 1/2 in. Electrical M / | | Y | $4.66 | $4.66 |
| R10 | 0000-587-821 | 2.00 | EA | 4 in. Square Single- / | | Y | $2.50 | $5.00 |
| R11 | 0000-562-109 | 2.00 | EA | 1-1/4 in. x 10 ft. R / | | Y | $31.63 | $63.26 |
| R12 | 0000-236-664 | 2.00 | EA | 1-1/4 in. Conduit Cl / | | Y | $2.44 | $4.88 |
| R13 | 0000-687-693 | 2.00 | EA | 5/8 in. x 8 ft. Copp / | | Y | $12.54 | $25.08 |
| R14 | 0000-498-101 | 1.00 | EA | NOALOX 4 oz. Anti-Ox / | | Y | $5.67 | $5.67 |
| R15 | 0000-677-531 | 2.00 | EA | 1-Gang Five 1/2 in. / | | Y | $4.98 | $9.96 |
| R17 | 0000-858-139 | 2.00 | EA | 1-1/4 in. Hub for Me / | | Y | $6.98 | $13.96 |
| | | | | | | | | ***\*\*\* CONTINUED ON NEXT PAGE \*\*\**** |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

*Indicates Item markdown*

Page 1 of 2   **No. H2781-91685**    Customer Copy

| CARRY OUT MERCHANDISE #1 (Continued) | | | | REF #W28 | | | | |
|---|---|---|---|---|---|---|---|---|
| R16 | 0000-732-114 | 1.00 | EA | 315 ft. 6-Gauge Stra / | | Y | $188.00 | $188.00 |
| R19 | 0000-455-467 | 1.00 | EA | 10 ft. 14-Gauge Silv / | | Y | $17.86 | $17.86 |
| R18 | 0000-874-582 | 2.00 | EA | 200-Amp 4 Terminal R / | | Y | $49.33 | $98.66 |
| R21 | 0000-158-961 | 1.00 | PK | 1/2 in. Polyethylene / | | Y | $5.99 | $5.99 |
| R20 | 0000-293-796 | 1.00 | EA | Ground Rod Clamp 5/8 / | | Y | $2.18 | $2.18 |
| R23 | 1000-034-524 | 2.00 | EA | Black Key Rack / | | Y | $4.98 | $9.96 |
| R22 | 0000-203-106 | 3.00 | EA | 1/2 x 10 ft. Rigid M / | | Y | $2.70 | $8.10 |
| R25 | 0000-764-349 | 1.00 | EA | 3.5 oz. Crunchy Chee / | | Y | $1.69 | $1.69 |
| R24 | 1000-040-024 | 2.00 | EA | Homeline 100 Amp 20- / | | Y | $56.95 | $113.90 |
| R27 | 0000-866-210 | 90.00 | FT | 500 ft. 2/1 Black St / | | Y | $1.35 | $121.50 |
| R26 | 1002-169-632 | 1.00 | EA | 270 Degree Bronze Mo / | | Y | $89.97 | $89.97 |
| | | | | | | **MERCHANDISE TOTAL:** | | $915.09 |
| | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W28** | | |

# TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| **ORDER TOTAL** | $915.09 |
| **SALES TAX** | $54.91 |
| **TOTAL** | $970.00 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-91685**

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2781-96707**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: FTJ6679
Reviewer: sv995

**REPRINT**

**SOLD TO**

| | |
|---|---|
| Name | **CONSTRUCTION    GINASIS** |
| Home Phone | **(313) 544-6587** |
| Address | 559 AUBURN |
| Work Phone | (248) 451-1406 |
| Company Name | |
| City | PONTIAC |
| Job Description | appoline |
| State | MI |
| Zip | 48342 |
| County | OAKLAND |

**2018-03-16 14:05**

## CUSTOMER PICKUP #1    MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W05     SKU # 0000-515-664     Customer Pickup / Will Call

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-161-756 | 1.00 | EA | 2X6-12FT #2/BTR KD-HT PRIME SPF / | A | Y | $10.30 | $10.30 |
| R02 | 0000-603-724 | 1.00 | EA | 2X10-16FT #2/BTR PRIME DOUG FIR / | A | Y | $24.28 | $24.28 |
| R03 | 0000-161-640 | 20.00 | EA | 2X4-96" PRIME KD WHITEWOOD STUD / | A | Y | $3.59 | $71.80 |
| R04 | 0000-604-372 | 2.00 | EA | 2X8-12FT #2/BTR PRIME DOUG FIR / | A | Y | $14.53 | $29.06 |

