UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                      Chapter 7
                                                     Case No. 26-41320-MAR
        Debtor.                                      Hon. Mark A. Randon

_____/

STUART A. GOLD, Trustee,

        Plaintiff

v.                                                   Adversary Proceeding
                                                     No. 26-04106-MAR

JACQUELINE ARD,

        Defendant.

_____/

**NOTICE OF ADMINISTRATIVE STAY**

Plaintiff Stuart A. Gold, the Chapter 7 Trustee, by and through his attorney Sandra O'Connor Law, PLLC, hereby notifies the Court that this adversary proceeding must be stayed because the Defendant has a pending Chapter 7 bankruptcy case in the United States Bankruptcy Court for the District of South Carolina (case no. 25-01384) that was filed prior to the filing of this adversary proceeding and brought to the attention of counsel for the Plaintiff on May 21, 2026. The automatic stay may be implicated under 11 U.S.C. § 362(a)(3). The Plaintiff requests that the Court stay this adversary proceeding while the Plaintiff works with counsel for the Trustee in the South Carolina case to determine the respective

bankruptcy estates' interests with respect to the property at issue in this adversary proceeding.

Respectfully submitted,

SANDRA O'CONNOR LAW, PLLC

Dated: May 22, 2026

/s/ Sandra L. O'Connor
SANDRA L. O'CONNOR (P70984)
Attorney for Plaintiff
100 N. Pond Drive, Suite A
Walled Lake, MI 48390
(248) 817-6669
sandra@sandraoconnorlaw.com