UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                                        Chapter 7
                                                       Case No. 26-41320-MAR
    Debtor.                                        Hon. Mark A. Randon

_____/

STUART A. GOLD, Trustee,

    Plaintiff

v.                                                     Adversary Proceeding
                                                       No. 26-04106-MAR

JACQUELINE ARD,

    Defendant.

_____/

**ORDER FOR ADMINISTRATIVE STAY**

This matter having come before Court pursuant to the Plaintiff's Notice of Administrative Stay; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that this adversary proceeding is administratively stayed.

IT IS FURTHER ORDERED that the initial scheduling conference scheduled for June 1, 2026 is cancelled.

**Signed on May 22, 2026**



/s/ Mark A. Randon
_____
**Mark A. Randon
United States Bankruptcy Judge**