UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| PATRICIA PERRY, | Chapter 7 |
| | Case No. 26-41320-MAR |
| Debtor. | Hon. Mark A. Randon |

_____/

| | |
|---|---|
| STUART A. GOLD, Trustee, | |
| Plaintiff | |
| v. | Adversary Proceeding |
| | No. 26-04106-MAR |
| JACQUELINE ARD, | |
| Defendant. | |

_____/

**ORDER FOR ADMINISTRATIVE STAY**

This matter having come before Court pursuant to the Plaintiff's Notice of Administrative Stay; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that this adversary proceeding is administratively stayed.

IT IS FURTHER ORDERED that the initial scheduling conference scheduled for June 1, 2026 is cancelled.

**Signed on May 22, 2026**



/s/ Mark A. Randon

**Mark A. Randon
United States Bankruptcy Judge**