UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

PATRICIA PERRY,                          Chapter 7
                                         Case No. 26-41320-MAR
        Debtor.                          Hon. Mark A. Randon
_____/

STUART A. GOLD, Trustee,

        Plaintiff

v.                                       Adversary Proceeding
                                         No. 26-04106-MAR

JACQUELINE ARD,

        Defendant.
_____/

## ORDER FOR ADMINISTRATIVE STAY

This matter having come before Court pursuant to the Plaintiff's Notice of Administrative

Stay; and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that this adversary proceeding is administratively stayed.

IT IS FURTHER ORDERED that the initial scheduling conference scheduled for June 1,

2026 is cancelled.

**Signed on May 22, 2026**



/s/ Mark A. Randon

**Mark A. Randon**
**United States Bankruptcy Judge**

Gold,

     Plaintiff

                                             Adv. Proc. No. 26-04106-mar

Ard,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdf02 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Jacqueline Ard, 21215 Dartmouth Drive, Southfield, MI 48076-5634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026               Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sandra L. O'Connor | |
| | on behalf of Plaintiff Stuart A. Gold sandra@sandraoconnorlaw.com |

TOTAL: 1