**SCHEDULED PICKUP DATE: 03/17/2018**

**MERCHANDISE TOTAL:** $135.44

**END OF CUSTOMER PICKUP - REF #W05**

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $135.44 |
| **SALES TAX** | $8.13 |
| **TOTAL** | $143.57 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-96707**

NOT VALID FOR MERCHANDISE CARRY OUT

**WILL-CALL MERCHANDISE PICK-UP**
 Will-Call items will be held in the store for 7 days only.

Check your current order status online at
www.homedepot.com/orderstatus

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 213 of 236
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS  
18700 MEYERS ROAD  
DETROIT, MI 48235

Phone: (313) 341-7750  
Salesperson: HDL6040  
Reviewer: sv995

**REPRINT**

**SOLD TO**

| | |
|---|---|
| Name | Phone 1 |
| **ARD    JACQUELINE** | **(313) 770-7051** |
| Address  15826 APPOLINE ST  DETROIT  MI 48227 | Phone 2 |
| | Company Name |
| City    DETROIT | Job Description  SECURITY CAM |
| State   MI    Zip  48227    County  WAYNE | |

**2018-03-22 17:40**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W02   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 1002-436-825 | 1.00 | EA | RING FLD CAM - BLACK / | A | Y | $224.00 | $224.00* |
| | | | | | | **MERCHANDISE TOTAL:** | | $224.00 |
| | | | | | **END OF CARRY OUT MERCHANDISE - REF #W02** | | | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**  
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $224.00 |
| **SALES TAX** | $13.44 |
| **TOTAL** | $237.44 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-97663**

**Check your current order status online at**  
**www.homedepot.com/orderstatus**

*Indicates Item markdown*  
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2781-97890**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: MXP4364
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | **ARD     JACQUELINE** | Phone 1 | **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2 | (313) 770-7051 |
| | | Company Name | HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description | APPOLINE |
| State | MI | Zip 48076 | County OAKLAND |

**2018-03-24 11:15**

| CARRY OUT MERCHANDISE | MERCHANDISE AND SERVICE SUMMARY |
|---|---|

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W06   SKU # 0000-515-664**   The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-407-189 | 1.00 | EA | 1/2 in. Staples Indu / | | Y | $10.67 | $10.67 |
| R02 | 0000-559-352 | 3.00 | EA | R-13 Kraft Faced Ins / | | Y | $13.13 | $39.39 |
| R03 | 0000-283-238 | 2.00 | EA | Tac Mate T50X Heavy- / | | Y | $14.97 | $29.94 |
| R04 | 1002-164-360 | 7.00 | EA | Nubio 3.75 in. x 7.7 / | | Y | $4.75 | $33.25 |
| R05 | 1002-164-354 | 10.00 | EA | Nubio 7.75 in. x 7.7 / | | Y | $4.95 | $49.50 |

| | MERCHANDISE TOTAL: | $162.75 |
|---|---|---|
| | END OF CARRY OUT MERCHANDISE - REF #W06 | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

:  ;

| | |
|---|---|
| **ORDER TOTAL** | $162.75 |
| **SALES TAX** | $9.77 |
| **TOTAL** | $172.52 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-97890**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2781-97927**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: XKH4468
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | ARD    JACQUELINE | Phone 1 **(313) 770-7051** |
| Address | 21215 DARTMOUTH | Phone 2 (313) 770-7051 |
| | | Company Name HELPING HANDS WORLDWIDE |
| City | SOUTHFIELD | Job Description appoline |
| State MI | Zip 48076 | County OAKLAND |

**2018-03-24 13:45**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W05   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-690-969 | 1.00 | EA | 42 Gal. Clean-Up Bag / | | Y | $17.84 | $17.84 |
| R02 | 0000-559-352 | 7.00 | EA | R-13 Kraft Faced Ins / | | Y | $13.13 | $91.91 |
| R03 | 1002-164-371 | 1.00 | EA | 10.3 fl. oz. Glass B / | | Y | $6.25 | $6.25 |
| R04 | 1002-164-360 | 10.00 | EA | Nubio 3.75 in. x 7.7 / | | Y | $4.75 | $47.50 |
| | | | | | | | **MERCHANDISE TOTAL:** | $163.50 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W05** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| **ORDER TOTAL** | $163.50 |
| **SALES TAX** | $9.81 |
| **TOTAL** | $173.31 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-97927**

**Check your current order status online at
www.homedepot.com/orderstatus**

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2781-98303**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: TJS4477
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | **ARD    JACQUELINE** | Phone 1 | **(313) 770-7051** |
| Address | 15826 APPOLINE ST  DETROIT  MI 48227 | Phone 2 | |
| | | Company Name | |
| City | DETROIT | Job Description | insulation |
| State | MI | Zip 48227 | County WAYNE |

**2018-03-27 12:00**

---

## CUSTOMER PICKUP #1    MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W02    SKU # 0000-515-664    Customer Pickup / Will Call**

**STOCK MERCHANDISE TO BE PICKED UP:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-559-352 | 20.00 | EA | R13 KF 15"X32' ROLL INSUL 40SF / | A | Y | $9.19 | $183.80* |

**SCHEDULED PICKUP DATE: 03/28/2018**    **MERCHANDISE TOTAL:** $183.80

**END OF CUSTOMER PICKUP - REF #W02**

---

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**
A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| **ORDER TOTAL** | $183.80 |
| **SALES TAX** | $11.03 |
| **TOTAL** | $194.83 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-98303**

NOT VALID FOR MERCHANDISE CARRY OUT

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA
(Pro Customers, Proceed To The Pro Desk)

*Indicates Item markdown*
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: TXW5VF1
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | **ARD     JACQUELINE** | Home Phone | **(313) 770-7051** |
| Address | 15826 APPOLINE ST  DETROIT  MI 48227 | Work Phone | |
| | | Company Name | |
| City | DETROIT | Job Description | Appoline |
| State | MI | Zip  48227 | County  WAYNE |

**2018-04-10 13:25**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W08   SKU # 0000-515-664    The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-166-103 | 2.00 | EA | 23/32 4X8 RTD PLYWOOD / | A | Y | $27.18 | $54.36 |
| R02 | 0000-914-789 | 18.00 | EA | 1X6-10FT COMMON BOARD / | A | Y | $6.12 | $110.16 |
| R03 | 0000-161-659 | 2.00 | EA | 2X4-10FT STD/BTR KD-HT PRIME SPF / | A | Y | $4.96 | $9.92 |
| R04 | 0000-639-319 | 1.00 | EA | GOOD 9 IN TRAY SET - 4 PIECE / | A | Y | $8.96 | $8.96 |
| R05 | 0000-418-312 | 1.00 | EA | 9 IN HD ROLLER FRAME - ORG HNDLE / | A | Y | $3.87 | $3.87 |
| R06 | 1001-287-414 | 2.00 | EA | BEST 9 X 3/4 IN SHEDLESS KNIT RC / | A | Y | $4.67 | $9.34 |
| R07 | 1000-010-376 | 1.00 | EA | GRACO PROJECT PAINTER PLUS / | A | Y | $239.00 | $239.00 |
| | | | | | | | **MERCHANDISE TOTAL:** | $435.61 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W08** | |

**Check your current order status online at**
**www.homedepot.com/orderstatus**

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 218 of 236
Customer Copy

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| ORDER TOTAL | $435.61 |
| SALES TAX | $26.14 |
| TOTAL | $461.75 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-100512**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: MXP4364
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | ARD   JACQUELINE | Phone 1 | **(313) 770-7051** |
| Address | 143 BOARDMAN CANFIELD | Phone 2 | (313) 770-7051 |
| | | Company Name | HELPING HANDS WORLDWIDE |
| City | YOUNGSTOWN | Job Description | APPOLINE |
| State | OH | Zip 44512 | County WAYNE |

**2018-04-11 12:10**

| CARRY OUT MERCHANDISE | MERCHANDISE AND SERVICE SUMMARY |
|---|---|

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W03   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-166-103 | 4.00 | EA | 23/32 in. x 4 ft. x / | | Y | $27.18 | $108.72 |
| R02 | 0000-379-082 | 3.00 | EA | 28 in. x 58 in. 50 S / | | Y | $119.00 | $357.00 |
| | | | | | | | **MERCHANDISE TOTAL:** | $465.72 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W03** | |

# TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

| | |
|---|---|
| **ORDER TOTAL** | $465.72 |
| **SALES TAX** | $27.94 |
| **TOTAL** | $493.66 |
| **BALANCE DUE** | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-100662**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

26-04106-mar   Doc 4   Filed 05/05/26   Entered 05/05/26 08:22:38   Page 220 of 236
Customer Copy

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: HDL6040
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | | Phone 1 |
| **ARD    JACQUELINE** | | **(313) 770-7051** |
| Address  15826 APPOLINE ST  DETROIT  MI 48227 | Phone 2 | |
| | Company Name | |
| City  DETROIT | Job Description  Appoline | |
| State  MI | Zip  48227 | County  WAYNE |

2018-05-04 19:40

## CUSTOMER PICKUP #1

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W03      SKU # 0000-515-664      Customer Pickup / Will Call**

### STOCK MERCHANDISE TO BE PICKED UP:

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 1002-406-807 | 10.00 | EA | 5/8"X4'X8' USG ECOSMART FC30 DRYWALL / | A | Y | $9.98 | $99.80 |
| R02 | 0000-755-109 | 1.00 | EA | 3M N95 RESPIRATOR 20PK / | A | Y | $20.97 | $20.97 |

| SCHEDULED PICKUP DATE: 05/05/2018 | MERCHANDISE TOTAL: | $120.77 |
|---|---|---|
| | END OF CUSTOMER PICKUP - REF #W03 | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

A: 90 DAYS DEFAULT POLICY;

| | |
|---|---|
| ORDER TOTAL | $120.77 |
| SALES TAX | $7.25 |
| TOTAL | $128.02 |
| BALANCE DUE | $0.00 |

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

**END OF ORDER No. H2781-104271**

NOT VALID FOR MERCHANDISE CARRY OUT

**WILL-CALL MERCHANDISE PICK-UP**

**Will-Call items will be held in the store for 7 days only.**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

FOR WILL CALL
MERCHANDISE PICK-UP
PROCEED TO WILL CALL OR
SERVICE DESK AREA

(Pro Customers, Proceed To The Pro Desk)

# SPECIAL SERVICES CUSTOMER INVOICE

**No. H2781-108779**

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: DXS0OSN
Reviewer: sv995

**REPRINT**

| SOLD TO | | | |
|---|---|---|---|
| Name | ARD    JACQUELINE | Phone 1 | **(313) 770-7051** |
| Address | 143 BOARDMAN CANFIELD | Phone 2 | (313) 770-7051 |
| | | Company Name | HELPING HANDS WORLDWIDE |
| City | YOUNGSTOWN | Job Description | Appoline |
| State | OH | Zip | 44512 | County | WAYNE |

**2018-06-02 15:15**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

**REF # W04   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.**

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-386-081 | 9.00 | EA | 7/16 in. x 48 in. x / | | Y | $15.95 | $143.55 |
| R02 | 0000-514-552 | 2.00 | EA | 10 fl.-oz. BRONZE No / | | Y | $5.98 | $11.96 |
| R03 | 1001-753-967 | 11.00 | EA | 1 in. x 6 in. x 12 f / | | Y | $9.37 | $103.07 |
| | | | | | | | **MERCHANDISE TOTAL:** | $258.58 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W04** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

: ;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| **ORDER TOTAL** | $258.58 |
| **SALES TAX** | $15.51 |
| **TOTAL** | $274.09 |
| **BALANCE DUE** | $0.00 |

**END OF ORDER No. H2781-108779**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

# SPECIAL SERVICES CUSTOMER INVOICE

Store 2781 DETROIT 7 MILE/MEYERS
18700 MEYERS ROAD
DETROIT, MI 48235

Phone: (313) 341-7750
Salesperson: MXP4364
Reviewer: sv995

**REPRINT**

| SOLD TO | | |
|---|---|---|
| Name | **ARD     JACQUELINE** | Home Phone  **(313) 770-7051** |
| Address | 143 BOARDMAN CANFIELD | Work Phone  (313) 770-7051 |
| | | Company Name  HELPING HANDS WORLDWIDE |
| City | YOUNGSTOWN | Job Description  APPOLINE |
| State | OH     Zip  44512 | County  WAYNE |

**2018-06-04 10:05**

## CARRY OUT MERCHANDISE

## MERCHANDISE AND SERVICE SUMMARY

We reserve the right to limit the quantities of merchandise sold to customers

REF # W04   SKU # 0000-515-664   The items listed in this section will be carried out of the store by the customer at time of sale.

**STOCK MERCHANDISE CARRIED OUT:**

| REF # | SKU | QTY | UM | DESCRIPTION | PI | TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| R01 | 0000-112-525 | 1.00 | EA | 1-1/4 in. Smooth Gal / | | Y | $22.97 | $22.97 |
| R02 | 0000-386-081 | 5.00 | EA | 7/16 in. x 48 in. x / | | Y | $15.95 | $79.75 |
| R03 | 1001-753-967 | 5.00 | EA | 1 in. x 6 in. x 12 f / | | Y | $9.37 | $46.85 |
| | | | | | | | **MERCHANDISE TOTAL:** | $149.57 |
| | | | | | | | **END OF CARRY OUT MERCHANDISE - REF #W04** | |

## TOTAL CHARGES OF ALL MERCHANDISE & SERVICES

**Policy Id (PI):**

:  ;

*'The Home Depot reserves the right to limit / deny returns. Please see the return policy sign in stores for details.'*

| | |
|---|---|
| **ORDER TOTAL** | $149.57 |
| **SALES TAX** | $8.97 |
| **TOTAL** | $158.54 |
| **BALANCE DUE** | $0.00 |

**END OF ORDER No. H2781-108899**

**Check your current order status online at**
**www.homedepot.com/orderstatus**

# Exhibit N

"City of Detroit Pre-sale Inspection Report"



467

**City of Detroit**
**Buildings, Safety Engineering and Environmental Department**
**Property Maintenance Division**
**Coleman A. Young Municipal Center**
**2 Woodward Avenue, 4th Floor, Suite 412, Detroit, Michigan 48226**
**(313) 628-2451 or E-mail pm@detroitmi.gov**

# <u>Deficiencies for Presale Inspection</u>

**Record ID** : **PRE2022-00818**                                    12/18/2022

**Location** : **15826 APPOLINE**

---

**The Applicant is the primary person on this case.**

<u>**Applicant Information**</u>

JACQUELINE ARD
143 BOARDMAN-CANFIELD # 225
BOARDMAN, OH 44512

<u>**Owner:**</u>

Patricia Perry
143 Boardman-Canfield # 225
Boardman, OH 44512

---

| | | | |
|---|---|---|---|
| **Inspection Type** | : Presale Inspection | **Inspection Result** | : **FAIL** |
| **Inspector** | : James Jennings | **Inspection ID** | : 32314388 |

A Presale Inspection was performed on **12/16/2022** by the Buildings, Safety Engineering and Environmental Department at the above location. The deficiencies listed in this inspection report must be complied before a Certificate of Approval can be issued. Review all deficiencies noted in this report. Make all proper corrections before scheduling a re-inspection.

Re-inspections can be scheduled by calling (313) 628-2451 between the hours of 8:00 a.m. and 4:00 p.m., Monday through Friday.

This report covers only those items listed on the report. The inspector is not required to activate the heating system, use a ladder to observe the condition of the roof, evaluate inaccessible or concealed areas or disassemble items. The report does not address formaldehyde, lead based paint, any air born gases (including radon), asbestos, wood stoves, termite infestation, or air conditioners. This inspection report is valid for one (1) year from the date of initial inspection.

**NOTE: A Certificate of Approval IS NOT a WARRANTY or GUARANTY.**

## EXTERIOR DWELLING

**1**  **Repair cracks and open joints.**    Porch walls, steps and deck    **NON-COMPLIANT**

    **CRACKS**

      Chimney

      Columns

      Dwelling walls - Front

      Dwelling walls - Rear

      Dwelling walls - Side

      Masonry steps - Front    X

      Masonry steps - Rear

      Porch walls - Front    X

      Porch walls - Rear

**2**  **Repair/replace defective porch components**    **NON-COMPLIANT**

    **PORCH COMPONENTS - FRONT**

      Ceiling

      Columns

      Decking

      Joists

      Rails    X

      Risers

      Skirting

      Steps

      Stringers

    **PORCH COMPONENTS - REAR**

      Ceiling

      Columns

      Decking

      Joists

      Rails

      Risers

      Skirting

      Steps

      Stringers

## EXTERIOR GARAGE

**3**  **Remove all peeling paint and re-paint with an approved material.**    **NON-COMPLIANT**

**4**  **Repair defective garage items:**    **NON-COMPLIANT**

    **CONSTRUCTION**

      Cracked floor

      Doors

      Rafters

      Roof boards

      Siding

      Sill Plates

      Vehicle doors    X

## INTERIOR DWELLING

**5**  **Repair/Replace defective / missing interior stair components.**    Basement guard rail and second floor hand rail.    **NON-COMPLIANT**

    **BASEMENT**

      Guard rails    X

      Hand rails

      Risers

      Stringers

Treads
**FIRST FLOOR**
    Guard rails
    Hand rails
    Risers
    Stringers
    Treads
**SECOND FLOOR**
    Guard rails
    Hand rails         **X**
    Risers
    Stringers
    Treads
**THIRD FLOOR**
    Guard rails
    Hand rails
    Risers
    Stringers
    Treads

**6**   **Repair/Replace defective / missing wall finish.**   Stairwell leading to upper unit need drywall   **NON-COMPLIANT**

       **WALL FINISH**
        Drywall       **X**
        Other
        Plaster

## INTERIOR ELECTRICAL

**7**   **Secure Electrical Permit for:**   Electrical permit MUST BE PULLED. Service Panel and all new electrical rough and finish to reflect the scope of work.   **NON-COMPLIANT**

## INTERIOR HEATING

**8**   **Secure Mechanical Permit for:**   Mechanical permit must be pulled.  Furnace rough and finish to reflect the scope of work.   **NON-COMPLIANT**

## INTERIOR PLUMBING

**9**   **Secure Plumbing Permit for:**   Plumbing permit MUST be pulled.  Water heater and all new plumbing rough and finish to reflect scope of work.   **NON-COMPLIANT**

## INTERIOR SMOKE DETECTORS

**10**   **Additional Violation**   Install carbon monoxide detector.   **NON-COMPLIANT**

**11**   **Provide Smoke Detectors at the top of each stairwell leading to:**   **NON-COMPLIANT**
       **LEVEL**
        First Floor
        Second Floor       **X**
        Third Floor

**12**   **Provide Smoke Detectors on first floor living area.**   **NON-COMPLIANT**

**13** **Provide Smoke Detectors within or immediately outside of a doorway leading to a room used for sleeping** NON-COMPLIANT

> **LEVEL**
>> First Floor
>> Second Floor      **X**
>> Third Floor

### PERMITS

**14** **Permit(s) required for:**     Permits MUST be pulled for entire property     NON-COMPLIANT

> **PERMITS**
>> Building
>> Building Locator
>> Electrical      **X**
>> Electrical Locator
>> Mechanical      **X**
>> Mechanical Locator
>> Plumbing      **X**
>> Plumbing Locator

### PROPERTY STATUS

**15** **Property Status**     Homeowner lives in upper unit which is functional and habitable. The lower unit is being used at this time to store belongings. These deficiencies reflects the upper unit ONLY.     NON-COMPLIANT

> **PROPERTY STATUS**
>> CANCEL
>> FAIL      **X**
>> INCOMPLETE      **X**
>> LOCKED
>> O.K.
>> OCCUPIED      **X**
>> OPEN
>> T.O.P
>> VACANT

# Exhibit O

"Photographs of current Property condition
(interior and unfinished units)"


























# Exhibit P
"Proof of Current Occupancy"

 **Gmail**

## DTE - Your payment is past due!

1 message

**DTE** <noreply-billingpayment@notify.dteenergy.com>                     Sat, Mar 7, 2026 at 2:08 AM
To: JACQUELINEARD25@gmail.com



### DTE – Payment Past Due

Hello JACQUELINE,

**Your payment is past due.**

| | |
|---|---|
| Account Number: | ********2749 |
| Amount Due: | <$600.95 |
| Due Date: | 03/03/2026 |
| Service Address: | 15826 APPOLINE ST DETROIT MI |

**PAY NOW**

To avoid the risk of service interruption, and any additional fees and security deposits, please make a payment in your **online account** or in the DTE Mobile app (available at the **App Store** or **Google Play**).

**Check out these help options:**

- Sign into your online account at **dteenergy.com/login** to check account status, see payment history, view your current bill and much more!

- Call **2-1-1**, a free United Way service that can connect you with information & resources (energy assistance and many other needs)

- Learn about our **payment assistance programs**

**IMPORTANT:**          You can't use Pay Now or make an online payment if a DTE Energy field employee is already at your location to disconnect service. Field employees cannot take payments.

Thank you for being a valued DTE customer.

Sincerely,

Your DTE Energy Customer Service Team

**Want to save some time?**

Check out our quick and easy billing and payment options.

*This is an automated email, so please don't reply.*
*Email sent by: DTE Energy, One Energy Plaza, Detroit, MI 48226-1279 USA*

# Exhibit Q

"Inventory summary and photographs of personal property stored at the property"







